# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BONITA FREEMAN,

      Plaintiff,

v.
                                    Case No. 6:26-cv-158-JA-DCI

UNIVERSAL CITY
DEVELOPMENT PARTNERS,
LTD. and MACK RIDES GMBH &
CO KG,

      Defendants.

_____

## ORDER

Defendant Mack Rides GMBH & Co KG has not filed a disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. It is **ORDERED** that **no later than June 5, 2026**, Mack Rides GMBH & Co KG shall file a disclosure statement using the form available on the Court website and attached to the Initial Case Order (Doc. 7).

**DONE** and **ORDERED** in Orlando, Florida, on May **26**, 2026.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record