**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.:  6:26-cv-00158-JA-DCI**

BONITA FREEMAN,

  Plaintiff,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD and MACK RIDES
GMBH & CO KG

  Defendants.

_____

### DEFENDANT'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

### Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **MACK RIDES GMBH & CO KG (Defendant)**
   **Mack Rides GmbH & Co KG is a limited partnership with register number HRA 280231.  The complementary company is Heinrich Mack GmbH.**
   **The limited partners are:**
   **Dr. Ing.h.c. Roland Mack**
   **Dipl. Wirtsch.-Ing. Juergen Mack**
   **Dipl.-Betriebswirt Michael Mack**
   **Mack Familienholding GmbH  & Co.KG**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **None known at this time.**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   **None known at this time.**

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   **Not applicable.**

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   **A representative of the insurer will participate at mediation if necessary, as required under the rules (L.R. 4.03(d)).**

   **No other persons or entities are known at this time.**

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   **None known at this time.**

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   **Mauermattenstraße 4, 79183 Waldkirch, Germany**

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   **Not applicable.**

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 5th day of June, 2026 the foregoing document was submitted to the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**Lewis Brisbois Bisgaard & Smith LLP**
2 Alhambra Plaza, Suite 110
Coral Gables, FL 33134
Telephone: (786) 353.0210
Facsimile: (786) 513.2249

*/s/ Michael J.L. Fogarty*
Todd R. Ehrenreich, Esq.
FL Bar No. 945900
Michael J.L. Fogarty, Esq.
Florida Bar No. 723754
Todd.Ehrenreich@lewisbrisbois.com
Michael.Fogarty@lewisbrisbois.com