**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BONITA FREEMAN,

Plaintiff,

CASE NO.: 6:26-cv-00158-JA-DCI

vs.

UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD. and MACK RIDES GMBH & CO KG,

Defendants.
_________________________________/

**NOTICE OF MEDIATION**

COMES NOW, the Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., by and through the undersigned counsel, and files this Notice of Mediation and stated as follows:

1. The Plaintiff and Defendants have mutually agreed upon and have set a Mediation Conference date of January 11, 2027 at 1:30 p.m. and will be held virtually, with links provided by Donald A. Myers.
2. The Plaintiff and Defendants have mutually agreed as to a certified mediator and have scheduled the Mediation Conference with Donald A. Myers.

Dated: August 4, 2026

Respectfully submitted,

/s/ J. Peter Greco
NICHOLAS D. FREEMAN
Florida Bar No. 118620
nicholas.freeman@wilsonelser.com
J. PETER GRECO

Florida Bar No. 1003451
peter.greco@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 - Phone
(407) 648-1376 – Facsimile
*Attorneys for Defendant Universal City Development Partners, Ltd.*