**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BONITA FREEMAN,

Plaintiff,

v. Case No. 6:26-CV-00158-JA-DCI

UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD. AND MACK RIDES GMBH & CO KG,

Defendants.
_______________________________________/

**MS. BONITA FREEMAN'S EXPERT WITNESS DISCLOSURES**

Plaintiff, BONITA FREEMAN ("Plaintiff"), by and through undersigned counsel, and in compliance with this Court's CASE MANAGEMENT AND SCHEDULING ORDER dated February 25, 2026, hereby provides her *Expert Witness Disclosures* as follows:

The designations are intended to provide a brief outline of the general areas of expected testimony for retained and non-retained experts. The testimony of any expert designated herein may be offered either live or by deposition at the trial of this matter. The opinions outlined below for the retained experts are all given to a reasonable degree of medical probability.

Experts specially retained on behalf of Plaintiff will be asked to provide testimony concerning their background, training, qualifications, and experience; the materials reviewed by them; any and all literature relied upon in forming their opinions and conclusions (where applicable); their professional charges; and all related matters necessary to lay an appropriate foundation for their expert witness testimony at trial.

Retained experts will provide opinion testimony based upon their specific knowledge, education, training and experience with the care and conditions at issue; and, as to standard of care



EXHIBIT
tabbies
A

witnesses, their experience in treating these conditions and dealing with patients with the same or similar conditions or circumstances. Regarding causation, retained experts may provide opinion testimony based upon their specific knowledge, education, training and experience with the care, conditions, circumstances, and treatments at issue.

All opinions expressed by Plaintiff and her experts as disclosed herein and/or hereafter, if any, are to a reasonable degree of probability within their specialty, unless otherwise noted. Plaintiff reserves the right to elicit opinion testimony from retained and non-retained expert witnesses deemed to be reliable and relevant to the issues of standard of care, causation, and damages; and/or deemed to be helpful to the jury's understanding of the medical, technical, and scientific evidence in the case.

It is expected each of the retained experts listed below will listen to and/or review not only the deposition but also the trial testimony of all expert witnesses presented by Defendants, as well as Bonita Freeman's treating healthcare providers and fact witnesses, and the parties are on notice that Plaintiff's experts will comment on the testimony of Defendants' experts and fact witnesses where appropriate.

Plaintiff attempted to confer with counsel for Defendants pursuant to Local Rule 3.01(g) this Court's CASE MANAGEMENT AND SCHEDULING ORDER dated February 25, 2026 to extend all deadlines in the above-captioned action given that discovery has just started, no witnesses have been deposed and additional theories of each side's respective theories of their case are developing. However, not having the Defendants' respective positions on the same at this time, this designation is being filed out of an abundance of caution and will certainly be supplemented with both retained expert reports and other necessary materials pertinent to this prosecution of this case as discovery progresses and unfolds.

Accordingly, Plaintiff reserves the right to offer opinion testimony ultimately deemed to be relevant and admissible by the Court in accordance with opinions rendered during the depositions of defense experts and to pose hypothetical questions to them at trial based on evidence introduced or to be introduced at trial. Plaintiff further reserves the right to ask retained experts to review and possibly revise or modify their opinions based on the deposition testimony of Defense experts and newly provided facts, information, records and/or materials and to answer, rebut or respond to the testimony and/or opinions of Defendants' experts deemed by the Court to be relevant and admissible (and anything relied upon by such experts as the basis for their opinions). In case of such event, Plaintiff reserves the right to supplement these *Expert Witness Disclosures*.

Plaintiff anticipates using various exhibits in connection with or to illustrate the testimony of retained experts including, without limitation, testimony excerpts, timelines and blow ups, transparencies and enlargements of Bonita Freeman's medical records, as well as imaging, summaries, diagrams, graphs, models and/or other demonstrative evidence to illustrate testimony, depositions and any discovery not yet completed. Thus, this case is at a stage where it is impossible to state with specificity what demonstrative exhibits, materials, and things will be used to illustrate and/or explain expert testimony. Accordingly, Plaintiff reserves the right to supplement this disclosure either through an amended disclosure or a separate listing of exhibits to be offered, introduced, and/or utilized to illustrate testimony at trial. At this time, it is anticipated that the experts and witnesses will use the medical records or images that have been disclosed in this case, anatomic models, diagrams of the anatomy, and timelines, as well as other demonstrative or other exhibits identified throughout this disclosure.

Plaintiff, by providing the instant *Expert Witness Disclosures*, does not waive and specifically reserves the right to interpose all appropriate and indicated objections and/or motions

to limit or strike the deposition and/or trial testimony of Defendants retained expert witnesses, or portions thereof, pursuant to the Florida Rules of Civil Procedure and Evidence, and construing case law.

Discovery is not complete. Fact witness depositions are still ongoing and several additional depositions are expected to be scheduled in the next few months. Each of the retained experts listed by the Plaintiff will review those depositions and be prepared to comment on that testimony at the trial of this matter. Additionally, Plaintiff's experts will also review any additional, relevant material that may be produced between now and trial, including the Defendants' expert witness designations. Further, each retained Defense expert will be deposed and if through additional material that is obtained through discovery, or through testimony discovered after this designation is filed, alters or amends the expected testimony of these retained experts, undersigned counsel will timely supplement their designation. Plaintiff specifically will incorporate all opinions provided by their experts in their respective depositions.

## I. RETAINED EXPERTS

**1. Michael J. Foley, M.D., F.A.C.R.**
**RADIOGRAPHIC CONSULTANTS, LLC**
**101 East Kennedy Boulevard, Suite 3450**
**Tampa, FL 33602**

Dr. Foley has been a board-certified radiologist since 1982. Dr. Foley has worked in the healthcare industry for over 40 years. Since October 2009, Dr. Foley has worked at Rose Radiology in Tampa, Florida. Dr. Foley will testify in detail regarding his education, training, experience, and credentials as set forth in his Curriculum Vitae attached as **Exhibit "1."** Dr. Foley's fee schedule for his expert services is attached as **Exhibit "2."** A list of Dr. Foley's prior testimony is attached as **Exhibit "3."** A copy of Dr. Foley's expert report will be supplemented as **Exhibit "4."**

Dr. Foley was retained to provide his opinions to a reasonable degree of probability in his field of expertise based on the evidence presented in this matter. It is expected he will testify to all matters outlined in the same. Dr. Foley will testify within a reasonable degree of medical certainty regarding his review of Plaintiff's radiology films, any other imagining, and related reports, and provide opinions and testimony related to any and all changes to Plaintiff's spine that are noted on any image at any time before Plaintiff's injuries and those that occur after the injuries she suffered on August 12, 2025. Importantly, Dr. Foley will further provide context and testimony to the remarkable findings on both the imaging and report(s) following Ms. Freeman's September 8, 2025 MRI of her cervical spine without contrast. It is expected that Dr. Foley will be testify to the notable extent of her injuries viewed on this MRI to her cervical spine and given the fact these injuries were deemed so extensive that the radiology department activated the Hospital's critical call report system for a critical and emergent finding(s) and given these findings and extensive injuries, Dr. Foley will provide context to why an immediate review by a spine surgeon and neurologist was requested and warranted.

It is expected Dr. Foley may further provide testimony regarding journals, articles, studies, and findings supporting his opinions related to Bonita Freeman's medical chart. Dr. Foley may also use various graphs, charts, or other demonstrative exhibits to assist in his testimony and outline of his opinions.

Dr. Foley is available for deposition in this case. If deposed, Dr. Foley will render and submit all opinions found in his deposition, and his deposition is incorporated herein by reference to the extent this complies with the Local Rules. Finally, Dr. Foley may testify to any matter addressed in any reports submitted by any experts designated by the Defendants in this matter to rebut their opinions.

Currently, discovery is still incomplete. To the extent additional discovery is completed and/or other necessary discovery becomes known, Dr. Foley reserves the right to supplement and amend his opinions accordingly.

**2. John Nielesky**
**JANAC INC.**
**18422 Southern Hills Way**
**Yorba Linda, CA 92886**

Mr. Nielesky is a theme park and amusement ride safety professional with more than thirty years of experience in amusement ride system concept design, first-article engineering, project management, ride maintenance, ride safety inspection, park operations, and regulatory compliance. Mr. Nielesky will testify in detail regarding his education, training, experience, and credentials as set forth in his Curriculum Vitae attached as **Exhibit "5."** Mr. Nielesky's fee schedule for his expert services is attached as **Exhibit "6."** A list of Mr. Nielesky's prior testimony is attached as **Exhibit "7."** A copy of Mr. Nielesky's expert report will be supplemented. A copy of Mr. Nielesky's expert report will be supplemented as **Exhibit "8."**

Mr. Nielesky was retained to provide his opinions to a reasonable degree of probability in his field of expertise of amusement ride and theme park safety based on the evidence presented in this matter. It is expected he will testify to all matters outlined in the same. Mr. Nielesky will testify within a reasonable degree of professional certainty regarding:

- the standards of care and recognized industry practices applicable to the owner and operator of a permanent amusement ride and to the designer and manufacturer of a roller coaster;
- the ASTM International F24 Committee standards for amusement rides and devices and their application to the design, manufacture, commissioning, operation, maintenance, inspection, and auditing of the Stardust Racers roller coaster;
- ride design review, ride analysis, patron restraint and containment, and the measurement and characterization of ride dynamics (patron accelerations);

- hazard identification and risk assessment practices for amusement rides;
- ride operations, operator training, guest loading and restraint verification, and rider positioning;
- guest warnings, rider requirements, and rider information;
- incident intake, documentation, investigation, trend analysis, and regulatory reporting; and
- the regulatory framework governing amusement rides.

It is expected Mr. Nielesky may further provide testimony regarding journals, articles, studies, and findings supporting his opinions related to amusement ride and theme park safety. Mr. Nielesky may also use various graphs, charts, or other demonstrative exhibits to assist in his testimony and outline of his opinions.

Mr. Nielesky is available for deposition in this case. If deposed, Mr. Nielesky will render and submit all opinions found in his deposition, and his deposition is incorporated herein by reference to the extent this complies with Local Rules. Finally, Mr. Nielesky may testify to any matter addressed in any reports submitted by any experts designated by the Defendants in this matter to rebut their opinions.

Currently, discovery is still incomplete. To the extent additional discovery is completed and/or other necessary discovery becomes known, Mr. Nielesky reserves the right to supplement and amend his opinions accordingly.

**3. Timothy Bundy, DO, CIME, CLCP, CMCPS, ATC**
**NATIONAL LIFE CARE PLANNERS, LLC**
**324 S Hyde Park Ave, STE 275**
**Tampa, FL 33606**

Mr. Bundy is Certified Physician Life Care Planner, who has performed over 500 Medical Cost Assessments and Life Care Plan Assessments. Mr. Bundy is also a Fellowship-Trained Pain

Medicine, Brain Injury Medicine and Rehabilitation Physician with eight active board certifications and over 25 years of experience.

Mr. Bundy will testify in detail regarding his education, training, experience, and credentials as set forth in his Curriculum Vitae attached as **Exhibit "9."** Mr. Bundy's fee schedule for his expert services is attached as **Exhibit "10."** A list of Mr. Bundy's prior testimony is attached as **Exhibit "11."** A copy of Mr. Bundy's expert report will be supplemented as **Exhibit "12."**

It is expected Mr. Bundy may further provide testimony regarding journals, articles, studies, and findings supporting his opinions related to Plaintiff's alleged injuries and damages as a result of the event in question as needed. Mr. Bundy may also use various graphs, charts, or other demonstrative exhibits to assist in his testimony and outline of his opinions.

Mr. Bundy is available for deposition in this case. If deposed, Mr. Bundy will render and submit all opinions found in his deposition, and his deposition is incorporated herein by reference to the extent that complies with the Local Rules. Finally, Mr. Bundy may testify to any matter addressed in any reports submitted by any experts designated by the Defendants in this matter to rebut their opinions.

Currently, discovery is still incomplete. To the extent additional discovery is completed and/or other necessary discovery becomes known, Mr. Bundy reserves the right to supplement and amend his opinions accordingly.

**4. Doug Powell, Senior Biochemist**
**YA GROUP**
**Omaha, NE**

Dr. Powell is a Senior Biomechanist at YA Group with extensive experience in injury biomechanics, treatment, and rehabilitation, including sport-related injury, motor vehicle and

amusement ride-related collisions, slip/trip and fall events, traumatic brain injury, and spine injury and fixation. Dr. Powell will testify in detail regarding his education, training, experience, and credentials as set forth in his Curriculum Vitae attached as **Exhibit "13."** Dr. Powell's fee schedule for his expert services will be supplemented as **Exhibit "14."** A list of Dr. Powell's prior testimony will be supplemented as **Exhibit "15."** A copy of Dr. Powell's expert report will be supplemented as **Exhibit "16."**

Dr. Powell was retained to provide his opinions to a reasonable degree of probability in his field of injury biomechanics based on the evidence presented in this matter, including the design and dynamics of the Stardust Racers roller coaster, its restraint and containment system, and Bonita Freeman's resulting cervical spine injuries. It is expected he will testify to all matters outlined in the same. Dr. Powell will testify within a reasonable degree of biomechanical certainty regarding:

- the forces, accelerations, and loading experienced by Ms. Freeman's head, neck, and cervical spine while riding the Stardust Racers roller coaster on August 12, 2025, and how those forces compare to established human injury tolerance thresholds for the cervical spine;

- the biomechanical relationship, if any, between the ride's design and dynamics (including patron accelerations) and the mechanism of injury to Ms. Freeman's cervical spine;

- whether and how the ride's restraint and containment system was engaged and functioning during the subject ride, and how the use and performance of that restraint system influenced Ms. Freeman's injury outcome;

- the consistency between the forces and loading generated by the ride and the extensive cervical spine findings documented on Ms. Freeman's September 8, 2025 cervical MRI and her subsequent September 10, 2025 anterior cervical discectomy and fusion surgery;

- To the extent permitted through the course of this case and discovery of the same, site and ride documentation, including photographs, measurements, and any available ride telemetry or data, to assist in reconstructing and demonstratively illustrating the mechanism of injury (which will be supplemented through both initial disclosures and expert disclosures); and

- any biomechanical literature, testing, or accepted methodology supporting his opinions regarding causation of Ms. Freeman's cervical spine injuries.

It is expected Dr. Powell may further provide testimony regarding journals, articles, studies, and findings supporting his opinions related to the biomechanics of Ms. Freeman's cervical spine injuries. Dr. Powell may also use various graphs, charts, models, site mapping, or other demonstrative exhibits to assist in his testimony and outline of his opinions.

Dr. Powell is available for deposition in this case. If deposed, Dr. Powell will render and submit all opinions found in his deposition, and his deposition is incorporated herein by reference to the extent this complies with the Local Rules. Finally, Dr. Powell may testify to any matter addressed in any reports submitted by any experts designated by the Defendants in this matter to rebut their opinions.

Currently, discovery is still incomplete. To the extent additional discovery is completed and/or other necessary discovery becomes known, Dr. Powell reserves the right to supplement and amend his opinions accordingly.

## II. NON-RETAINED EXPERTS

### A. Bonita Freeman's Treating Providers

The following physicians and medical personnel who provided medical care and treatment to Bonita Freeman are not retained "expert" witnesses as defined by the Florida Supreme Court in *Worley v. Cent. Fla. Young Men's Christian Ass'n, Inc.*, 228 So. 3d 18, 23–24 (Fla. 2017), but they have factual and expert knowledge relating to the care and treatment of Bonita Freeman.

Plaintiff anticipates these witnesses may testify to the facts and opinions contained in their medical records, reports, notes, and other documents produced in this case, and may testify to the facts and opinions contained in their depositions, if taken. These treating providers may also testify in rebuttal to any medical or other expert designated by the Defendants.

Plaintiff may call any of her past treating medical or other expert professionals including those whose identity is contained in any medical records or health related documents or whose identity will become known if additional records are produced. These treating healthcare providers are being designated without a written report, and their designation is limited to the records that have been exchanged in discovery prior to their designation. These treating healthcare providers may testify about their care and treatment to Plaintiff.

The disclosure of opinions from the non-retained experts have been prepared by undersigned counsel and represent a good faith summary of their anticipated opinions.

Below are separate witness designation summaries for each identified witness in the context provided, addressing both liability and damages.

**1. Breanne L. Brouse, OTR/L**
**PRECISION ORTHOPEDICS AND SPORTS MEDICINE**
**309 Willowbrook Road, Suite 2**
**Cumberland, MD 21502**

Breanne L. Brouse is being designated as a non-retained expert witness in this matter. Ms. Brouse was one of the occupational therapists that treated Bonita Freeman following her surgery on September 10, 2025. If called, it is expected that Ms. Brouse will testify to the information and knowledge related to her observations of Bonita Freeman, the care and treatment she provided to her, and any fact or opinion included in the medical records, diagnosis, treatment, and physical examination of Bonita Freeman. Ms. Brouse is also expected to testify to information and knowledge related to any conversations she had with other healthcare providers, Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case. Further, it is expected that she will testify to her education, background, training, research and experience. It is further expected that Ms.

Brouse will likely testify in accordance with her deposition, if taken, and her deposition testimony is incorporated herein.

**2. Kurt Voos, MD**
**SOVAH HEALTH DANVILLE**
**142 South Main Street**
**Danville, VA 24541**

Dr. Voos is being designated as a non-retained expert witness in this matter. Dr. Voos was the orthopedic surgeon at Sovah Health Danville who provided the anterior cervical discectomy and fusion surgery on Bonita Freeman on September 10, 2025. It is expected that Plaintiff will call Dr. Voos to provide testimony related the issues and symptoms Ms. Freeman suffered following the injuries she suffered on August 12, 2025, up and until she presented to the Emergency Department on September 7, 2025. Further, it is expected that Dr. Voos will testify to his impression of the extent of those injuries which prompted his immediate recommendation to Ms. Freeman, an otherwise healthy young woman, to undergo an immediate (September 10, 2025) extremely extensive and invasive surgery that was directly warranted given the extent of the injuries she suffered as a result of the Defendants' negligence. He will further testify to the extent and nature of the extensive treatment he has provided to Ms. Freeman since that September 2025 surgery, the extent of her medical expenses related to her care and treatment by him and others in his practice, the future prognosis for Plaintiff, and the ultimate extent of the future care and treatment Ms. Freeman will experience as a result of the injuries she suffered on August 12, 2025.

If called, it is expected that Dr. Voos will testify to the information and knowledge related to his observations of Bonita Freeman, the care and treatment he provided to her (and the care and treatment he continues to provide to her), and any fact or opinion included

in the medical records, diagnosis, treatment, and physical examination of Bonita Freeman to which he holds an opinion.

Dr. Voos is also expected to testify to information and knowledge related to any conversations he had with any other healthcare providers related to her care and treatment, those conversations with Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case.

Further, it is expected that he will testify to his education, background, training, research and experience.

It is further expected that Dr. Voos will likely testify in accordance with his deposition, if taken, and his deposition testimony will be incorporated herein to the extent this complies with the Local Rules.

**3. SOVAH HEALTH DANVILLE**
**142 South Main Street**
**Danville, VA 24541**

The officers, managers, directors, employees and agents of Sovah Health Danville may have information pertaining to the claims and defenses in this matter. They may have information regarding Bonita Freemans's medical history, diagnoses, care and treatment while she was a patient in their care. They are expected to testify as to the matters addressed in the medical records, the specific imaging they obtained, any particular document they authored, and any conversations they had with Bonita Freeman or her family.

In addition, it is expected an appropriate representative will testify to the medical expenses that were billed to Ms. Freeman, and they will further be able to testify that the costs of those expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

Additionally, if taken, they will likely testify in accordance with their depositions and their deposition testimony is incorporated herein so long as that complies with the Local Rules.

The potential witnesses include but are not limited to:

Stecker T. Pierson, MD; Faryal G. Mirza, MD; Michelle S. Mitchell, MD; Dana Mark Allen, MD; David Turetsky, MD; Luis Garcia-Irizarry, MD; Caleb Rivera, MD; Joseph Cox, MD; and Lori Stumpo, MD.

**4. Anupama S. Khandare, MD**
**UPMC Western Maryland**
**200 Lothrop Street**
**Pittsburg, PA 5213**

Dr. Anupama Khandare is being designated as a non-retained expert witness in this matter. Dr. Khandare was one of Bonita Freeman's treating physicians at UPMC Western Maryland. If called, it is expected that Dr. Khandare will testify to the information and knowledge related to her observations of Bonita Freeman, the care and treatment she provided to her, and any fact or opinion included in the medical records, diagnosis, treatment, and physical examination of Bonita Freeman. Dr. Khandare is also expected to testify to information and knowledge related to any conversations she had with other healthcare providers, Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case. Further, it is expected that she will testify to the progression of Ms. Freeman's condition from her first encounter to the present day. Further, to the extent she knows, she will be able to testify to Ms. Freeman's future medical needs and the prognosis of the same. Undoubtedly, Dr. Khandare is expected to her education, background, training, research and experience.

In addition, it is expected an appropriate representative from UPMC Western Maryland, will testify to the medical expenses that were billed to Ms. Freeman related to

the care and treatment provided by Dr. Khandare, and they (the representative) along with Dr. Khandare, will further be able to testify that the costs of those expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

Additionally, if taken, they will likely testify in accordance with their depositions and their deposition testimony is incorporated herein so long as this complies with the Local Rules.

**5. Dennis D. Dey, MD**
**UPMC Western Maryland Neurology**
**200 Lothrop Street**
**Pittsburg, PA 5213**

Dr. Dennis D. Dey is being designated as a non-retained expert witness in this matter. Dr. Day was one of Bonita Freeman's treating physicians, specifically her neurologist, at UPMC Western Maryland. If called, it is expected that Dr. Dey will testify to the information and knowledge related to his observations of Bonita Freeman, the care and treatment he provided to her during the time in which she was in the rehabilitation center as well as to the care and treatment he has provided over time and to the present day, further, he will be able to testify to any fact or opinion included in the medical records that he authored or co-authored, and to any diagnosis, treatment, and physical examination of Bonita Freeman to which he performed or was present while the same was performed. Dr. Dey is also expected to testify to information and knowledge related to any conversations he had with other healthcare providers related to Ms. Freeman's condition, prognosis and outcome. He will also be able to provide any conversation he has had with Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case or to the extent of her injuries or her care and treatment. Further, it is expected that he will testify to his education, background, training, research and experience.

In addition, it is expected an appropriate representative from UPMC Western Maryland, will testify to the medical expenses that were billed to Ms. Freeman related to the care and treatment provided by Dr. Dey, and they (the representative) along with Dr. Dey, will further be able to testify that the costs of those expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

It is further expected that Dr. Dey will likely testify in accordance with his deposition, if taken, and his deposition testimony is incorporated herein to the extent this complies with the local rules.

**6. UPMC WESTERN MARYLAND**
**200 Lothrop Street**
**Pittsburg, PA 5213**

The officers, managers, directors, employees and agents of UPMC Western Maryland may have information pertaining to the claims and defenses in this matter. They may have information regarding Bonita Freemans's medical history, diagnoses, care and treatment while she was a patient in their care. They are expected to testify as to the matters addressed in the medical records, any particular document they authored, and any conversations they had with Bonita Freeman or her family.

In addition, it is expected an appropriate representative from UPMC Western Maryland, will testify to the medical expenses that were billed to Ms. Freeman related to the care and treatment provided by the named individuals in the respective record, and they (the representative), along with the individual provider will further be able to testify that the costs of those services and expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

It is further expected that each treating provider will likely testify in accordance with their deposition, if taken, and their deposition testimony is incorporated herein to the extent this complies with the Local Rules.

The potential witnesses include but are not limited to:

Irina Maramica, MD; Carla Blaney, CRNP; Edward Soriano, Jr., DO; Jade Hensinger, PA-C; Jennifer Helmstetter, LBSW; Kristen Crabtree; Amy L. Johnson; Kaitlin C. Drake; Latisha M. Trimble, RN; Angeline May, OT; Anusha Rajagopalan Natarajan, PT; Rachel A. Miller, RN; Karissa D. Johnson, RN.

**7. Kierstin Snyder, DPT**
**PROGRESSIVE PHYSICAL THERAPY & REHABILITATION CENTER**
**11801 Upper Potomac Industrial Park Street**
**Cumberland, MD 21502-5139**

Dr. Kierstin Snyder is being designated as a non-retained expert witness in this matter. Dr. Snyder was Bonita Freeman's physical therapist at Progressive Physical Therapy & Rehabilitation Center. If called, it is expected that Dr. Snyder will testify to the information and knowledge related to her observations of Bonita Freeman, the care and treatment she provided to her, and any fact or opinion included in the medical records, diagnosis, treatment, and physical examination of Bonita Freeman. Dr. Snyder is also expected to testify to information and knowledge related to any conversations she had with other healthcare providers, Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case. Further, it is expected that she will testify to the progression of Ms. Freeman's condition from her first encounter to the present day. Further, to the extent she knows, she will be able to testify to Ms. Freeman's future medical needs and the prognosis of the same. Undoubtedly, Dr. Snyder is expected to her education, background, training, research and experience.

In addition, it is expected an appropriate representative from Progressive Physical

Therapy & Rehabilitation Center will testify to the medical expenses that were billed to Ms. Freeman related to the care and treatment provided by Dr. Snyder, and they (the representative) along with Dr. Snyder, will further be able to testify that the costs of those expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

Additionally, if taken, they will likely testify in accordance with their depositions and their deposition testimony is incorporated herein so long as this complies with the Local Rules.

**8. Anna Hinton, PTA**
**PROGRESSIVE PHYSICAL THERAPY & REHABILITATION CENTER**
**11801 Upper Potomac Industrial Park Street**
**Cumberland, MD 21502-5139**

Anna Hinton is being designated as a non-retained expert witness in this matter. Ms. Hinton was Bonita Freeman's physical therapy assistant at Progressive Physical Therapy & Rehabilitation Center. If called, it is expected that Ms. Hinton will testify to the information and knowledge related to her observations of Bonita Freeman, the care and treatment she provided to her, and any fact or opinion included in the medical records, diagnosis, treatment, and physical examination of Bonita Freeman. Ms. Hinton is also expected to testify to information and knowledge related to any conversations she had with other healthcare providers, Bonita Freeman, Bonita Freeman's family, or others regarding the issues relevant to this case. Further, it is expected that she will testify to the progression of Ms. Freeman's condition from her first encounter to the present day. Further, to the extent she knows, she will be able to testify to Ms. Freeman's future medical needs and the prognosis of the same. Undoubtedly, Ms. Hinton is expected to her education, background, training, research and experience.

In addition, it is expected an appropriate representative from Progressive Physical Therapy & Rehabilitation Center, will testify to the medical expenses that were billed to Ms. Freeman related to the care and treatment provided by Ms. Hinton, and they (the representative) along with Ms. Hinton, will further be able to testify that the costs of those expenses were reasonable, necessary and related to the negligence of the Defendants on August 12, 2025.

Additionally, if taken, they will likely testify in accordance with their depositions and their deposition testimony is incorporated herein so long as this complies with the Local Rules.

## III. Other Experts

Plaintiff reserves the right to call any expert (retained or non-retained) designated by any other party in this matter. Plaintiff reserves the right to call any expert designated by Defendants either live or by deposition at trial.

## IV. Rebuttal Experts

Plaintiff reserves the right to call any expert witnesses (retained or non-retained) necessary for rebuttal purposes pursuant to Florida case law, the FLORIDA RULES OF EVIDENCE, FLORIDA RULES OF CIVIL PROCEDURE, and any Order of this Court.

## V. Supplementation

Plaintiff reserves the right to supplement, amend, or modify this designation as further information becomes available.

[*Remainder of page intentionally blank*]

DATED this 3rd day of September 2026.

*/s/ Amy M. Iberlin*____________
Amy M. Iberlin, PHV
TRIAL LAWYERS FOR JUSTICE, P.C.
724 S. Durbin Street
Casper, WY 82601
Telephone: (307) 620-0186
Primary email: amy@tl4j.com

NICHOLAS J. SPETSAS, ESQUIRE
Florida Bar No.: 127618
CHARLES R. BUIST, JR., ESQUIRE
Florida Bar No.: 1026236
NATHAN TYLER HILL, ESQUIRE
Florida Bar No.: 99452
Spetsas Buist Accident Injury Lawyers PLLC
225 E. Robinson Street, Suite 542
Orlando, FL 32801
Telephone: (321) 352-7687
Primary email: Nick@SpetsasBuist.com
Secondary: Charles@SpetsasBuist.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and furnished electronically to all counsel of record and/or interested parties via the CM/ECF Portal, to be forwarded on this 3rd day of September 2026.

**SPETSAS BUIST ACCIDENT INJURY LAWYERS, PLLC**

*/s/ Amy M. Iberlin*____________
Amy M. Iberlin, PHV
TRIAL LAWYERS FOR JUSTICE, P.C.
724 S. Durbin Street
Casper, WY 82601
Telephone: (307) 620-0186
Primary email: amy@tl4j.com

NICHOLAS J. SPETSAS, ESQUIRE
Florida Bar No.: 127618
CHARLES R. BUIST, JR., ESQUIRE
Florida Bar No.: 1026236
NATHAN TYLER HILL, ESQUIRE
Florida Bar No.: 99452
Spetsas Buist Accident Injury Lawyers PLLC
225 E. Robinson Street, Suite 542
Orlando, FL 32801
Telephone: (321) 352-7687
Primary email: Nick@SpetsasBuist.com
Secondary: Charles@SpetsasBuist.com

*Attorneys for Plaintiff*

# Exhibit 1

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

**CURRICULUM VITAE**

# MICHAEL J. FOLEY, M.D., F.A.C.R.

**RADIOGRAPHIC CONSULTANTS, LLC**
**101 East Kennedy Boulevard, Suite 3450**
**Tampa, Florida 33602**

Telephone: (813) 229-1208
Fax : (813) 229-1209
Cell : (813) 476-9147
Email: Mike@RadCon1.com

**Education**

| | | |
|---|---|---|
| Fellowship<br>Northwestern University School of Medicine<br>Fellowship in Nuclear Medicine, CT and Ultrasound | 1982 - 1983<br>Chicago, Illinois | |
| Residency<br>Northwestern University School of Medicine<br>Residency in Diagnostic Radiology | 1979 - 1982<br>Chicago, Illinois<br>Chief Resident 1981 - 1982 | |
| Internship<br>University of California - San Diego<br>Internship in Internal Medicine | 1978 - 1979<br>San Diego, California | |
| Medical School<br>Northwestern University Medical School<br>Medical Degree | 1974 - 1978<br>Chicago, Illinois | |
| Undergraduate<br>Oakland University<br>Summa Cum Laude | 1970 - 1974<br>Rochester, Michigan | |

**Certifications**

American Board of Radiology, Diagnostic Radiology, 1982-present
American Board of Radiology with Special Competence in Nuclear Radiology, 1983-present
American Board of Radiology, Added Qualifications in Vascular & Interventional, 1996-2006

**Licensures**

| | |
|---|---|
| Florida | ME0041845-active |
| California | G39991-inactive |
| Illinois | 036-059576-inactive |

**Teaching Appointments**

| | |
|---|---|
| University of South Florida School of Medicine<br>Tampa, Florida, Assistant Clinical Instructor of Radiology | 1983 - 1989 |
| Northwestern University Medical School<br>Chicago, Illinois, Assistant Clinical Instructor of Radiology | 1982 - 1983 |

**Appointments and Elected Positions**

| | |
|---|---|
| 1975-1978 | Student Senate Treasurer, Northwestern University Medical School |
| 1981-1982 | Chief Resident of Radiology, Northwestern University |
| 1988 -2002 | Chairman of Recruiting Committee, Drs. Sheer, Ahearn & Associates |
| 1988-1989 | Vice President - Florida West Coast Radiologic Society |
| 1989-1990 | President - Florida West Coast Radiologic Society |
| 1990-1997 | Member of Board of Trustees, Drs. Sheer, Ahearn & Associates |
| 1990-1997 | Member of Pension & Profit Sharing Committee |
| 1990- 2003 | Chairman of Vascular & Interventional Radiology<br>Columbia Brandon Regional Hospital |
| 1990-1996 | Vice-chairman Department of Radiology<br>Columbia Brandon Regional Hospital, Brandon, Florida |
| 1990-1997 | Radiation Safety Officer and Chairman<br>Radiation Safety Committee<br>Columbia Brandon Regional Hospital, Brandon, Florida |
| 1991-Present | Editorial Board, Hillsborough County Medical Journal<br>Tampa, Florida |
| 1995-1997 | Secretary/Treasurer of Medical Staff<br>Columbia Brandon Regional Hospital, Brandon, Florida |
| 1995-2007 | Member of Physician Reimbursement Committee<br>Society of Cardiovascular and Interventional Radiology (SCVIR) |
| 1995- 2002 | Executive Committee<br>Brandon Regional Hospital, Brandon, FL |
| 1996- 2002 | Chairman, Department of Radiology<br>Brandon Regional Hospital, Brandon, FL |
| 1999-2000<br>1991-1992<br>1992-1993 | Alternate Councilor for the American College of Radiology, State of Florida |
| 2015 | Fellow of the American College of Radiology, F.A.C.R. (inducted May 2015) |
| 2015 | ACR Certificate of Completion in Neuroradiology (September 2015) |

**Practice Association**

| | |
|---|---|
| Drs. Sheer, Ahearn & Associates<br>9204 King Palm Drive, Tampa, Florida | 1983 - 2003 |

**Hospital Affiliations**

| | |
|---|---|
| Brandon Regional Hospital<br>119 Oakfield Drive, Brandon, Florida 33511 | 1983 - 2003 |
| University Community Hospital<br>3100 E. Fletcher Avenue, Tampa, Florida 33613 | 1983 - 2002 |
| University Community Hospital @ Carrollwood<br>7171 North Dale Mabry Highway, Tampa, Florida 33614 | 1993 - 2002 |
| Manatee Memorial Hospital<br>206 Second Street East, Bradenton, Florida 34208 | 1985 - 2003 |

**Office / Outpatient Imaging Center Affiliations**

| | |
|---|---|
| Lutz Radiology<br>1916 Highland Oaks Blvd., Lutz, Florida 33559 | March 2003 – March 2007 |
| Bloomingdale Radiology Corp.<br>3350 Bell Shoals Road, Brandon, Florida 33511 | August 2003 – July 2008 |
| Tower Imaging, Inc. d/b/a Bloomingdale Radiology Ctr.<br>3350 Bell Shoals Road, Brandon, Florida 33511 | July 2008 – December 2008 |
| New Tampa Imaging Center<br>14302 Bruce B. Downs Blvd.<br>Tampa, Florida 33613 | January 2009 – October 2009 |
| Rose Radiology<br>5107 N. Armenia Avenue<br>Tampa, Florida 33603 | October 2009 thru present |
| West Coast Radiology<br>Clearwater, Florida | January 2010 - November 2012 |

**Professional Societies**

American College of Radiology
American Roentgen Ray Society
Florida Medical Association
Florida Radiological Society
Hillsborough County Medical Association
Radiological Society of North America
Florida West Coast Radiological Society, President 1989-1990

**Publications**

1. Foley, M.J., Calenoff, L., Lee, C., Hendrix, R.W., Cerullo, L.J. Radiological evaluation of surgical cervical spine fusion. AJR 138:79-89, January 1982.

2. Calenoff, L., Foley, M.J., Hendrix, R.W. Evaluation of the male urethra in males with spinal cord injury. Radiology 142:71-76, January 1982.

3. Foley, M.J., Ghahremani, G.G., Rogers, L.F. Reappraisal of Contrast Media used to Detect Upper Gastrointestinal Perforations. Radiology 144:231-237, July 1982.

4. Shkolnik, A.S., Foley, M.J., Riggs, T.W., Devine, S. New applications of real-time ultrasound in pediatrics. Radiographics 2:422-436, August 1982.

5. Foley, M.J., Calenoff, L. Radiology of surgical cervical spine fusion. Contemporary Diagnostic Radiology Vol 6 No. 1, pg. 1-6, 1983.

6. Foley, M.J., Calenoff, L., Hendrix, R.W., Schafer, M.F. Thoracic and lumbar spine fusion: Postoperative radiological evaluation. AJR 141:373-380, August 1983.

7. Hutchins, W.W., Gore, R.M., Foley, M.J. CT Demonstration of Pneumatosis Intestinalis from Bowel Infarction Computerized Radiol, Vol. 7, No. 5, pp 283-285, 1983

8. Foley, M.J., Muroff, L.R. Magnetic Resonance Imaging (MRI): Overview J. Florida M.A., Vol 71, No. 11, pp 856-861, November 1984.

9. Hutchins, W.W., Vogelzang, R.L., Fuld, I.L, Foley, M.J.. Utilization of Temporary Muscle Paralysis to Eliminate CT Motion Artifact in the Critically Ill Patient. Journal of Computed Assisted Tomography, February 8 (1), pg. 181-183, 1984.

10. Foley, M.J. Comparison of Gallbladder Imaging Modalities for the diagnosis of acute cholecystitis. Bulletin of the Hillsborough County Medical Association, February, Vol. 31, No. 9, pg. 6-8, 1986.

11. Foley, M.J., Silverfield, Joel. Osteoporosis: Diagnosis and Treatment (Part I) Bulletin of the Hillsborough County Medical Association October, 1987.

12. Foley, M.J., Silverfield, Joel. Osteoporosis: Diagnosis and Treatment (Part II) Bulletin of the Hillsborough County Medical Association, October, 1987.

13. Foley, M.J. The Impact of Screening for Breast Cancer. Humana Medical Bulletin, January, 1988.

14. Foley, M.J. SPECT Thallium - 201 Myocardial Scans. University Community Hospital On Staff Journal, Vol. 3, No. 3, 1989.

15. Foley, M.J. Mammography - a question of quality. Hillsborough County Medical Journal. Vol. 38, No. 3, October 1992.

16. Foley, M.J. Pulse spray thrombolysis accelerates clot dissolution. Diagnostic Imaging News - Brandon. February 21, 1992.

17. Foley, M.J. Pulsed Spray Thrombolysis: A New Method for Rapid Clot Dissolution. HCMA Bulletin, Vol. 38, No 2, Sept. 1992.

18. Foley, M.J. Reflections on Medicine. Hillsborough County Medical Journal. June 1994.

19. Foley, M.J. Venous access devices: low cost convenience. Diagnostic Imaging. August 1993.

20. Foley, M.J. Radiologic Placement of Long-term Central Venous Peripheral Access System Ports. Journal of Vascular and Interventional Radiology, 1995; 6:255-262.

21. Foley, M.J. Tough times give rise to group purchasing. Diagnostic Imaging. 1995; April 55-57.

22. Foley, M.J. Doctors at Local Community Hospital Save Another Life. HCMA Bulletin, Vol. 41, No. 1, June 1995.

23. Foley, M.J. Acute Pulmonary Embolism: Diagnostic Considerations. The Scope. Vol. 5, January 1995.

24. Foley, M.J. "Brain Attack" and Acute Stroke Intervention. Hillsborough County Medical Association Bulletin, Vol. 43, No. 5, November 13-15, 1997.

25. Foley, M.J. Teach Your Children Well. Hillsborough County Medical Association Bulletin, Vol. 43, No. 11, May 11-12, 1998.

26. Foley, M.J. Peripheral Arterial Disease: The Noninvasive Evaluation or What to do Before Angioplasty? HCMA Bulletin, Vol. 44, No. 4, Oct. 11-12, 1998.

27. Foley, M.J. Mammography and Medical Malpractice. 2002 ATLA Convention Journal.

28. Foley, M.J. Mammography: Now and In the Future. 2005 ATLA Convention Journal.

29. Foley, M.J. Acute Aortic Dissection – Sometimes Difficult to Diagnose. HCMA Bulletin, Vol. 51, No. 2 – July/August 2005.

30. Foley, M. J. SPECT and PET Scanning in the Diagnosis of Traumatic Brain Injury (TBI). HCMA Bulletin, Vol. 53, No. 3 – September/October 2007.

31. Foley, M.J. American College of Radiology Guidelines for Communicating Diagnostic Radiology Results. HCMA Bulletin, Vol. 53, No. 5 – January/February 2008.

32. Foley, M.J. Lung Cancer – Radiologic Evaluation. HCMA Bulletin, Vol. 54, No. 5 – January/February 2009.

33. Foley, M.J. Chronic vs. Acute Spine and Disc Abnormalities. HCMA Bulletin, Vol. 55, N0. 3 – September/ October 2009.

34. Foley, M.J. Acute Traumatic Thoracic Disc Injuries. HCMA Bulletin, Vol. 55, No. 5 - January/February 2010.

**Research Experience**

1. The Estrogenic repression of alpha 2 u globulin synthesis in hepatocyte cultures. Oakland University. Rochester, Michigan. 1971 - 1974

2. The aortic homograft: Debakey dacron graft. Fitzsimmons Institute. Pontiac, Michigan. 1973

3. Eye cataracts: The mechanisms of lens opacification. Woods Hole Marine Biological Laboratory. Cape Cod, Massachusetts. Summer 1973 & 1974

4. Colloidal Indium-111 labeled leukocytes. Department of Nuclear Medicine, Northwestern University. Chicago, Illinois. 1982 - 1983

5. Tumor detection using monoclonal lalbeled antibodies. Department of Nuclear Medicine. Northwestern University. Chicago, Illinois. 1982 - 1983

6. Telephone transmission of Nuclear Medicine Images. Department of Nuclear Medicine, Northwestern University. Chicago, Illinois. 1982 - 1983

**Scientific Exhibits**

1. Foley, M.J., Calenoff, L., Hendrix, R.W. The male urethra in spinal cord injury patients. Presented at the Sixty-Sixth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Dallas, Texas. November 16-21, 1980.

2. Foley, M.J., Ghahremani, G.G., Rogers, L.F. The gastrografin fallacy: Which contrast media for upper gastro-intestinal perforations or tears. Presented at the Sixty-Sixth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Dallas, Texas. November 16-21, 1980.

3. Foley, M.J., Calenoff, L., Hendrix, R.W. The male urethra in spinal cord injury patients. Presented at the Eighty-First Annual Meeting and Scientific Exhibit of the American Roentgen Ray Society, San Francisco, California. May 23-27, 1981.

4. Foley M.J., Shkolnik, A.S., Devine, S. New applications of real-time ultrasound in pediatrics. Presented at the Sixty-Seventh Annual Meeting and Scientific Assembly of the Radiological Society of North America, Chicago, Illinois. November 16-21, 1981.

5. Foley, M.J., Calenoff, L., Lee, C., Hendrix, R.W., Cerullo, L.J. Cervical spine fusion. Presented at the Sixty-Seventh Annual Meeting and Scientific Assembly of the Radiological Society of North America, Chicago, Illinois. November 16-21, 1981.

6. Foley, M.J., Calenoff, L., Hendrix, R.W. Ectopic bone in brain or spinal cord injury patients. Presented at the Sixty-Seventh Annual Meeting and Scientific Assembly of the Radiological Society of North America, Chicago, Illinois. November 16-21, 1981.

7. Foley, M.J., Calenoff, L., Lee, C., Hendrix, R.W., Cerullo, L.J. Cervical spine fusion. Presented at the Eighty-Second Annual Meeting and Scientific Exhibit of the American Roentgen Ray Society, New Orleans, Louisiana. May, 1982.

8. Foley, M.J., Calenoff, L., Hendrix, R.W., Schafer, M.F. Radiology of thoracic and lumbar spine fusion. Presented at the Sixty-Eighth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, Illinois. November 28 - December 3, 1982.

9. Foley, M.J., Calenoff, L., Hendrix, R.W., Schafer, M.F. Radiology of thoracic and lumbar spine fusion. Presented at the Eighty-Third Annual Meeting and Scientific Exhibit at the American Roentgen Ray Society, Atlanta, Georgia. April 18-22, 1983.

**Scientific Presentations**

1. Foley, M.J. Ectopic ureterocele: Radiologic diagnosis. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, July 1980.

2. Foley, M.J. Fractures of the orbit: Blow-out fracture. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, July 1980.

3. Gharemani, G.G., Foley, M.J., Rogers, L.F. The Gastrografin Fallacy: Which contrast media for upper gastrointestinal perforations and tears. Presented at the Sixty-Sixth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Dallas, Texas, November 16-21, 1980.

4. Calenoff, L., Foley, M.J., Hendrix, R.W. The male urethra in spinal cord injury patients. Presented at the Sixty-Sixth Scientific Assembly and Annual Meeting of the Radiological Michael J. Foley, M.D. Society of North America, Dallas, Texas, November 16-21, 1980.

5. Foley, M.J. Double contrast gastrointestinal radiology. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, December 1980.

6. Foley, M.J. Cervical spine fusions. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, February 1981.

7. Foley, M.J. Liver-spleen scanning. Lecture - Department of Nuclear Medicine, Northwestern University Medical School, Chicago, Illinois, February 1981.

8. Calenoff, L., Foley, M.J. Hendrix, R.W. The radiological evaluation of cervical spine fusions. Presented at the Eighty-First Annual Meeting of the American Roentgen Ray Society, San Francisco, California, March 23-27, 1981.

9. Hendrix, R.W., Foley, M.J., Calenoff, L. The male urethra in spinal cord injury patients. Presented at the American Spinal Injury Association, New Orleans, Louisiana, March 27, 1981.

10. Foley, M.J., Spies, S.M. Considerations in evaluation of left ventricular ejection fraction by gated pool studies. Presented at the Twenty-Ninth Annual Meeting of the Association of University Radiologists, New Orleans, Louisiana, April 21-25, 1981.

11. Calenoff, L., Foley, M.J., Hendrix, R.W. The male urethra in spinal cord injury patients. Presented at the International Congress of Radiology. Brussels, Belgium, June 23, 1981.

12. Foley, M.J. Emergency Radiology. Lecture to medical students, Northwestern University Medical School, Chicago, Illinois, November 5, 1981.

13. Calenoff, L., Foley, M.J., Hendrix, R.W. The male urethra in spinal cord injury patients. Presented at the Fifty-Eighth Annual Session of the American Congress of Rehabilitation Medicine, San Diego, California, November 1-6, 1981.

14. Foley, M.J. Wilm's tumor with extension into IVC and right atrium: Diagnosis by ultrasound. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, January 1983.

15. Foley, M.J. Congenital heart disease: Radiologic diagnosis. Presented at Radiology Grand Rounds, Department of Radiology, Northwestern University Medical School, Chicago, Illinois, January 1982.

16. Foley, M.J. Diagnosis of lower G.I. bleeding using nuclear medicine techniques. Presented at Imaging Conference,

Department of Radiology and Nuclear Medicine, Northwestern University Medical School, Chicago, Illinois, July 1982.

17. Foley, M.J. Gated equilibrium ventricular studies. Presented at Surgery and Cardiothoracic Surgery Grand Rounds. Department of Nuclear Medicine, Northwestern University Medical School, Chicago, Illinois, August 1982.

18. Shkolnik, A.S., Foley, M.J. New applications of real-time ultrasound in pediatrics. Presented at AIUM meeting. Denver, Colorado, October 4-8, 1982.

19. Calenoff, L., Foley, M.J., Hendrix, R.W., Schafer, M.F. Radiology of thoracic and lumbar spine fusion. Presented at the Sixth-Eighth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, Illinois, November 28 - December 3, 1982.

20. Wiot, J.F., Keats, T.E., Jacobson, H.G., Christie, J.H., Meaney, T.F., Foley, M.J., Nelson, S.W., Riemenschneider, P.A., Brady, L.W., Zabell, A. Activities of the American Board of Radiology: An update. How a senior resident views the future of Diagnostic Radiology. Presented at the Sixty-Eighth Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, Illinois, November 28 - December 3, 1982.

21. Foley, M.J., Spies, S.M., Fisher, M.R., Spies, W.G., Shapiro, D. Telephone Transmission of Nuclear Medicine Images. Presented at the 31st Annual Meeting of the Association of University Radiologists, Mobile, Alabama, March 22-25, 1983.

22. Foley, M.J. In-111 labeled leukocytes. Presented at Nuclear Medicine Grand Rounds, Northwestern University Medical School, Chicago, Illinois, April 15, 1983.

23. Foley, M.J., Spies, W.G. Hepatobiliary Scans: Techniques and Diagnosis. Presented at Nuclear Medicine/Surgical Grand Rounds, Northwestern University Medical School. Chicago, Illinois, April 20, 1983.

24. Foley, M.J. Liver-Spleen Scan vs. Ultrasound vs. CT. University Community Hospital Noon Conference. July 15, 1983.

25. Foley, M.J. Hepatobiliary Scanning in the diagnosis of acute cholecystitis. University Community Hospital Lecture to Radiology Residents, USF. August 2, 1983.

26. Foley, M.J. Myocardial Infarct Scans. University Community Hospital Lecture to USF Radiology Residents. August 16, 1983.

27. Foley, M.J. Gated Blood Pool Imaging. Analysis of LV wall contraction. University Community Hospital Lecture to USF Radiology Residents. September 6, 1983.

28. Foley, M.J. Gallium scans and In-111 Scans in Detection of Abscess. University Community Hospital Lecture to USF Radiology Residents. October 11, 1983.

29. Foley, M.J. Pulmonary Angiography and Long Scans in detection of pulmonary emboli. University Community Hospital Noon Medical Conference. January 3, 1984.

30. Foley, M.J. Digital Angiography: Its benefits and limitations. University Community Hospital Noon Medical Conference. February 15, 1984.

31. Foley, M.J. Carotid Ultrasound as a screening procedure. University Community Hospital Noon Conference. February 22, 1984.

32. Foley, M.J. Pelvic Ultrasound: Review ectopic pregnancy, PID, adnexal pathology. Humana Women’s Hospital

Noon Conference.

33. Foley, M.J. CT of the Brain and Abdomen. Its use in trauma. Humana Hospital Brandon E.R. Conference. May 16, 1984.

34. Foley, M.J. Percutaneous Extraction of Renal calculi and ultrasonic lithotripsy. Lake Buena Vista - Humana Hospital Brandon Medical Conference. November 17, 1984.

35. Foley, M.J. Comparison of Film-screen vs xeromammography. Humana Hospital Brandon Medical Conference - Orlando, Florida. January 12, 1985.

36. Foley, M.J. Duplex Carotid Ultrasound in Asymptomatic Patients. University Community Hospital Noon Medical Conference. February 19, 1985.

37. Foley, M.J. Dual Photon Bone Densitometry: Its use in the Diagnosis of osteoporosis. Women's Health Lecture Series. University Community Hospital. March 25, 1985.

38. Foley, M.J. Mammography in Clinical Practice: Pitfalls in Diagnosis. Women's Hospital in OB/GYN Grand Rounds. May 23, 1985.

39. Foley, M.J. The Role of CT in the staging of Lung Cancer. Humana Hospital Brandon - Pulmonary Conference. July 10, 1985

40. Foley, M.J. Sonographic Evaluation of Neonatal Intracranial Hemorrhage. Humana Hospital Brandon - Radiology in-service. August 15, 1985.

41. Foley, M.J. Percutaneous Nephrostomy and stenting techniques in the GU tract. Humana Hospital Brandon - Medical/Surgical Conference. November 20, 1985.

42. Foley, M.J. Osteoporsis and Dual Photon Bone Densitometry. University Community Hospital - Women's Health Lecture Series. February 13, 1986.

43. Foley, M.J. Nuclear Cardiology: SPECT. Manatee Memorial Hospital - Noon Physicians Conference. May 15, 1986.

44. Foley, M.J. Percutaneouos Gastrostomy. University Community Hospital. August 10, 1986.

45. Foley, M.J. Percutaneous Transluminal Angioplasty: Past, Present and Future. Humana Hospital Brandon. October 18, 1986.

46 Foley, M.J. Microcalcifications & Detection of early Breast Cancer. Humana Women's Hospital. December 12, 1986.

47. Foley, M.J. Intra-arterial Fibrinolysis: Long Term Results. University Community Hospital. January 10, 1987.

48. Foley, M.J. Pulmonary Angiography and Pulmonary embolism. Manatee Memorial Hospital. February 20, 1987.

49. Foley, M.J. Lower GI Bleeding: Nuclear Medicine and Angiographic Evaluation. University Community Hospital. April 14, 1987.

50. Foley, M.J. Abdominal Abscess Drainage with CT and US guidance. Humana Hospital Brandon. May 20, 1987.

51. Foley, M.J. Breast Nodule localization with hook-wire technique. Humana Woman's Hospital. June 14, 1987.

52. Foley, M.J. Bile Duct Stones: Percutaneous Transhepatic Removal. Humana Hospital Brandon. August 8, 1987.

53. Foley, M.J. Celiac Plexus Block. University Community Hospital. October 20, 1987.

54. Foley, M.J. Selective catheterization and Imaging of the Fallopian Tubes. Humana Women's Hospital. January 10, 1988.

55. Foley, M.J. CT, US, Nuclear Medicine and MRI: Which to do when. Florida Medical Association, Miami, Florida. February 16, 1988.

56. Foley, M.J. MRI- 1988: An Update to Physicians Noon Conference. Humana Hospital Brandon. June 23, 1988.

57. Foley, M.J. MRI of the Musculoskeletal System. University Community Hospital. June 25, 1988.

58. Foley, M.J. MRI - Cervical & Lumbar Spine. Carrollwood Radiology and BreastCare Center. July 16, 1988.

59. Foley, M.J. Angioplasty of occluded femoral and iliac arteries. Humana Hospital Brandon. August 27, 1988.

60. Foley, M.J. Atherectomy of the femoral artery using the Simpson Atherectomy Catherter. University Community Hospital. September 5, 1988.

61. Foley, M.J. Lysis of aarterial clot using Urokinase. Human Hospital Brandon. October 11, 1988.

62. Foley, M.J. Mammography Update: Detection of Minimal Breast Cancer. Humana Hospital Brandon. November 21, 1988.

63. Foley, M.J. CT guided abscess drainage. Humana Hospital Brandon. December 10, 1988.

64. Foley, M.J. Percutaneous placement of the Bird's Nest filter. University Community Hospital. January 20, 1989.

65. Foley, M.J. MRI of Brain tumors. Humana Hospital Brandon. January 29, 1989.

66. Foley, M.J. MRI of AVM and aneurysms. Humana Hospital Brandon. March 20, 1989.

67. Foley, M.J. PTA of arteries below the popliteal. Humana Hospital Brandon. April 12, 1989.

68. Foley, M.J. Quality Control in Nuclear Medicine. Radiology Review Course, University of Florida, Hyatt Orlando, April 18, 1989.

69. Foley, M.J. MRI of cervical and lumbar spine following trauma. Humana Hospital Brandon. May 17, 1989.

70. Foley, M.J. MRI of cervical herniated discs. Humana Hospital Brandon. May 17, 1989.

71. Foley, M.J. Color flow doppler of DVT. Humana Hospital Brandon. July 5, 1989.

72. Foley, M.J. Angioplasty of renal arteries. University Community Hospital. August 10, 1989.

73. Foley, M.J. Angioplasty of aorto-iliac disease: Kissing Balloon Technique. August 15, 1989.
74. Foley, M.J. Radiographic Diagnosis of Child Abuse. Humana Hospital Brandon. Michael J. Foley, M.D. August 20, 1989.

75. Foley, M.J. "Shaken Baby Syndrome": Criteria for x-ray diagnosis. Humana Hospital Brandon. September 8, 1989.

76. Foley, M.J. Ultrasound diagnosis of fetal anomalies. Humana Women's Hospital. September 20, 1989.

77. Foley, M.J. Ultrasound of ovarian pathology. Humana Hospital Brandon. September 28, 1989.

78. Foley, M.J. Ultrasound diagnosis of ectopic pregnancy with transvaginal probe. Humana Hospital Brandon. October 10, 1989.

79. Foley, M.J. MRI of cervical disc disease. Humana Hospital Brandon. November 8, 1989.

80. Foley, M.J. MRI of Multiple Sclerosis: Brain and Spine. Humana Hospital Brandon. November 20, 1989.

81. Foley, M.J. MRI of aortic dissection. Humana Hospital Brandon. December 7, 1989.

82. Foley, M.J. Embolization of bronchial arteries for pulmonary hemorrhage. Humana Hospital Brandon. January 4, 1990.

83. Foley, M.J. Angiography diagnosis and treatment of GI bleeding. Humana Hospital Brandon. February 11, 1990.

84. Foley, M.J. Nuclear Medicine SPECT thallium scanning. Humana Hospital Brandon. March 20, 1990.

85. Foley, M.J. Comparison of Cardiolite vs. thallium SPECT scanning. Humana Hospital Brandon. April 11, 1990.

86. Foley, M.J. Thrombolysis with Urokinase of long segment peripheral arterial occlusions. Humana Hospital Brandon. May 1, 1990.

87. Foley, M.J. Angioplasty of dialysis grafts. University Community Hospital. May 22, 1990.

88. Foley, M.J. Popliteal artery puncture for access of stenotic SFA lesions. Humana Hospital Brandon. June 5, 1990.

89. Foley, M.J. MRI of Brain Tumors: Gd enhancement. Humana Hospital Brandon. June 20, 1990.

90. Foley, M.J. MRI of Musculoskeletal trauma. Humana Hospital Brandon. July 1, 1990.

91. Foley, M.J. MRI of the Shoulder. University Community Hospital. July 20, 1990.

92. Foley, M.J. MRI of the Knee. Humana Hospital Brandon. August 6, 1990.

93. Foley, M.J. MRI of the Foot & Ankle. Humana Hospital Brandon. September 18, 1990.

94. Foley, M.J. Intravascular PALMAZ Stents. Humana Hospital Brandon. October 10, 1990.

95. Foley, M.J. Angioplasty and stents for iliac arteries. Humana Hospital Brandon. November 5, 1990.

96. Foley, M.J. Radiographic diagnosis of pneumociosis. Humana Hospital Brandon. November 18, 1990.

97. Foley, M.J. Ultrasound Diagnosis of IUGR. Humana Hospital Brandon. December 6, 1990.
98. Foley, M.J. Ultrasound diagnosis of abnormal fetal anatomy. Humana Hospital Brandon. January 4, 1991.

99. Foley, M.J. Ultrasound diagnosis of meningomyelocele. Humana Hospital Brandon. February 6, 1991.

100. Foley, M.J. CT guided biopsy of lung and mediastinal lesions. Humana Hospital Brandon. March 11, 1991.

101. Foley, M.J. Gastrojejunostomy placement. Humana Hospital Brandon. April 20, 1991.

102. Foley, M.J. Breast masses: Mammographic work up. Humana Hospital Brandon. May 11, 1991.

103. Foley, M.J. Mammographic diagnosis of breast calcifications. Humana Hospital Brandon. June 6, 1991.

104. Foley, M.J. Mammographic diagnosis in a patient with breast implants. Humana Hospital Brandon. July 7, 1991.

105. Foley, M.J. Mammographic localization techniques. Humana Hospital Brandon. August 10, 1991.

106. Foley, M.J. MRI angiography of the brain. Humana Hospital Brandon. September 15, 1991.

107. Foley, M.J. MRI angiography of brain aneurysms. Humana Hospital Brandon. October 16, 1991.

108. Foley, M.J. MRI of lumbar disc disease. Humana Hospital Brandon. November 10, 1991.

109. Foley, M.J. Renal angioplasty and renal stents. Humana Hospital Brandon. December 7, 1991.

110. Foley, M.J. Stents for SVC Syndrome. Humana Hospital Brandon. January 6, 1992.

111. Foley, M.J. Thrombolysis and angioplasty of the renal artery. Humana Hospital Brandon. February 10, 1992.

112. Foley, M.J. Pulmonary angiography: Comparison of cut film with digital techniques. Humana Hospital Brandon. March 6, 1992.

113. Foley, M.J. Angioplasty of complex stenotic lesions of the leg. Humana Hospital Brandon. April 10, 1992.

114. Foley, M.J. Correlation of Myelography/CT with MRI for cervical and lumbar spine disease. Humana Hospital Brandon. May 6, 1992.

115. Foley, M.J. MRI of anterior cruciate ligament injuries. Humana Hospital Brandon. June 10, 1992.

116. Foley, M.J. Thoracic CT in the evaluation of the critical care patients. Brandon Hospital. July 15, 1992.

117. Foley, M.J. MRI and CT of the brain for acute stroke. Brandon Hospital. August 10, 1992.

118. Foley, M.J. MR imaging of muscle injuries. University Community Hospital. September 19, 1992.

119. Foley, M.J. Evolution of MRI in the evaluation of acute cerebral ischemia. University Community Hospital. October 20, 1992.

120. Foley, M.J. MRI of cervical and lumbar herniated discs. Brandon Hospital. November 11, 1992.

121. Foley, M.J. Plain film chest radiographs: Diagnosis of lung cancer. University Community Hospital. December 10, 1992.

122. Foley, M.J. Diagnosis of TB by plain chest radiographs. Brandon Hospital. January 9, 1993.

123. Foley, M.J. "BandAid" Procedures for Vascular Disease: Angioplasty, Thrombolysis and Stents. Rogers Heart Foundation Meeting, Sheraton Sand Key Hotel, January 22, 1993.

124. Foley, M.J. Mammography and "missed" breast cancers. Brandon Hospital. February 20, 1993.

125. Foley, M.J. Ionic and non-ionic contrast media: Status and controversils. Brandon Hospital. March 10, 1993.

126. Foley, M.J. CT in HIV disease. University Community Hospital. April 16, 1993.

127. Foley, M.J. Pulmonary manifestations of AIDS. Brandon Hospital. May 10, 1993.

128. Foley, M.J. Imaging Review of Aortic Dissection with emphasis on CT. Brandon Hospital. June 11, 1993.

129. Foley, M.J. Diagnosis of unusual bone fractures. University Community Hospital. July 9, 1993.

130. Foley, M.J. Diagnosis of aortic aneurysms and aortic dissection: US, CT, and MRI. University Community Hospital. August 10, 1993.

131. Foley, M.J. Radiographic evaluation of the trauma patient. University Community Hospital. September 9, 1993.

132. Foley, M.J. Radiographic evaluation of the "battered child". Brandon Hospital. October 9, 1993.

133. Foley, M.J. Disc bulges, disc protrusions and disc herniation on MRI. Brandon Hospital. November 15, 1993.

134. Foley, M.J. Video fluoroscopy of the cervical spine. University Community Hospital. December 8, 1993.

135. Foley, M.J. New advances in interventional radiology. Brandon Hospital. January 9, 1994.

136. Foley, M.J. MRI of the knee. University Community Hospital. February 10, 1994.

137. Foley, M.J. MRI of the normal knee. Team Approach to Sports Medicine Symposium. Sheraton Grand, Tampa, Florida. March 4, 1994.

138. Foley, M.J. Radiologic placement of long-term central venous peripheral access system ports. SCVIR meeting, San Diego, California. March 21, 1994.

139. Foley, M.J. Placement of chest ports in radiology. Brandon Hospital. April 8, 1994.

140. Foley, M.J. Diagnosis of Breast Cancer. Tampa Palms Ladies Club, Tampa Palms Country Club, May 5, 1994.

141. Foley, M.J. MRI of the breasts to diagnose implant rupture. Brandon Hospital. May 20, 1994.

142. Foley, M.J. Diagnosis of aortic dissection and transactions. Brandon Hospital. June 8, 1994.

143. Foley, M.J. Diagnosis of renal and bladder tumors. Brandon Hospital. July 19, 1994.

144. Foley, M.J. Breast micro calcifications and breast asymmetric densities: When to compress, when to follow up, when to biopsy. Brandon Hospital. August 18, 1994.

145. Foley, M.J. CT Biopsy of pelvic masses: Benefits and risks. Brandon Hospital. September 20, 1994.

146. Foley, M.J. Diagnosis of acute intracranial hemorrhage: CT, MRI and Angiography. Brandon Hospital. October 18, 1994.

147. Foley, M.J. "Herniated Disc": A Diagnosis with enormous ambiguity. West Coast Claims Association Meeting. Sheraton Grand, Tampa, Florida. November 10, 1994.

148. Foley, M.J. Lung Carcinoma: Chest X-Ray and CT Appearance. Brandon Hospital Grand Rounds. December 27, 1994.

149. Foley, M.J. Nuclear Medicine Testicular Scans and Testicular Ultrasound: Findings in Epididymitis and Torsion. Brandon Hospital Grand Rounds. January 24, 1995.

150. Foley, M.J. Quality Assurance in Mammography. Brandon Hospital. February 21, 1995.

151. Foley, M.J. Intracranial Hemorrhage: CT and MRI Findings. Brandon Hospital. March 21, 1995.

152. Foley, M.J. CT Angiography. Brandon Hospital. April 25, 1995.

153. Foley, M.J. Ultrasound of Acute Deep Vein Thrombosis. Brandon Hospital. May 23, 1995.

154. Foley, M.J. Ionic vs Non-ionic Contrast for CT and Angiography. Brandon Hospital. June 20, 1995.

155. Foley, M.J. CT of Thoracic and Abdominal Aotic Aneurysms. Brandon Hospital. July 25, 1995.

156. Foley, M.J. Diagnostic of Breast Implant Rupture: Imaging Findings. Brandon Hospital. August 22, 1995.

157. Foley, M.J. Diagnostic of Breast Cancer: Imaging Findings. Brandon Hospital. September 26, 1995.

158. Foley, M.J. Radiographic Appearance of Retained Lap Sponges in the Abdomen. Brandon Hospital. October 24, 1995.

159. Foley, M.J. Early Diagnosis of Lung Cancer: Is it Necessary to have Preoperative Chest on Every Patient? Brandon Hospital. November 28, 1995.

160. Foley, M.J. Life threatening hemoptysis: Role of bronchial artery angiography and embolization. Brandon Hospital. December 22, 1995.

161. Foley, M.J. Imaging Diagnosis of traumatic aortic rupture. Brandon Hospital. January 7, 1995.

162. Foley, M.J. The role of helical CT vs angiography in diagnosis of ruptured aortic aneurysm. Brandon Hospital. February 12, 1995.

163. Foley, M.J. Radiology of spinal cord ischemia and infarction. Brandon Hospital. March 14, 1995.

164. Foley, M.J. Intra-arterial thrombolytic therapy of acute stroke. Brandon Hospital. April 12, 1995.

165. Foley, M.J. Acute mesenteric ischemia: Radiologic diagnosis. Brandon Hospital. May 14, 1995.

166. Foley, M.J. Treatment of mesenteric ischemia with intra-arterial urokinase. Brandon Hospital. June 11, 1995.

167. Foley, M.J. Renal artery laceration or tear following blunt abdominal trauma. Brandon Hospital. July 14, 1995.

168. Foley, M.J. Current status of renal angiography and diagnosis of renal cell carcinoma. Brandon Hospital. August 15, 1995.

169. Foley, M.J. Transcatheter embolization for massive GI Hemorrhage. Brandon Hospital. September 16, 1995.

170. Foley, M.J. Percutaneous transcatheter embolization for massive bleeding from pelvic fractures. Brandon Hospital. October 16, 1995.

171. Foley, M.J. Radiology of cerebral vasculitis. Brandon Hospital. November 15, 1995.

172. Foley, M.J. Mammographic diagnosis of benign and malignant breast disease. Brandon Hospital. December 10, 1995.

173. Foley, M.J. Quality Control in Mammography. Brandon Hospital. January 10, 1996.

174. Foley, M.J. Breast masses: Appropriate evaluation. Brandon Hospital. February 10, 1996.

175. Foley, M.J. Evaluation of Breast Microcalcifications. Brandon Hospital. March 12, 1996.

176. Foley, M.J. Management of probably benign breast lesions. Brandon Hospital. April 10, 1996.

177. Foley, M.J. Evaluation of the augmented breast. Brandon Hospital. May 12, 1996.

178. Foley, M.J. The current role of ultrasound in breast imaging. Brandon Hospital. June 15, 1996.

179. Foley, M.J. MR Imaging of Breast Cancer: Current status and future directions. Brandon Hospital. July 16, 1996.

180. Foley, M.J. Radiology guided needle biopsy techniques for breast lesions. Brandon Hospital. August 18, 1996.

181. Foley, M.J. Communication issues in breast imaging. Brandon Hospital. September, 1996.

182. Foley, M.J. Mammography Screening and the Controversy Concerning Women Aged 40 to 49. Brandon Hospital. October 18, 1996.

183. Foley, M.J. Medico-legal aspects of breast imaging. Brandon Hospital. November 16, 1996.

184. Foley, M.J. The role of radiologic screening in lung cancer. Brandon Hospital. December 15, 1996

185. Foley, M.J. Radiologic evaluation of the solitary pulmonary nodule. Brandon Hospital. January 15, 1997.

186. Foley, M.J. Conventional radiography of the hilum and mediastinum in bronchogenic carcinoma. Brandon Hospital. February 15, 1997.

187. Foley, M.J. Teleradiology in the diagnosis of lung cancer on chest films. Brandon Hospital. March 12, 1997.

188. Foley, M.J. Malpractice and radiologists in Cook County, Illinois. Trends in 20 years of litigation. A review of Dr. Leonard Berlin's work. Brandon Hospital. April 16, 1997.

189. Foley, M.J. Radiologic interpretation by family physicians in an office practice. Brandon Hospital. May 15, 1997.

190. Foley, M.J. Off-hours interpretation of radiology ER studies by teleradiology. Brandon Hospital. June 18, 1997.

191. Foley, M.J. Medical-Legal issues in teleradiology. Brandon Hospital. July 16, 1997.

192. Foley, M.J. MR Imaging of breast implants. Brandon Hospital. August 14, 1997.

193. Foley, M.J. Staging of breast cancer with MRI. Brandon Hospital. September 18, 1997.

194. Foley, M.J. Mammographic evaluation of the post-irradiated breast. Brandon Hospital. October 16, 1997.

195. Foley, M.J. Non-palpable breast lesions. Sterotaxic fine-needle aspiration and biopsy. Brandon Hospital. November 12, 1997.

196. Foley, M.J. Sonographic characterization of solid breast lesions - benign, malignant or indeterminate? Brandon Hospital. December 11, 1997.

197. Foley, M.J. Evolving medical-legal concepts for clinicians and radiologists in evaluation of breast cancer. Brandon Hospital. January 14, 1998.

198. Foley, M.J. Imaging of Acute Thoracic Injury Due to Blunt Trauma: A Review. Brandon Hospital Interventional meeting, March 10, 1999.

199. Foley, M.J. Screening for Lung Cancer: Does it Work? Brandon Hospital Departmental meeting, May 12, 1999.

200. Foley, M.J. Variability and Accuracy in Mammographic Interpretation Using the ACR Breast Imaging Reporting and Data System. Brandon Hospital Departmental Meeting, August 18, 1999.

201. Foley, M.J. Coaxial Core Needle Biopsy Under Mammographic Guidance. Brandon Hospital Mammography and Ultrasound Departments, October 20, 1999.

202. Foley, M.J. Magnetic Resonance Imaging: A Cost-Effective Alternative to Bone Scintigraphy in the Evaluation of Patients with Suspected Hip Fractures. Brandon Hospital Radiology Department Meeting, December 15, 1999.

203. Foley, M.J. Transcatheter Uterine Artery Embolization to Treat Large Uterine Fibroids. Brandon Hospital/Interventional Radiology, February 16, 2000.

204. Foley, M.J. Using the Expert in Mediation: Panel Discussion, Florida Liability Claims Conference, Florida Defense Lawyers Association, Caribe Royale Resort, Lake Buena Vista, Florida, June 7, 2002.

205. Foley, M.J. Mammography and Medical Malpractice. ATLA 2002 Annual Convention. Atlanta, Georgia. July 21, 2002.

206. Foley, M.J. Mammography, Breast Cancer and Medical Malpractice – What You Need to Know. American Association of Legal Nurse Consultants (AALNC), 15th National Education Conference, Hyatt Regency Chicago, April 2, 2004.

207. Foley, M.J. Mammography: Now and In the Future. ATLA 2005 Annual Convention. Toronto, Canada. July 24, 2005.

208. Foley, M.J. Radiologic Abnormalities That Are Really Normal For Age. Insurance Seminar sponsored by the Haas Dutton Law Firm at Marriott Waterside Hotel, Tampa Florida, October 25, 2006.

209. Foley, M.J. Current Trends in Neuroimaging. Brain Injury Litigation Strategies. MGM Grand Hotel. Las Vegas, Nevada, May 1, 2009.

210. Foley, M.J. Chronic versus Acute Spine and Disc Abnormalities—Causes of Findings on MRI. The Annual Worker's Compensation and Employment Law Seminar. Marriott Waterside Hotel, Tampa, Florida. April 8, 2011.

211. Foley, M.J. Chronic versus Acute Spine and Disc Abnormalities—Causes of Findings on MRI. The Greater Tampa Bay Chapter of the American Association of Legal Nurse Consultants. Clearwater, Florida. May 15, 2012.

212. Foley,M.J. "Oh My Aching Back"- Evaluating Acute vs Degenerative Disc Disease. Claims Defense Update Seminar. Tampa, Florida. Thursday, September 20, 2012.

**April 2023**

# Exhibit 2

## To

## ***Plaintiffs' Expert Witness Disclosures***

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

# Radiographic Consultants, LLC

**101 East Kennedy Boulevard, Suite 3450**
**Tampa, Florida 33602**
Phone: 813-229-1208
Fax: 813-229-1209
Tax ID#: 02-0675363


## EXPERT / CONSULTANT FEE AGREEMENT

Neither Radiographic Consultants, LLC, nor Michael J. Foley, M.D. F.A.C.R. individually, have been retained until the pertinent non-refundable fee is delivered to 101 East Kennedy Boulevard, Suite 3450, Tampa Florida 33602. This condition **must be met** before Dr. Foley will agree to be retained as an expert. **No representation shall be made to anyone** including, but not limited to, opposing counsel, mediators, or the Court, that Radiographic Consultants, LLC or Michael J. Foley, M.D. F.A.C.R. have been retained until this condition has been met. No appointments or conferences will be scheduled until completion of this condition.

This agreement for the retention of Radiographic Consultants, LLC and/or Michael J. Foley, M.D. F.A.C.R. and the obligation to pay the expert fees, is between the lawyer and his/or her firm and/or the insurance company who retained Radiographic Consultants, LLC and/or Michael J. Foley, M.D. F.A.C.R. Radiographic Consultants, LLC and Michael J. Foley, M.D. F.A.C.R. **do not** accept retention *by individual plaintiffs or defendants in any disputed matter.*

## Retainer for Personal Injury Cases (Non-Refundable)

A non-refundable fee of **$1,000.00** must be delivered to 101 East Kennedy Boulevard, Suite **3450**, Tampa, Florida 33602

Charges for review of radiographic imaging studies:

- **First Study (any modality) $600.00**
- **Each Additional Study (any modality) $250.00**
- **Comparison study (any modality) $250.00**

**For each additional study that is sent that does not accompany the original set of studies, the charge will be $600.00 for the first study and $250.00 for each additional study.**
***Please Note*:** The corresponding Radiographic Imaging Reports for the studies to be reviewed and corresponding Surgical Reports should be sent with the films and/or CDs.

## Retainer for Medical Malpractice Cases (Non-Refundable) $2,500.00

A non-refundable fee of **$2,500.00** must be delivered to 101 East Kennedy Boulevard, Suite **3450**, Tampa, Florida 33602. The retainer is non- refundable regardless of number of radiology imaging studies or medical records reviewed.

## STANDARD CHARGES FOR ALL CASES

Charges for review of Radiographic Imaging Studies:

- **First Study** **$600.00**
- **Each Additional Study** **$250.00**
- **Comparison Study** **$250.00**

**For each additional study that is sent that does not accompany the original set of studies, the charge will be $600.00 for the first study and $250.00 for each additional study.**
***Please Note***: The corresponding Radiographic Imaging Reports for the studies to be reviewed and corresponding Surgical Reports should be sent with the films and/or CDs.

***Rush Reviews:*** **If a review of a Radiographic Imaging Study is required in less than 14 days from receipt of the images a rush fee will be added to the invoice as follows:**

- **1 to 4 radiology imaging studies** **$ 1,000.00**
- **5 or more radiology imaging studies** **$ 2,000.00**
- **If a Super Rush review is required in 7 days or less there is a flat fee of** **$5,000.00**

Additional Services:

- **Review of Medical Records** **$1,000.00 per hour**
- **Review/Prepare Answers to Expert Interrogatories** **$1,000.00 per hour**
- **In-Person Consultation/Telephone Consultation** **$1,000.00 per hour**
- **Review and Sign an Affidavit (Flat Fee)** **$2,500.00**
- **Exporting, Download and Selecting Radiographic Images** **$1,000.00 per hour**
- **Dictation of a written report after a verbal request** **$1,000.00 per hour**

## DEPOSITIONS:

Two (2) hour minimum to Reserve the Deposition Time **$2,000.00**
**(Dr. Foley will reduce his charge to $1,000.00 for a one hour deposition, but must be advised at the time the deposition date is requested, and will not under any circumstances exceed 60 minutes)**

Hourly travel time from portal to portal **$1,000.00**

**Two Hour Pre-Payment is Required ($2,000.00)** to reserve the deposition time for a two hour deposition and **($1,000.00)** for a one hour deposition and is to be received no later than 72 hours prior to the reserved time. If the deposition is cancelled within the 72 hours prior to the reserved time, the prepayment amount becomes **non- refundable.** In the case of

two hour deposition, If the deposition continues for more than two hours, a fee of $1,000.00 per hour will be assessed for each additional hour and/or fraction of an hour beyond the initial 2-hour reservation.

## VIDEO-DEPOSITIONS:

| | |
|---|---|
| **Two (2) hours minimum to reserve the video deposition time** | **$3,000.00** |
| **Hourly travel time from portal to portal** | **$1,000.00** |

**Video-Deposition Pre-Payment is Required ($3,000.00)** to reserve the video deposition time and is to be received no later than 72 hours prior to the reserved time. If the video deposition is cancelled within the 72 hours prior to the reserved time, the $3,000.00 prepayment amount becomes **non-refundable.** If the deposition continues for more than 2 hours a fee of $1,500.00 per hour will be assessed for each additional hour and/or fraction of an hour beyond the initial 2- hour reservation.

Regardless of any court order determining the amount of fees that Dr. Foley and/or Radiographic Consultants, LLC may charge for deposition testimony, the retaining lawyer or company agrees to pay the difference between the court ordered fee and Dr. Foley/Radiographic Consultants, LLC's deposition fees as outlined in this Expert/Consultant Fee Agreement.

## TRIAL TESTIMONY:

**For live trial testimony, Zoom trial testimony or Video Deposition for trial the pre-payment is $5,000.00 and is due no later than 7 business days prior to the scheduled day of testimony.** If the trial testimony is not cancelled within 72 hours prior to the scheduled day of testimony, the $5,000.00 pre-payment amount becomes **non- refundable**.

**Trial testimony is charged in 1/2-day increments,** meaning that the minimum charge for any trial testimony is **$5,000.00**. If Michael J. Foley M.D., F.A.C.R. is required to be available for testimony before 12 noon and continues past 12 noon on any one-day period, then a **full day charge of $10,000.00** will be due.

**For cases outside of Hillsborough County, Florida, a portal to portal travel fee** in the amount of **$1,000.00 per hour plus actual out-of-pocket expenses is assessed over and above the applicable 1/2 day or full day testimony fee.**

**Revised fee schedule October18, 2023.**

# Exhibit 3

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

**LIST OF DEPO AND TRIAL APPEARANCES OF DR. FOLEY**

8/10/26

| CASE NAME | LAW FIRM | LAINTIFF/DEFENS | DEPO/TRIAL | CASE NUMBER | COUNTY |
|---|---|---|---|---|---|
| JAMES RANSOM vs SAMUEL WILLIAMS | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 2019-CA-111 | PUTNAM |
| JANET WOJOWSKI vs WAL-MART STORES EAST, LP | QUINTAIROS PRIETO | DEFENSE | DEPO/TRIAL | 052019CA011606XXXXXX | BREVARD |
| DAVID ALLIBONE vs STEVEN PALM | GOBEL FLAKES | DEFENSE | DEPO/TRIAL | 2018-CA-003293 | ORANGE |
| LESLIE CROCKER vs MICHAEL REIN | DENNIS HERNANDEZ | PLAINTIFF | DEPO/TRIAL | 2018-CA-009038 | HILLSBOROUGH |
| KATHLEEN DUTY vs TRICIA MARO | WHITTEL MELTON | PLAINTIFF | DEPO/TRIAL | 2020-CA-311-A | CITRUS |
| MARIA RAMIREZ vs JONATHAN BENNETT | EVANGELO, BRANDT & LIPPERT, P.A. | DEFENSE | DEPO/TRIAL | 2020-CA-7627 | ORANGE |
| SHELLEY WORONICK vs RAY RODRIGUEZ | WITTMER LINEHAN, P.A. | PLAINTIFF | DEPO | 2021-CA-004377 | SARASOTA |
| ALYSSA DOOLITTLE vs VICTORIA GLOVER | LEEPER & ASSOCIATES | DEFENSE | DEPO/TRIAL | 2020-CA-001637 | SEMINOLE |
| CARLOS SOTO JR vs FRANCISCO RAMOS | JOYCE REYES | PLAINTIFF | DEPO/TRIAL | 22-CA-004489 | HILLSBOROUGH |
| BEATA LATASIEWICZ vs FLORIDA SE, LLC | COLE SCOTT KISSANE | DEFENSE | :PO, DEPO & TRI | 2020-CA-002009 | SEMINOLE |
| JOHN WILLINGER vs TIMOTHY O'CONNOR | THE RUTH LAW TEAM | PLAINTIFF | DEPO/TRIAL | 21-CA-003600 | POLK |
| DANIEL SANTIAGO vs DAVID MCNULTY | BANKER LOPEZ | DEFENSE | DEPO/TRIAL | 2021-CA-000875 | POLK |
| PRISCILLA PRIOLEAU vs WALMART STORES EAST LP | COLE SCOTT KISSANE | DEFENSE | DEPO | 2019-CA-007016-O | ORANGE |
| HAROLD MEADOWS, JR vs WALMART | COLE SCOTT KISSANE | DEFENSE | VIDEO-DEPO | 2020-31500-CICI | VOLUSIA |
| SARAH HAYS vs ERIC HORNBECK | CONROY SIMBERG | DEFENSE | VIDEO-DEPO | 59-2018-CA-003087 | SEMINOLE |
| MARTHA CARRILLO vs KCS TRANSCARE, LLC | THE NURSE LAWYER | PLAINTIFF | DEPO | 20-000669-CI | PINELLAS |
| ERICA KEOUGH vs RICHARD SARAVIA | BOWMAN & BROOKE | DEFENSE | DEPO | 2020-CA-003748-O | ORANGE |
| SHEREE CORNETT vs REYNALDO DELGADO | GOBEL FLAKES | DEFENSE | DEPO/TRIAL | 2021-CA-330 | MARION |
| JUAN FRANCISCO MONCADA vs CARLY ANN BITNER | GOBEL FLAKES | DEFENSE | DEPO/TRIAL | 2021-CA-003189-O | ORANGE |
| CHERYL HARRINGTON vs BLUE DOG GROUP, INC | QUINTAIROS PRIETO | DEFENSE | VIDEO-DEPO | 13-CA-25856 | BREVARD |
| HASSAN ALI VARONA vs MARIANA MEDINA | SEGUNDO LAW GROUP | DEFENSE | DEPO | 21-CA-001324 | HILLSBOROUGH |
| CANICA HOLMES vs JOSEPH RAMIE | CAMERON HODGES | DEFENSE | DEPO | 2020-CA-1950 | BAY |
| JULIO GUTIERREZ vs ADI ORLANDO HOTELS, INC | BAUMANN GRANT & KEELEY, P.A. | DEFENSE | VIDEO-DEPO | 2021-CA-009590-O | ORANGE |
| AMY MCCANN vs RICHARD TOMPKINS | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2020 CA 0384 NC | SARASOTA |
| ERICH BELL vs CWC TRANSPORTATION, LLC | LUKS SANTANIELLO | DEFENSE | TRIAL | 53-2019-CA-001714-0000-00 | POLK |
| JAMIE SCIBILIO vs LINDSEY FOX | GOBEL FLAKES | DEFENSE | DEPO | 2019-CA-049332 | BREVARD |
| JASON MASTRIANNI vs WAL-MART STORES EAST, LP | LUKS SANTANIELLO | DEFENSE | DEPO | 2020-CA-000053 | NASSAU |
| HANAN ALSUFI vs STEPHAUN JACKSON | JOYCE REYES | PLAINTIFF | DEPO | 22-CA-006985 | HILLSBOROUGH |
| TONY SOOKRAJ vs AUSTIN JACOB GEORGE | LAW OFFICES OF DOLINA LORDEUS LASCAZE | DEFENSE | TRIAL | 35-2022-CA-000577-AXXX-XX | LAKE |
| RAMON SALDANA CRUZ vs WILLIAM MARLEY, JR. | WOOD & WOOD | DEFENSE | DEPO | 19-CA-004736 | POLK |
| MICHAEL MOMPIERRE vs BRITTANY BARNES | BICKFORD & CHIDNESE | DEFENSE | DEPO | 2020-CA-002133-O | ORANGE |
| JESSE ROGERS vs OUTSET CAPITAL PARTNERS LLC | BRETT LITTLE, P.A. | DEFENSE | DEPO/TRIAL | 2021 CA 000335 | PUTMAN |
| KELLY VILLIO vs YASMIN PANJWANI | SHELTON MCKEEN | DEFENSE | DEPO | 22-CA-005752 | HILLSBOROUGH |
| RUTH COLON vs RMK INVESTMENT PROPERTES, LLC | QUINTAIROS PRIETO | DEFENSE | DEPO | 2022 CA 001209 AN | OSCEOLA |
| MICHELLE VANDEBOGERT vs MEGAN O'SHEA | BURNS WHITE | DEFENSE | DEPO | 16-CA-8791 | HILLSBOROUGH |
| SCOTT SEILER vs JOSEPH LOBSIGER | SCARBOROUGH LAW FIRM | DEFENSE | DEPO | 21-CA-000139 | HERNANDO |
| TASHONA CORVI vs DANALYN RAMOS | QUINTAIROS PRIETO | DEFENSE | TRIAL | 21-CA-007482 | HILLSBOROUGH |
| JASMINE STEWARD vs FRESHPOINT CENTRAL FLORIDA, INC. | COLE SCOTT KISSANE | DEFENSE | DEPO | 2021-CA-1924 | DUVAL |
| JENNAH ABDULHAKIM vs ZEKELMAN INDUSTRIES, INC. | CHARLES MCKEON | DEFENSE | TRIAL | 2020-CA-000619 | HILLSBOROUGH |
| JESSICA MARTINEZ vs RYAN LAVORATA | DENMON PEARLMAN | PLAINTIFF | DEPO | 22-CA-004269 | HILLSBOROUGH |
| RAMON ADORNO vs SDM-AEP USA | YANCHUCK & BLAXBERG, PLLC | PLAINTIFF | DEPO | 8:22-CV-00818-SDM-AEP | HILLSBOROUGH |
| TINA WINCHOCK vs JOSEPH PAPASCI | SARAH E. BLAZAK | DEFENSE | DEPO | 05-2022-CA-028132 | BREVARD |

| | | | | | |
|---|---|---|---|---|---|
| MARC NIELSEN vs SAM'S EAST, INC | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 19-002424-CI | PINELLAS |
| DONNA BEALS vs MICHAEL J. COLLINS | WOOD & WOOD | DEFENSE | TRIAL | 15-CA-001816-CI | PINELLAS |
| CARMEN GONZALEZ vs MAGIC BURGERS, LLC | KAUFMAN DOLOWICH VOLUCK | DEFENSE | DEPO | 2019 CA 856 ON | OSCEOLA |
| JAMES MERIDETH vs ANNALISE LECLAIR | DEBEAUBIEN KNIGHT | DEFENSE | EPO/VIDEO-DEP | 2022-CA-5727-O | ORANGE |
| HAUDIEL RIVERA vs BENJAMIN BORREGARD | THE NURSE LAWYER | PLAINTIFF | DEPO | 2022-CA-000763 | PASCO |
| REGGIE HAAG vs BEACHY & J2 SOLUTIONS INC | KATZ SIEGEL & MAPLE, P.L. | DEFENSE | DEPO | 2020-CA-000962 | SARASOTA |
| .EXIS NEWCOMB vs PROGRESSIVE AMERICAN INSURANCE COMPAN | FREEMAN GOLDIS & CASH | DEFENSE | DEPO | 18-CA-010581 | HILLSBOROUGH |
| JANIS RICE vs THOMAS BRANDT | MALLARD PEREZ | PLAINTIFF | DEPO | 20-CA-004984-NC | SARASOTA |
| LEDIS CASTILLO vs RACMEL AROCHA SEVILLA | QUINTAIROS PRIETO | DEFENSE | VIDEO-DEPO | 2020-018831-CA-01(32) | MIAMI-DADE |
| CHELSEA HESTER vs STATE FARM | GOBEL FLAKES | DEFENSE | TRIAL | 2016-CA-7349-O | ORANGE |
| RACHAEL RUSSO vs JACQUELINE RAPALE | MAIN LAW FIRM | PLAINTIFF | DEPO | 2021-CA-002523 | SEMINOLE |
| BOBBIE JO JOHNSON vs PETER GRANGE | LUKS SANTANIELLO | DEFENSE | DEPO | 2020-001935-CI | PINELLAS |
| FRANKLIN STAN DEFREITAS vs ERIC SINCOFF | LA CAVA JACOBSON & GOODIS | DEFENSE | DEPO | 2018CA003062CAAXES | PASCO |
| DANIEL CAMPOS vs COMMERCIAL SHEET METAL SYSTEMS INC | VASQUEZ TOSKO | DEFENSE | DEPO | 2021-CA-6678 | DUVAL |
| MONICA TAYLOR vs JENNIFER BLESSING | MEDINA LAW FIRM | PLAINTIFF | DEPO/TRIAL | 21-CA-005445 | HILLSBOROUGH |
| CINDY MEYER vs SOUTHERN-OWNERS INSURANCE COMPANY | KUBICKI DRAPER | DEFENSE | DEPO | 22-CA-006618 | HILLSBOROUGH |
| DONALD WOODS vs RTG FURNITURE CORP | ABEL BEAN LAW | DEFENSE | DEPO | 2021-CA-572 | CLAY |
| ROBERT ECKLUND vs JAUME FERRON | DENMON PEARLMAN | PLAINTIFF | DEPO/TRIAL | 22-002911-CI | PINELLAS |
| KYOKO MASUOKA vs ROEL ZAMORA | THE MAHER LAW FIRM | PLAINTIFF | DEPO | 22-CA-003596 | HILLSBOROUGH |
| MAURICE WILLIAMS vs AMGUARD INSURANCE COMPANY | MEDINA LAW FIRM | PLAINTIFF | DEPO | 20-CA-006578 | HILLSBOUROUGH |
| IVAN ALFONSO-CILANO vs VULCAN MATERIALS COMPANY | UNICE SALZMAN | DEFENSE | VIDEO-DEPO | 21-CA-004473 | LEE |
| MELYNDA JONES vs ALLSTATE | LAW OFFICES OF DOLINA LORDEUS LASCAZE | DEFENSE | DEPO | 05-2021-CA-056187 - XXXX-XX | BREVARD |
| JESSICA QUINONES vs KENYETTE KAVATA GARRETT | HUGHES LAW | PLAINTIFF | DEPO | 22-CA-006433 | HILLSBOROUGH |
| JOHNNY HUNTER vs HOME DEPOT USA | LUKS SANTANIELLO | DEFENSE | TRIAL | 2021-CA-005403-O | ORANGE |
| FADY GEORGE vs AUGUST TOSCANO | MEDINA LAW FIRM | PLAINTIFF | DEPO | 22-CA-007046 | HILLSBOROUGH |
| TODD LONGBRAKE vs JAMES BOONE | DICKINSON GIBBONS | DEFENSE | DEPO | 2022-CA-001814 | MANATEE |
| CHRISTOPHER JORDAN vs THE FALLS AT NEW TAMPA | WEEKLEY SCHULTE VALDES | DEFENSE | TRIAL | 21-CA-006893 | HILLSBOROUGH |
| JEREMIAH DELGADO vs DANA SCHULZ | COLE SCOTT KISSANE | DEFENSE | TRIAL | 22-CA-003682 | HILLSBOROUGH |
| LOUIS PONCE vs PHILLIP MENDOZA | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2020-007675-CA-01 | MIAMI-DADE |
| MARKHAM WRIGHT vs CHRISTOPHER TURVEY | GOBEL FLAKES | DEFENSE | TRIAL | 2021-CA-2196 | DUVAL |
| ABIGAIL WEBB vs LOUISE MILTON | JOYCE REYES | PLAINTIFF | DEPO | 2022-CA-007805 | HILLSBOROUGH |
| CARLOS SAN MARTIN vs SHONNA WELLS | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2022 CA 000797 | SEMINOLE |
| LOUISE LODOLCE vs TEVIN YOUNG | DOLMAN LAW GROUP | PLAINTIFF | DEPO | 21-CA-001435 | PASCO |
| GLENDON ASHER vs RING POWER CORPORATION | SCARBOROUGH LAW FIRM | DEFENSE | DEPO | 2022-CA-002687 | POLK |
| LAURA MALDONADO vs SHONNA WELLS | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2022 CA 000797 | SEMINOLE |
| JACQUELINE HOLGUIN vs SHIRLEY LEVITAN | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 502016CA001508XXXXMB | PALM BEACH |
| CASEY MAHONEY vs GILBERT WAGONER | KUBICKI DRAPER | DEFENSE | TRIAL | 2020 CA 003804 | MANATEE |
| JIMMY BRAHAM vs HEATHROW LAKES MAINTENANCE | VASQUEZ TOSKO | DEFENSE | DEPO | 2021-CA-001774 | SEMINOLE |
| GREGORY CAMPBELL vs RON KENDALL MASONRY INC | DICKINSON GIBBONS | DEFENSE | DEPO | 2022-CA-002834 | ORANGE |
| TERRY HAMILTON vs WILLIAM WELLS | MINTZER SAROWITZ | DEFENSE | VIDEO-DEPO | 2022-CA-0130 | LEVY |
| MADISON HORD vs NICOLE GUGLICELLI | BANKER LOPEZ | DEFENSE | DEPO | 2020-CA-005355 | HILLSBOROUGH |
| DIA PRESTON vs MICHAEL FOX | THE NURSE LAWYER | PLAINTIFF | DEPO | 22-CA-008938 | HILLSBOROUGH |
| CHRISTA SMITH vs STEPHEN WILLIAMS | JACK EVANS | DEFENSE | EPO/VIDEO-DEP | 22-CA-008085 | HILLSBOROUGH |
| ANTHONY BOSCO vs THE STANDARD FIRE INSURANCE CO | BANKER LOPEZ | DEFENSE | DEPO | 2020-CA-700 | HERNANDO |
| JAMES AMBURGY vs AJAX PAVING INDUSTRIES OF FLORIDA | QUINTAIROS PRIETO | DEFENSE | VIDEO-DEPO | 21001074CA | CHARLOTTE |
| ELIMANIEL GONZALEZ vs WAL-MART STORES EAST LP | HAMILTON MILLER | DEFENSE | VIDEO-DEPO | 8:21-cv-02077-KKM-JSS | HILLSBOROUGH |
| PATRICIA ENEA vs ALFRED BRAMBLETT | CAGLIANONE MILLER | DEFENSE | DEPO | 21-CA-003172 | POLK |

| | | | | | |
|---|---|---|---|---|---|
| CHRISTOPHER MASCIA vs COASTAL LUXURY OUTDOORS, LLC | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA-4280 | DUVAL |
| TIMOTHY HALE vs SHAWN VARE | DENMON PEARLMAN | PLAINTIFF | DEPO/TRIAL | 22-000592-CI | PINELLAS |
| MARLE GENAO ROSARIO vs MICHAEL D. SAUNDERS | WICKER SMITH | DEFENSE | DEPO/TRIAL | 20-002046-CI | PINELLAS |
| ELIZABETH HARRE-ORR vs STEPHANIE MARSAN | LIGORI & LIGORI | PLAINTIFF | DEPO | 22-CA-002200 | HILLSBOROUGH |
| DIANE KOMENDAT vs MARK IRWIN | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA-000947 | SEMINOLE |
| HELEN STEPP-BERRY vs KYLE KING | LAW OFFICE OF REBECCA WOLTJER | DEFENSE | DEPO | 35-2022-CA-000928-AXXX-XX | LAKE |
| AIDA LUBLIN vs CLINTON PARHAM | COLE SCOTT KISSANE | DEFENSE | DEPO | 2020-CA-000914-O | ORANGE |
| ANYER CAUSILLA RIVERO vs NORMA CALLIS | MEDINA LAW FIRM | PLAINTIFF | DEPO | 22-CA-004738 | HILLSBOROUGH |
| SHERI PRESUTTI vs MICHAEL BUTKUS | GOBEL FLAKES | DEFENSE | TRIAL | 2017-CA-008891-O | ORANGE |
| LILMISSETTE RODRIGUEZ vs RANDY RHOADES III | LUKS SANTANIELLO | DEFENSE | TRIAL | 05-2014-CA-025416 | BREVARD |
| KEVIN CATTON vs MIKAL R. SMITH | KUBICKI DRAPER | DEFENSE | TRIAL | 20-002615 - CI | PINELLAS |
| LILY RODRIGUEZ vs SMYRNA READY MIX CONCRETE LLC | CHARLES MCKEON | DEFENSE | DEPO | 2022 CA 001415 | OSCEOLA |
| SHANEQUA SUTTON vs DONALD CLEARY | WOOD & WOOD | DEFENSE | DEPO | 22-CA-007384 | HILLSBOROUGH |
| JOSHUA STEPHENS vs VICTOR ZANDERS | FREEMAN MATHIS & GARY | DEFENSE | DEPO | 2021-CA-005627 | DUVAL |
| RONALD SINNO vs WAL-MART STORES EAST | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 2021-CA-000159 | INDIAN RIVER |
| ASELA IBARRA vs JOHN WAYNE JAEGER | WILSON ELSER | DEFENSE | DEPO | 05-21-CA-047599-XXXX-XX | BREVARD |
| TIFFANY HORNSBY vs UNITED SERVICES AUTOMOBILE ASSOC. | DENMON PEARLMAN | PLAINTIFF | DEPO | 22-CA-009754 | HILLSBOROUGH |
| LESHURAN JENNINGS vs KELLE MULLINS | BRETT LITTLE, P.A. | DEFENSE | DEPO/TRIAL | 2023-CA-000050 | MARION |
| AUTHOR SMITH vs AGAPANTHUS LANE | JACK EVANS | DEFENSE | DEPO | 01-2022-CA-2961 | ALCHUA |
| DANA FREYMAN vs ALLSTATE | LAW OFFICES OF DOLINA LORDEUS LASCAZE | DEFENSE | DEPO | 2022 CA 0013 AN | OSCEOLA |
| PATRICK FAIR vs JLF TRUCKING & DELIVERY INC | MAIN LAW FIRM | PLAINTIFF | DEPO | 2021-CA-008574-O | ORANGE |
| CAYCE RAGLE vs MICHAEL GLEN SMITH | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA-1760 | MARION |
| AUTUMN SIMMONS vs GARRETT ROSSER | ALVAREZ GOWER | PLAINTIFF | DEPO | 2023-CA-000770 | POLK |
| VERYL JONES vs GINA FORTUNA | LAW OFFICES OF DOLINA LORDEUS LASCAZE | DEFENSE | EPO/VIDEO-DEP | 2022-CA-005155-O | ORANGE |
| ANDREW TIDWELL vs KENDALL GENTRY | ALVAREZ GOWER | PLAINTIFF | DEPO | 2022-CA-001709 | POLK |
| UBALDO LOPEZ vs KAREN HAUSER | CAMERON HODGES | DEFENSE | DEPO | 2022-CA-01761 | SEMINOLE |
| EVANGELOS GOGAS vs STATE FARM | DENMON PEARLMAN | PLAINTIFF | DEPO | 21-005600 | PINELLAS |
| MICHAEL WINBERG vs STATE FARM MUTUAL AUTO | AUSTIN ROE & BASQUILL | DEFENSE | TRIAL | 20-CA-006775 | HILLSBOROUGH |
| DARL FUNKHOUSER vs GEICO | KUBICKI DRAPER | DEFENSE | VIDEO-DEPO | 22-CA-10677 | HILLSBOROUGH |
| JOANNA MITCHELL vs STATE FARM | MAIN LAW FIRM | PLAINTIFF | VIDEO-DEPO | 2014-CA-0755 | LAKE |
| CICELY LEWIS vs DUANE NELSON | LIGORI & LIGORI | PLAINTIFF | DEPO | 23-CA-000005 | PASCO |
| ANTJUANE RAESHAD JACKSON vs ROBERT SELLEY | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2023CA000321 | ST. LUCIE |
| CHARLES PINTO MORAIS vs J&D MECHANICAL, LLC | DICKINSON GIBBONS | DEFENSE | DEPO/TRIAL | 112022CA0004320001XX | COLLIER |
| JUSTIN MAHSHIE vs RANYA TAWFIK | DEBEAUBIEN KNIGHT | DEFENSE | DEPO | 2020-CA-005480-O | ORANGE |
| DERRICK KIRKLAND vs JIMMIE WAYNE NIX | TAYLOR PARTNERS, LLC | DEFENSE | EPO/VIDEO-DEP | 35-CV-2018-900065.00 | GREENE |
| MARC SUTHER vs PVH CORP | QUINTAIROS PRIETO | DEFENSE | DEPO | 2022-CA-10216 | HILLSBOROUGH |
| CHARLES LAYCOCK, JR. vs EDWARD MOISA | WOOD & WOOD | DEFENSE | DEPO | 2020-CA-002299 | POLK |
| ERIC SCOTT vs STEVE HACK | CHARLES MCKEON | DEFENSE | DEPO | 2020-CA-003118 | HILLSBOROUGH |
| VANCE LARSEN vs PAUL ARNOLD | BRETT LITTLE, P.A. | DEFENSE | DEPO | 2021-CA-1840 | MARION |
| SARA MUNK vs SARAH HUSSAIN | COONEY TRYBUS KWAVNICK PEETS | DEFENSE | DEPO/TRIAL | 2022-CA-008627 | HILLSBOROUGH |
| AMY MOORE vs ALLSTATE | JOYCE REYES | PLAINIFF | TRIAL | 22-CA-008366 | HILLSBOROUGH |
| WENDY BARDWELL vs ANTOINETTE TSIOTIS | RIGDON ALEXANDER RIGDON | DEFENSE | DEPO | 05-2021-CA-052279-XXXX-XX | BREVARD |
| MARIA RODRIGUEZ vs JUAN RODRIGUEZ | GOBEL FLAKES | DEFENSE | DEPO | 2023-CA-002697 | ORANGE |
| MALIK MCCARTHY vs GEMINI MANAGEMENT ASSOCIATION, INC. | TORRES VICTOR | DEFENSE | DEPO | 2023 30553 CICI | VOLUSIA |
| INA BOCOVA vs HARALD KRISTENSEN | THE NURSE LAWYER | PLAINTIFF | DEPO | 2022-CA-000737 | PASCO |
| KRYSTAL HUGHES vs JOHN GALAN | FREEMAN GOLDIS & CASH | DEFENSE | TRIAL | 22-CA-000489 | HILLSBOROUGH |
| TESHANNA CAMPBELL vs ZOEY WILLIAMS | HAMILTON MILLER | DEFENSE | DEPO/TRIAL | 2022-CA-010931-O | ORANGE |

| | | | | | |
|---|---|---|---|---|---|
| SANDRA VAZQUEZ vs DEPOT GRANITE MARBLE & TILE | WOOD & WOOD | DEFENSE | DEPO | 20-003352-CI | PINELLAS |
| TARA CONTALDI vs ANDREW TARVER | GOBEL FLAKES | DEFENSE | DEPO/TRIAL | 2020-000551-08-G | SEMINOLE |
| JOANNE NIEVES-SANTIAGO vs CELEBRITY CARPETS & INTERIOR INC | SHELTON MCKEEN | DEFENSE | TRIAL | 20-CA-005308 | HILLSBOROUGH |
| JONI PULLAM vs WALMART STORES EAST LP | COLE SCOTT KISSANE | DEFENSE | DEPO | 03-2022-CA-000525 | BAY |
| JONISE JOSEPH vs PALENCIA APARTMENTS LLC | THOMPSON MILLER | DEFENSE | DEPO | 22-CA-009988 | HILLSBOROUGH |
| GABRIELA ZABALA vs PULBLIX SUPER MARKETS, INC. | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2023-011016-CA-01 | MIAMI-DADE |
| LUIS LUGO vs WILKERSON'S HYDROLOGY SERVICE INC | HARMON WOODS | PLAINTIFF | DEPO | 2019-CA-000051-CAAXMX | HARDEE |
| DEVIN TWIETMEYER vs CHARLES DAWSON | MALLARD PEREZ | PLAINTIFF | DEPO/TRIAL | 2023CA001161AX | MANATEE |
| JEAN ISAAC vs AXAR PATEL | THE NURSE LAWYER | PLAINTIFF | DEPO | 2023-CA-000742 | POLK |
| JAMES FEASTER vs PROGRESSVIVE | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 2018-CA-002377 | SEMINOLE |
| DARLENE FAULKNER vs PETER TAKIS FRANTZIS | THE NURSE LAWYER | PLAINTIFF | EPO/VIDEO-DEP | 2023-CA-003048 | PASCO |
| KIMBERLY HUGGINS vs FRANKLIN J. WALASON | DICKINSON GIBBONS | DEFENSE | DEPO | 2022-CA-000703 | SEMINOLE |
| KAREN SMITH vs SAM'S EAST INC | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA-003899 | DUVAL |
| THERESA BRIGANTE vs HERZOG CONTRACTING INC | CHARTWELL LAW | DEFENSE | DEPO | 05-2023-CA-021107 | BREVARD |
| JAIR RIECH vs ROBERT KENDRICK | JOYCE REYES | PLAINITFF | VIDEO-DEPO | 22-CA-009796 | HILLSBOROUGH |
| JACOB SLAVIK vs AMANDA PARKER | GOBEL FLAKES | DEFENSE | DEPO | 01/2022-CA-003847 | ALACHUA |
| GUE-ROGERS vs MATTHEW MASTERS AND L AND J BUILDING ENTER | GOLDBERG & SEGALLA | DEFENSE | DEPO | 2022 31383 CICI | VOLUSIA |
| ALEX GONZALEZ FIGUEROA vs IBRAHIM MOHAMAD RA ABUGHWALEH | HUGHES LAW | PLAINTIFF | DEPO/TRIAL | 2023-CA-3286-O | ORANGE |
| SHANE BRADY vs TIMOTHY FOLEY | IACONO LAW | DEFENSE | DEPO | 2022-CA-000439 | PASCO |
| DONNA BARTOLIN vs PGIM INC | WILSON ELSER | DEFENSE | DEPO | 05-2019-CA-056002 | BREVARD |
| ROBERT NUGENT vs MATTHEW GREEN | BRETT LITTLE, P.A. | DEFENSE | DEPO | 2023-CA-002414-O | ORANGE |
| MARIA BELLO vs PEPE'S HACIENDA & RESTAURANT | HARDIN THOMPSON, PC | DEFENSE | DEPO | 16-2023-CA-008011-MA | DUVAL |
| SAMARION PITTS-MARSHALL vs LYNNE SHUSTER | KEMP LAW GROUP | PLAINTIFF | DEPO | 22-CA-008825 | HILLSBOROUGH |
| DORIS KINGDOM vs KYLIE BROWN | GOBEL FLAKES | DEFENSE | DEPO | 2022-CA-005668-O | ORANGE |
| JOSE BARBOZA vs EL SANTO TAQUERIA | WILSON ELSER | DEFENSE | DEPO | 2023-005490-CA-01 | MIAMI-DADE |
| MALIK GRAHAM vs JEAN MAY | HUGHES LAW | PLAINTIF | DEPO/TRIAL | 22-000448-CI | PINELLAS |
| BRIANNA BEVELOCK vs CHARLES DAWSON | MALLARD PEREZ | PLAINTIFF | DEPO | 2023CA001161AX | MANATEE |
| SHAQNEIL BAILEY vs SHERWYN CARMICHAEL | RUMBERGER KIRK | DEFENSE | DEPO | 2023-CA-000902 | LAKE |
| SARAH GILES vs PATRICK REED NOE | TRAGOS, SARTES & TARGOS | PLAINTIFF | DEPO | 01-2023-CA-001025 | ALACHUA |
| CRAIG SABO vs MILLARD DUNTON | LAW OFFICES OF RYAN & MARSH | DEFENSE | DEPO | 21-002615-CI | PINELLAS |
| MARCO CABRA vs JUSTIN CROCKER | CAGLIANONE MILLER | DEFENSE | DEPO/TRIAL | 2022-CA-1505 | POLK |
| NYLA SMITH vs TARGET CORPORATION | VICTORY LAW | PLAINTIFF | DEPO | 23-CA-002755 | HILLSBOROUGH |
| SANDRA BARRETT vs RHC MASTER | CHRIS LIGORI | PLAINTIFF | DEPO | 23-CA-002452 | HILLSBOROUGH |
| SHERRY CONFORTI vs JOHN H. BOMHARDT | MAGAZINE LAW GROUP | PLAINTIFF | TRIAL | 2019CA001491CAAXWS | PASCO |
| FARRELL RIVARDE vs RICHARD BROOKS | AUSTIN ROE & BASQUILL | DEFENSE | TRIAL | 21-22-002094-CI | PINELLAS |
| SANDRA FLOYD vs WILLIAM LAWSON | FULGENCIO LAW | PLAINTIFF | DEPO/TRIAL | 2022-31425-CICI | VOLUSIA |
| GERALD HALL vs UNITED SERVICES AUTOMOBILE ASSOCIATION | HADDAD & ASSOCIATES | PLAINTIFF | DEPO | 21-002370-CI-015 | PINELLAS |
| LISA ANN MARTINEZ TRIAL vs HAROLD HEDRICK | COLE SCOTT KISSANE | DEFENSE | TRIAL | 2018-CA-005164-O | ORANGE |
| SARAH WEESE vs SAMANTHA COUCH | TAYLOR DAY | DEFENSE | DEPO | 2022-CA-001966 | POLK |
| WAYNE MCKINNEY vs ROBERTO ESTRADA | SCARBOROUGH LAW FIRM | DEFENSE | EPO/VIDEO-DEP | 2022CA-1817 | POLK |
| BAILEY & NICOLE DAMBERG vs MQ BUS SERVICES INC | THE OLSEN LAW FIRM | DEFENSE | DEPO | 2023-CA-008504-O | ORANGE |
| AUDREY JONES vs ALLSTATE | CAMERON HODGES | DEFENSE | DEPO | 2022-CA-007402-O | ORANGE |
| HENRY PICCO vs MICHAEL HARTMAN | GOBEL FLAKES | DEFENSE | DEPO | 2021 CA 1765 | LAKE |
| TANISHA MABRY vs JOSE DE JESUS ARRIAGA GARCIA | LIGORI & LIGORI | PLAINTIFF | DEPO | 22-CA-001393 | HILLSBOROUGH |
| DARREN LEE TUCKER vs STEPHANIE MARSAN | LIGORI & LIGORI | PLAINTIFF | EPO/VIDEO-DEP | 22-CA-002198 | HILLSBOROUGH |
| JEFFREY NACCA vs ELIEZER PEREIRA | COLE SCOTT KISSANE | DEFENSE | DEPO | 2023 CA 003470 AN | OSCEOLA |
| JAMIE PARKER vs LILLIE ROBINSON | MAIN LAW FIRM | PLAINTIFF | DEPO | 2023-CA-006511-O | ORANGE |

| | | | | | |
|---|---|---|---|---|---|
| TAYLOR KELLY vs DOUGLAS STALLEY | WOOD & WOOD | DEFENSE | TRIAL | 19-007855-CI | PINELLAS |
| FRANCISCO MARTIN FLORES vs KIMBERLY SIMOES | LEWIS BRISBOIS BISGAARD | DEFENSE | DEPO | 2023-CA-001209 | SEMINOLE |
| EDMANUEL MASSON vs KIMBERLY SIMOES | LEWIS BRISBOIS BISGAARD | DEFENSE | DEPO | 2023-CA-001209 | SEMINOLE |
| TIFFANEY RICHARDS vs MARK PEACOCK | GOBEL FLAKES | DEFENSE | DEPO | 2023-CA-007726-O | ORANGE |
| HERVE SALOMON vs MATTEW GALVAN | RUMBERGER KIRK | DEFENSE | DEPO/TRIAL | 2023-CA-008755-A-0 | ORANGE |
| CHRISTENE PARKER vs LILLIE ROBINSON | MAIN LAW FIRM | PLAINTIFF | DEPO | 2023-CA-006511-O | ORANGE |
| REX BONDS & ROSEMARY BONDS vs SHERIFF CHAD CHRONISTER | HOLLIDAY KARATINOS LAW FIRM, PLLC | PLAINTIFF | TRIAL | 22-CA-4816 | HILLSBOROUGH |
| RANDALL JONES vs KYLE BURCH | RUMBERGER KIRK | DEFENSE | DEPO | 8:24-CV-72-KKM-SPF | HILLSBOROUGH |
| JAMAR ROLLINS vs RUTH GOGGIN | LAW OFFICES OF DOLINA LORDEUS LASCAZE | DEFENSE | DEPO | 2022-CA-003206-O | ORANGE |
| ROSANA HUANCO vs GARY COCH | GOBEL FLAKES | DEFENSE | DEPO | 2020-CA-002899 | SEMINOLE |
| CARLO MARTIN vs KENNETH GRUBBS | VASQUEZ TOSKO | DEFENSE | TRIAL | 35-35-2022-CA-001498-AXXX-XX | LAKE |
| SILVER STONE WEATHERS vs SARUBI GONZALEZ | BAKER & HOSTETLER, LLP | DEFENSE | DEPO | 2023-007233-CA-01 | MIAMI-DADE |
| LEON PANTELLA vs JOHN RICHARD TATE | THE RUTH LAW TEAM | PLAINTIFF | TRIAL | 21-CA-007878 | HILLSBOROUGH |
| KIMBERLY KING vs ERNESTO MORENO LAJOS | KEMP LAW GROUP | PLAINTIFF | DEPO | 2023-CA-000250 | PASCO |
| TERRANCE SHELTON vs ROBERTO DEL TORRO PARGAS | VICTORY LAW | PLAINTIFF | DEPO/TRIAL | 50-2023-CA-004600-XXXX-MB | PALM BEACH |
| KEVIN AMAYA vs TREVOR MCMAHON | CHARLES MCKEON | DEFENSE | TRIAL | 23-CA-001847 | HILLSBOROUGH |
| STEPHEN LUMBERT vs DANIEL CROFFORD | COLE SCOTT KISSANE | DEFENSE | TRIAL | 2022-CA006845-O | ORANGE |
| SHEENA BURRUS vs EDGAR ALVAREZ | HAMILTON MILLER | DEFENSE | DEPO/TRIAL | 2023-CA-882-O | ORANGE |
| VERONICA HOOVER vs DWAINE DEICKE II | KELLEY KRONENBERG | DEFENSE | DEPO | 2023-CA-011135 | DUVAL |
| GWENDOLYN JOHNSTON vs DENNINE LOUK | WOOD & WOOD | DEFENSE | DEPO | N22-CA-004109 | HILLSBOROUGH |
| KIMYATTA ARVIE vs USAA CASUALTY INSURANCE | VICTORY LAW | PLAINTIFF | DEPO | 2023-CA-001626 | OSCEOLA |
| AMANDA CRANDALL vs MELISSA ANN WALKER | JOYCE REYES | PLAINTIFF | DEPO | 23-CA-016924 | HILLSBOROUGH |
| JON EDWARD SCHNEIDER vs IRBY CONSTRUCTION | BLEAKLEY BAVOL | DEFENSE | DEPO | 2022-CA-1466 | SARASOTA |
| TANYA HYLTON vs IGNACIO CAMAFREITA | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2023-CA-004831--CA-01 | MIAMI-DADE |
| SARAH LILLIAN vs ZACHARY ALLEN SPIGGLE | FLORIN, GRAY, BOUZAS | PLAINTIFF | DEPO | 2023 CA 002715 NC | SARASOTA |
| STEVEN DE LEON vs EDWARD DIAZ | KUBICKI DRAPER | DEFENSE | DEPO | 22-CA-010277 | HILLSBOROUGH |
| DANIELLE SHEPARDSON vs KRISTIE HERSHNER | GOBEL FLAKES | DEFENSE | DEPO/TRIAL | 2020-CA-000775-08-G | SEMINOLE |
| SEAN SPENCER vs JOHN EDWARD FLOWERS III | TAYLOR DAY | DEFENSE | TRIAL | 2023 CA 004658 AN | OSCEOLA |
| MARGARITO DOMANTAY vs HANNAH NOBITZ | CHARLES MCKEON | DEFENSE | DEPO | 23-CA-003588 | HILLSBOROUGH |
| ERIK DEHATE vs JACOB LANG | CAGLIANONE MILLER | DEFENSE | TRIAL | 2021-CA-1796 | POLK |
| DAMON MCDADE vs LUIS ALVAREZ | LEEPER & ASSOCIATES | DEFENSE | DEPO | 2019-CA003415-08-K | SEMINOLE |
| JAY PARKER vs LILLIE ROBINSON | MAIN LAW FIRM | PLAINTIFF | DEPO | 2023-CA-006511-O | ORANGE |
| LISA BURKE vs GARRETT HAYES | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2022-CA-001685 | SEMINOLE |
| LAURA COLLINS vs WAL-MART STORES EAST | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA2470 | MARION |
| KEITH SHANK vs CLAUDE HEARN | HAMILTON MILLER | DEFENSE | DEPO | 2023-CA-350 | FLAGLER |
| ARMANI POLLARD vs CLARK HUNT CONSTRUCTION | FRANK DICOSOLA | PLAINTIFF | TRIAL | 23-002369-CI | PINELLAS |
| CHRISTINA LASEK vs KATELYNE MARITZA BALLESTEROS | THE NURSE LAWYER | PLAINTIFF | DEPO | 24-CA-000117 | HILLSBOROUGH |
| JANETTE MCCASKILL vs MELVIN PRIDGEN | THE OLSEN LAW FIRM | DEFENSE | DEPO | 2023-CA-3517-0 | ORANGE |
| CAROLINA MORALES vs JORDAN REEB | JOYCE REYES | PLAINTIFF | DEPO/TRIAL | 23-CA-016933 | HILLSBOROUGH |
| CRISTA ROBERTS vs USAA | SHELTON MCKEEN | DEFENSE | DEPO | 8:23-cv-02540-MSS-AEP | DLE DISTRICT OF FLOI |
| DORY RICHARDS vs TYLER BOYD | LUCAS, MACYSZYN & DYER | PLAINTIFF | DEPO/TRIAL | 23-CA-1294 | PASCO |
| TYLER PERDIEU vs JAMES WALDON | COLE SCOTT KISSANE | DEFENSE | DEPO | 2023-CA-021518 | BREVARD |
| EUGENIA FERNANDES vs MICHELE R. OUTZEN | QUINTAIROS PRIETO | DEFENSE | DEPO/TRIAL | 2023-CA-000526 | HILLSBOROUGH |
| ARIANA DAHL vs MICHAEL DOTY | BUTLER WEIHMULLER KATZ CRAIG, LLP | DEFENSE | DEPO | 2023-CA000276 | SUMTER |
| YOVANNYS ORTEGA-JIMENEZ vs JULIO E. CAMACHO | COLE SCOTT KISSANE | DEFENSE | DEPO | 19-CA-010654 | HILLSBOROUGH |
| KENDRA FLOWERS vs DAVID FANSLER | THOMPSON MILLER | DEFENSE | DEPO | 2023-CA-006397 | POLK |
| BRITTANE BROWN vs DESTINY HAMMERLE | MAIN LAW FIRM | PLAINTIFF | DEPO | 2023-CA-000144-A | CITRUS |

| | | | | | |
|---|---|---|---|---|---|
| GRISELLE RAMOS vs MIAMI-DADE COUNTY | COUNTY ATTORNEY (MIAMI-DADE) | DEFENSE | DEPO/VIDEO | 2022-05172-CA-01 | MIAMI-DADE |
| ROGER BRIERE vs MICHAEL KLOPACK | GOBEL FLAKES | DEFENSE | TRIAL | 19-CA-006132 | LEE |
| ROBERT LEMOINE vs SUNBELT RENTALS INC | LEWIS BRISBOIS BISGAARD | DEFENSE | DEPO | 2023-001976-CA-01 | MIAMI-DADE |
| MAILYN CAMACHO vs ROBERTO ARTURO SOSA | LIGORI & LIGORI | PLAINTIFF | DEPO | 24-CA-000609 | HILLSBOROUGH |
| BECKY PRIMUS vs SEAWORLD PARKS | RUMBERGER KIRK | DEFENSE | DEPO'S | 2023-CA-004319 | HILLSBOROUGH |
| TRACY EMERSON vs DUMP TRUCK SERVICES INC | HALE LAW | PLAINTIFF | DEPO | 2023-CA-3302 | SARASOTA |
| DEBORA CABRERA vs WAL-MART STORES EAST | COLE SCOTT KISSANE | DEFENSE | DEPO | CACE- 23-006338 | BROWARD |
| SUZETTE PREVICH-HARTMAN vs vs FORREST DAYTON, JR | SEGUNDO LAW GROUP | DEFENSE | VIDEO-DEPO | 2020-005251-CI | PINELLAS |
| ALLISON STEVENSON vs TRACY MINTZ | CATHEY & MILES | PLAINTIFF | DEPO | 2023-CA-016971 | HILLSBOROUGH |
| AMANDA FRECK vs DAVID HACKETHAL | LIGORI & LIGORI | PLAINTIFF | DEPO | 23-CA-006994 | HILLSBOROUGH |
| CHRISTA KARIN LEPISTO vs VIMAL AGARWAL | JOYCE REYES | PLAINTIFF | DEPO | 24-CA-002247 | HILLSBOROUGH |
| RUSSELL FLINDERS vs JORDAN TAYLOR | TAYLOR DAY | DEFENSE | TRIAL | 2022-CA-004850 - O | ORANGE |
| CHRISTOPHER GERDES vs CLAIRE EILER | HOLLIDAY KARATINOS LAW FIRM, PLLC | PLAINTIFF | DEPO/VIDEO | 22-003285-CI | PINELLAS |
| DRAH CAREY, CHARLES CAREY & PETER LAFROSCIA vs SANJEEV GU | ROBINSON, PECARO & MIER, PA | DEFENSE | TRIAL | 50-2023-CA-002687 | PALM BEACH |
| SHAREE CHARBONEAU vs JOSHUA EDWARD WIGGINS | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 16-2017-CA-007442-XXXX-MA | DUVAL |
| JOSEPH HICKS vs ELIZABETH ANN SMITH | QUINTAIROS PRIETO | DEFENSE | TRIAL | 53-2021-CA-003456-0000-00 | POLK |
| AIESHA ORTIZ-NIEVES vs CARY ANN PHILOCTETE | KUBICKI DRAPER | DEFENSE | VIDEO-DEPO | 2022-CA-912 | SEMINOLE |
| CATALINA ZAMUDIO vs SAVANNAH KELLER | WOOD & WOOD | DEFENSE | VIDEO-DEPO | 20-CA-005807 | HILLSBOROUGH |
| LAUREN ERVIN-HILL vs REYNALDO REYNALDO BARRERA | DICKINSON GIBBONS | DEFENSE | VIDEO-DEPO | 2023 CA 002033 NC | SARASOTA |
| KENNETH MORRISON vs JESUS INFANTE-PAEZ | VASQUEZ TOSKO | DEFENSE | VIDEO-DEPO | 2022-CA-006742-O | ORANGE |
| SHANNON SIMS vs MARI0 BUSTILLO JR | BRETT LITTLE, P.A. | DEFENSE | DEPO | 2023-CA-173 | COLUMBIA |
| KEISHA EASON vs PAOLA ANDREA SCHILMANDAJCZ | NICHOLAS J. RYAN & ASSOCIATES | DEFENSE | EPO/VIDEO-DEP | 2023-024916-CA-01 | MIAMI-DADE |
| HOANG DANH vs INSIDE OUT CONSTRUCTION, INC | ST. DENIS & DAVEY, P.A. | DEFENSE | DEPO/TRIAL | 21-004115-CI | PINELLAS |
| MARLON MARTINEZ vs ALL IN HAULING, LLC | DICKINSON GIBBONS | DEFENSE | DEPO | 2020-CA-003962 | COLLIER |
| RODNEY SHELTON vs GATEWAY CONTRACTING INC | COLE SCOTT KISSANE | DEFENSE | DEPO | 2024-CA-003365 | DUVAL |
| CONNOR PEARSON vs JOSE LOPEZ ROSARIO | SASTRE SAAVEDRA EPSTEIN | DEFENSE | DEPO | 2023-CA-001204 | MARION |
| KIMBERLY TYSON vs MARISSA FIOLA | COLE SCOTT KISSANE | DEFENSE | TRIAL | 10-2019-CA-1088 | CLAY |
| BARBARA AYALA vs ANNABELLE WEDGE | AUSTIN ROE & BASQUILL | DEFENSE | DEPO | 23-CA-008763 | HILLSBOROUGH |
| NATASHA SHANNON vs AMERA TRIAL INC | RUMBERGER KIRK | DEFENSE | TRIAL | 2023-CA-1553 | OSCELOA |
| WILLIE MILLER vs DARYL MILLER MD | DICKINSON GIBBONS | DEFENSE | EPO/VIDEO-DEP | 2023-CA-004809 | SARASOTA |
| PAMELA WILSON vs UNITED SITE SERVICES OF FLORIDA | FREEMAN MATHIS & GARY | DEFENSE | DEPO | 2023-CA-013861 | BEACH |
| ALYSSA JAP-TJONG vs SHAUN OWENS | QUINTAIROS PRIETO | DEFENSE | TRIAL | 2022-CA-006145 | HILLSBOROUGH |
| LATANYA TURNER WILSON vs MIRANDA CONTRACTING, INC. | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 16-2020-CA-002550 | DUVAL |
| KIAH ALISA NUNES vs JOSE LUIS ABARCA SOLANO | LUKS SANTANIELLO | DEFENSE | DEPO | 2024 CA 000707 O | ORANGE |
| BARBARA HENDERSON vs NATASHA BECERRIL | QUINTAIROS PRIETO | DEFENSE | TRIAL | 2022 CA 003893 | HILLSBOROUGH |
| MICHELLE CHAPMAN vs JOSE LOPEZ ROSARIO | SASTRE SAAVEDRA EPSTEIN | DEFENSE | DEPO | 2023-CA-001204 | MARION |
| KIMBERLY ZOLTEK vs JOHN C SPAULDING | VASQUEZ TOSKO | DEFENSE | DEPO | 01 2023 CA 001571 | ALACHUA |
| GIANANNA RISCINTI vs CLAUDIO FARIAS | MAIN LAW FIRM | PLAINTIFF | DEPO | 2022-CA-011524-O | ORANGE |
| SHONDRAE BAIN vs CYPRESS STREET HOTEL LLC | BAUMANN GRANT & KEELEY, P.A. | DEFENSE | DEPO | 23-CA-004379 | HILLSBOROUGH |
| KEVAN SCOBLE vs LUISA JEAN PARKEL | DEBEAUBIEN KNIGHT SIMMONS | DEFENSE | DEPO | 05-2023-CA-021463 | BREVARD |
| WILLIAM CLARK vs PATRICIA BURKETT | GOBEL FLAKES | DEFENSE | DEPO | 2023-CA-002395 | SEMINOLE |
| AMY MORANTES vs COX FIRE PROTECTION, INC | THE NURSE LAWYER | PLAINTIFF | DEPO | 23 CA-7955 | HILLSBOROUGH |
| MANUEL ZUNIGA vs PAUL SYKES | ROBINSON, PECARO & MIER, PA | DEFENSE | EPO/VIDEO-DEP | CACE-24-000946 | BROWARD |
| ROCHELLE HASTINGS vs CHRISTIAN GAEBEL | THE RUTH LAW TEAM | PLAINTIFF | DEPO | 23-001061-CI | PINELLAS |
| GRADY WALKER vs SAIA MOTOR FREIGHT LINE, LLC. | HOLLIDAY KARATINOS LAW FIRM, PLLC | PLAINTIFF | DEPO | 23 CA 014431 | HILLSBOROUGH |
| ANGELA HAY vs JEAN CARLOS FELICIANO | CHARLES MCKEON | DEFENSE | EPO/VIDEO-DEP | 23-CA-005471 | HILLSBOROUGH |
| ELIZABETH QUARTARARO vs JOSEPHINE SOMSEL | ROUSH & BERNARDINI | DEFENSE | DEPO | 22-002543-CI | PINELLAS |

| | | | | | |
|---|---|---|---|---|---|
| MICHAEL KINSER vs SHELDON MITCHELL | TESSITORE MARI | DEFENSE | DEPO | 16-2024-CA-003804 | DUVAL |
| PENNY SNOKE BOYD vs JANITH LOCKWOOD | JACK EVANS | DEFENSE | TRIAL | 2022-CA-002381 | MARION |
| LYNETTE WINTER vs WILDER, LLC | LUKS SANTANIELLO | DEFENSE | DEPO | 24-CA-001595 | HILLSBOROUGH |
| JOHN CHARLES HERVERT vs JUAN MARTINEZ | COONEY TRYBUS KWAVNICK PEETS | DEFENSE | DEPO | 052023CA026321 | BREVARD |
| NANCY MARIA PUGLISI vs REROOF AMERICA CONTRACTORS LLC | FREEMAN GOLDIS & CASH | DEFENSE | TRIAL | 23004739CA | PORT CHARLOTTE |
| FARIDA PERSAUD vs PUBLIX SUPER MARKETS, INC. | HILL RUGH KELLER & MAIN | DEFENSE | TRIAL | 2023-CA-000731 | OSCEOLA |
| JOANNE MORGAN vs NICOLE MANZE | LUKS SANTANIELLO | DEFENSE | DEPO | 2023-CA-000693 | SEMINOLE |
| JO'RELLE DELESTON vs EDRIAN PERSAUD | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 18-2023-CA-000214-XXXX-XX | FLAGLER |
| ANGELA GIBBS vs SPT WAH WINDSONG I, LLC | WOOD SMITH HENNING BERMAN | DEFENSE | DEPO | 2022CA000205 | COLUMBIA |
| TERI SCHNEIDER vs KATHRYN BRUCE GRAMMER | THE MAHER LAW FIRM | DEFENSE | DEPO/TRIAL | 2023-CA-006238-O | ORANGE |
| ISAIAH IRIZARRY vs WASTE PRO OF FLORIDA, INC | WILSON ELSER | DEFENSE | DEPO | 2023CA6646 | MANATEE |
| LESLIE SAURAY vs THE CHARTER OAK FIRE INSURANCE | CHARLES MCKEON | DEFENSE | DEPO/TRIAL | 2023-CA001018 | POLK |
| ELIZABETH ROMO vs MICHAEL RAGAN | JOYCE REYES | PLAINTIFF | DEPO | 24-CA-002784 | HILLSBOROUGH |
| JESSICA BEALL vs NANCY VEASY | GOBEL FLAKES | DEFENSE | EPO/VIDEO-DEP | CA-001699-XXXX-MA | DUVAL |
| BETTY PITTS vs JEANETTE NEPTUNE | COLE SCOTT KISSANE | DEFENSE | TRIAL | 02-2020-CA-000058-CAAM | BAKER |
| BAILEY DORNEMANN vs NPC INTERNATIONAL, INC. | THE NURSE LAWYER | PLAINTIFF | DEPO/TRIAL | 24-001687-CI | PINELLAS |
| AHAMAD ELAYAN vs JOSEPH ALESNIK | HUGHES LAW | PLAINTIFF | DEPO | 23-CA-005348 | HILLSBOROUGH |
| THOMAS DEAN GRAHAM Tvs CINDY GOODMAN GOOSEMAN | COLE SCOTT KISSANE | DEFENSE | TRIAL | 2021-CA-010113-O | ORANGE |
| ALICIA MEDINA vs CARON MORGAN | GOBEL FLAKES | DEFENSE | VIDEO-DEPO | 2021-CA-12068 | ORANGE |
| NELSON CAMACHO vs SARAH C GEORGE | RISSMAN | DEFENSE | DEPO | 024-CA-000047 | MARION |
| ROBERT FRIEDMANN vs CRUZ JIMENEZ | RYWANT ALVAREZ | DEFENSE | DEPO/TRIAL | 23-CA-000744 | HIGHLANDS |
| ETHEL KAUFFMAN vs MICHAEL JACK SCHROEDER | MES SOLUTIONS | DEFENSE | DEPO | 2023-CA 006071 | POLK |
| DAVID THIBEAULT vs JAMES L. CANADAY | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2024-CA-002519 | SARASOTA |
| WHITNEY BENAVIDES vs FRANCIS REGISTER | BICKFORD & CHIDNESE | DEFENSE | EPO/VIDEO-DEP | 24-CA-001452 | HILLSBOROUGH |
| ERNEST ROYAL vs JACK GRIFFIN | WEEKLEY SCHULTE VALDES | DEFENSE | DEPO | 23-CA-001313 | POLK |
| RICHARD DEGROAT vs HIGHWAY SAFETY DEVICES INC | CHARLES MCKEON | DEFENSE | DEPO | 23-CA-006231 | HILLSBOROUGH |
| BRYAN CAPUTO vs LONDON BYRD | BICKFORD & CHIDNESE | DEFENSE | DEPO | 23-CA-008448 | HILLSBOROUGH |
| JULIAN SCOTT vs MIAMI-DADE COUNTY | COUNTY ATTORNEY (MIAMI-DADE) | DEFENSE | VIDEO-DEPO | 23-11326 CA 01 (23) | MIAMI-DADE |
| EDWARD OVIEDO vs JEREMY GLADSON | BRETT LITTLE, P.A. | DEFENSE | VIDEO-DEPO | 2024-CA-000554 | ALACHUA |
| TINA SCOTT vs STRADA SERVICES, LLC | GALLOWAY - JAX | DEFENSE | DEPO | 2024CA000527 | SEMINOLE |
| SEAN DAVID DIXON vs WILLIAM VARGAS | RUMBERGER KIRK | DEFENSE | DEPO/TRIAL | 24-CA-003428 | HILLSBOROUGH |
| TASHA BARNES vs SUNBEAM PRODUCTS, INC | GOLDBERG SEGALLA | DEFENSE | DEPO | 50-2019-CA-013773-XXXX-MB | PALM BEACH |
| AMANDA TRAINA vs EVER SERRANO | CHARLES MCKEON | DEFENSE | DEPO | 22-CA-008570 | HILLSBOROUGH |
| PATRICIA MITCHELL vs SHIRLEY ANN STEVENSON | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 2023-CA-005659 | DUVAL |
| ARIA HUNTLEY vs JOSE DIAZ SIMENTAL | RUMBERGER KIRK | DEFENSE | VIDEO-DEPO | 53-2022-CA-001343-0000-00 | POLK |
| RACHEL, RAPAEL & MARIANNA DEGUZMAN vs TYRINDA DIXON | COLE SCOTT KISSANE | DEFENSE | DEPO | 16-2020-CA-002661-XXXX-MA | DUVAL |
| INDIRA FLORES vs AUSTIN DEPPERT | TYSON MENDES | DEFENSE | DEPO | 2023-025834-CA-01 | MIAMI-DADE |
| FANTASHIA NATHAN vs TIERRA, INC. | FLORIN, GRAY, BOUZAS | PLAINTFF | DEPO | 2023-CA-434 | HERNANDO |
| BRUCE BAEZ vs UT LUU | ROBINSON, PECARO & MIER, PA | DEFENSE | TRIAL | 2023-CA-007509-O | ORANGE |
| SHEMESE UPSON vs SIMON PEW | TESSITORE MARI | DEFENSE | DEPO | 2022-CA-002160 | SEMINOLE |
| CARLOS CEPEDA vs DERRICK EUGENE SCHUTT | LUKS SANTANIELLO | DEFENSE | DEPO | 2021-CA-010780-O | ORANGE |
| WILLARD SMITH vs STATE FARM MUTUAL | HOLLIDAY KARATINOS LAW FIRM, PLLC | PLAINTIFF | DEPO | 2024-CA-003232 | PASCO |
| CHARLES BRADLEY vs DANIEL B. MERRITT, SR | CAGLIANONE MILLER | DEFENSE | DEPO | 2024CA00506 | HERNANDO |
| MARIA DURIEL DE CEPEDA vs DERRICK EUGENE SCHUTT | LUKS SANTANIELLO | DEFENSE | DEPO | 2021-CA-010780-O | ORANGE |
| RICHARD POLO vs FREDERICK DERR | DICKINSON GIBBONS | DEFENSE | DEPO/TRIAL | 2024-CA-000699 | SARASOTA |
| PATRICIA BEHN-WRIGHT vs THERON BELL | PIPAS LAW | PLAINTIFF | TRIAL | 23-006286-CI | PINELLAS |
| JEREMY TEW vs PROGRESSIVE INSURANCE | SEGUNDO LAW GROUP | DEFENSE | TRIAL | 2022-CA-003290 | ORANGE |

| | | | | | |
|---|---|---|---|---|---|
| EDWARD GEE vs HOA DUC NGUYEN | LEEPER & ASSOCIATES | DEFENSE | TRIAL | 2021-CA-004392-O | ORANGE |
| RANDY GUTIERREZ vs SEVYN RACHEL MILES | LEWIS BRISBOIS BISGAARD | DEFENSE | DEPO | CACE-24-008894 | BROWARD |
| HELEN STEPP-BERRY vs KYLE KING | LAW OFFICE OF REBECCA WOLTJER | DEFENSE | DEPO | 35-2022-CA-000928-AXXX-XX | LAKE |
| MICHAEL DANIELS vs ROBERT JAMES KELLEY | CHARLES MCKEON | DEFENSE | DEPO | 2016-CA-1162 | CLAY |
| WILLIAM FREEMAN vs GLORIA JEAN KRUTZIK | TRAGOS, SARTES & TARAGOS | PLAINIFF | DEPO | 22-005820-CI | PINELLAS |
| ESAU CONTRERAS (NEGRON) vs DULIAN PAUL JACKSON | BAKER & HOSTETLER, LLP | DEFENSE | DEPO | 50-2024-CA-000435-XXXA-MB | PALM BEACH |
| ZOE THORNTON vs NICHOLAS WELCH | CHARLES MCKEON | DEFENSE | DEPO | 2024-10073-CICI | VOLUSIA |
| JULIE FITZPATRICK vs ELLEN ROECKER | IACONO LAW | DEFENSE | DEPO | 23-001906-C | PINELLAS |
| DEBORAH SCHOTT vs MARIANNE P. RUSSO | GOBEL FLAKES | DEFENSE | DEPO | 2022CA000065 | SUMTER |
| DENISE CAMARA vs CHAD GIFFIN | GOBEL FLAKES | DEFENSE | DEPO | 2024-CA-001050-AN | OSCEOLA |
| FRANK BANKS vs JAVARIUS D. JOHNSON | WADE PALMER & SHOEMAKER | DEFENSE | VIDEO-DEPO | 2021 CA 003155 | ESCAMBIA |
| DEBRA HUTCHERSON vs JOHN RAYMOND MILLER | RUMBERGER KIRK | DEFENSE | DEPO | 2023-CA-002824-O | ORANGE |
| KEDIA PLETEAU vs ANTHONY GOMEZ | THE NURSE LAWYER | PLAINTIFF | DEPO | 2024-CA-009602 | HILLSBOROUGH |
| MIGUEL CUERVO vs TRINITY CONSTRUCTION PRODUCTS | D2 LAW | PLAINTIFF | VIDEO-DEPO | 2023-CA-000928-O | ORANGE |
| DAVID RHETT BAXTER vs JASON STEVENS | LIGORI & LIGORI | PLAINTIFF | DEPO | 23-CA-010807 | HILLSBOROUGH |
| DANNY MILLS vs SCOTT BOYCE | CHARLES MCKEON | DEFENSE | TRIAL | 35-35-2022-CA-000098-AXXX-XX | LAKE |
| ROBERTO O. FERRAO ALMEIDA vs DIAMONDBACK AIRBOATS LLC. | HILL, RUGH, KELLER & MAIN | DEFENSE | DEPO | 2024-CA-001638 | SEMINOLE |
| NANCY & HECTOR ORTIZ vs KAYLA O'HARA | COLE SCOTT KISSANE | DEFENSE | DEPO | 2023-000628-CI | PINELLAS |
| MARIA FOUST vs BRIGITTE WALBRIDGE | GOBEL FLAKES | DEFENSE | DEPO | 2024-CA-000449 | FLAGLER |
| JOSEPH EDWARD BREWSTER vs CHRIS NOCCO | ROLFES HENRY CO., LPA | DEFENSE | TRIAL | 2020-CA-01386 WS | PASCO/PINELLAS |
| RADMILA MELNIK vs BURTON FEUERSTEIN | HANKIN & GIARAMITA | DEFENSE | DEPO | 2024-CA-007618 | PALM BEACH |
| STEPHEN WALLS vs PAUL RICHARD DANIEL, II | THE NURSE LAWYER | PLAINTIFF | DEPO | 2024CA2924 | PASCO |
| ROBERT CUMMING vs JOSEPH MARTIN | RUMBERGER KIRK | DEFENSE | DEPO | 23-CA-003208 | HILLSBOROUGH |
| NOEL PEREZ JR. vs FELICIA CALDWELL | FREEMAN GOLDIS & CASH | DEFENSE | TRIAL | 23-CA-002765 | HILLSBOROUGH |
| CARMEN WASHINGTON vs MADISON BROADNAX | WEISS SEROTA | DEFENSE | DEPO | 24-CA-005648 | HILLSBOROUGH |
| CINDY PARISI SMITH vs DAVID ROBERTS | ROBINSON, PECARO & MIER, PA | DEFENSE | TRIAL | 24-CA-000143 | LEE |
| PHILLIP MAY vs NANCY JO STEPHENS SMITH | AREND & SISK | DEFENSE | DEPO | 2024-CA-000507 | MANATEE |
| RICHARD ROBERTS vs COURIER EXPRESS FREIGHT, INC | STEVEN BAGEN, P.A. | PLAINTIFF | DEPO | 19-248-CA | COLUMBIA |
| WILLIAM SMITH vs FRANCISCO BRITO | COLE SCOTT KISSANE | DEFENSE | DEPO | 052024CA035389XXCABC | BREVARD |
| MANDY OSBORN vs THE STANDARD FIRE INSURANCE | THE NURSE LAWYER | PLAINTIFF | DEPO | 24-CA-006791 | HILLSBOROUGH |
| CHRISTA LEPISTO vs VIMAL AGARWAL | JOYCE REYES | PLAINTIFF | TRIAL | 24-CA-002247 | HILLSBOROUGH |
| MATTHEW COLLINS vs OWEN ALTHOFF | THE NURSE LAWYER | PLAINTIFF | DEPO | 24-004888-CI | PINELLAS |
| JOSEPH GUINTO vs PROGRESSIVE | COLE SCOTT KISSANE | DEFENSE | TRIAL | 35-2021-CA-002047-AXXX-XX | LAKE |
| WILLIAM HARTLESS vs CHARLES LARAMORE | QUINTAIROS PRIETO | DEFENSE | TRIAL | 23-002263-CI | PINELLAS |
| JILL PUIG vs AUTO-OWNERS INSURANCE CO | BICKFORD & CHIDNESE | DEFENSE | DEPO/TRIAL | 24-CA-009019 | HILLSBOROUGH |
| JESSICA DECAPRIO vs SBA NETWORK SERVICES, LLC | CHARLES MCKEON | DEFENSE | DEPO | 23-003402-CI | PINELLAS |
| RICARDO RAY RAMIREZ vs ADOLFO JIMENEZ MARTINEZ | LIGORI & LIGORI | PLAINTIFF | DEPO | 24-CA-001843 | HILLSBOROUGH |
| JERMAINE CULBERTH vs WALTER JUNIOR DIAZ TAMARGO | CATANIA & CATANIA | PLAINTFF | DEPO | 2025-CA-000509 | HILLSBOROUGH |
| JONATHAN WADE II vs ULTIMATE TRAMPOLINE 3, LLC | LUKS SANTANIELLO | DEFENSE | DEPO | 23-000186-CI | PINELLAS |
| KAYLA FLINCHBAUGH vs MARK HOWARD DAVIDSON | HUGHES LAW | PLAINTIFF | DEPO | 24-CA-007691 | HILLSBOROUGH |
| THOMAS GARRITY vs ROBERT OSTERBLOM | GOBEL FLAKES | DEFENSE | TRIAL | 05-2022-CA-025608 | BREVARD |
| FEDLAINE PINQUIERE vs ANN CORDELIA ESMAS | HUGHES LAW | PLAINTIFF | DEPO/TRIAL | 24-CA-006371 | HILLSBOROUGH |
| MARIA BOYKIN vs JOHNNIE SHAWN ISNER | RUMBERGER KIRK | DEFENSE | DEPO | 2024-CA-009502-O | ORANGE |
| ROBIN BROWN vs SAMSON MERGER SUB | MCKNIGHT LAW GROUP | PLAINTIFF | DEPO | 2023-CA-001331-CAAXES | PASCO |
| STEPHEN MELVIN vs CHARLOT CEANT | THE NURSE LAWYER | PLAINTIFF | DEPO | 24-CA-008414 | HILLSBOROUGH |
| SAMI ALLANI vs MIAMI-DADE COUNTY | COUNTY ATTORNEY (MIAMI-DADE) | DEFENSE | VIDEO-DEPO | 24-9241 CA 01 | MIAMI-DADE |
| CHRISTOPHER GREENWALD vs TIMOTHY WAGNER | PERENICH LAW | PLAINTIFF | DEPO | 2023-2569-CI | PINELLAS |

| | | | | | |
|---|---|---|---|---|---|
| DUSTIN BRESETT vs MARGARET BRIGID HEGER | LIGHT & WYATT | PLAINTIFF | DEPO | 2024-004796-CI | PINELLAS |
| DANTAY WASHINGTON vs JOHN JOVANY IRIZARRY | WINTERS & YONKERS | PLAINTIFF | DEPO | 05-2024-CA-037837-XXCA-BC | BREVARD |
| REBECCA DLEY TRIPLETT vs LUCILLE ANN HARNAGE | KUBICKI DRAPER | DEFENSE | DEPO/TRIAL | 2020-CA-4152 | DUVAL |
| JAMES MANNA vs SMYRNA READ MIX CONCRETE LLC | CHARLES MCKEON | DEFENSE | TRIAL | 2023-CA-000986-AXMX | SUMTER |
| PAULINO MARTINEZ vs KEVIN HAUSE | COLE SCOTT KISSANE | DEFENSE | DEPO | 2024 013800 CIDL | VOLUSIA |
| RACHEL ELLEN JOHNSON vs BLEDAR BALLABANI | BICKFORD & CHIDNESE | DEFENSE | DEPO | 2024-CA-002756 | PASCO |
| REBECCA STEEN vs LAKE IN THE WOODS APTS OF MELBOURNE INC | COLE SCOTT KISSANE | DEFENSE | DEPO/TRIAL | 052024CA047904XXCABC | BREVARD |
| MICHAEL JUNGE vs TIN ROOF ACQUISITION COMPANY, LLC | HAMILTON MILLER | DEFENSE | DEPO/TRIAL | 2023-CA-004009-O | ORANGE |
| SARONDA SMITH vs DEMETRIOUS PERRI | DARRIGO DIAZ | PLAINTIFF | DEPO | 23-CA-000768 | HILLSBOROUGH |
| CHARLES THOMAS vs C & S WHOLESALE SERVICES, LLC | HAMILTON MILLER | DEFENSE | DEPO | 2024-CA-000343 | ALACHUA |
| FLORA NELL WEATHERS vs SRS DISTRIBUTION INC | MOORE INGRAM | DEFENSE | DEPO | 24-CA-681 | MARION |
| JUDY SAMET vs AUBREY JORAM KAHN | GOBEL FLAKES | DEFENSE | DEPOTRIAL | 2024-CA-004394-O | ORANGE |
| AMAL MARCOS BASTA vs WILLIAM DEAN DRANKWATER | KAMPF INMAN AND ASSOCIATES, P.A. | DEFENSE | DEPO/TRIAL | 2024CA000931 | PASCO |
| AMY STOFA vs WALT DISNEY PARKS & RESORTS | ZIMMERMAN KISER | DEFENSE | DEPO | 2024-CA-005877-O | ORANGE |
| JOSE OZUNA vs CHARLES STENNETT | THE NURSE LAWYER | PLAINTFF | DEPO | 24-CA-007802 | HILLSBOROUGH |
| ALAN CHRISTOPHER DAVIS vs SARAH CLARK | HUGHES LAW | PLAINTIFF | DEPO | 23-005375-CI | PINELLAS |
| CHRISEL URENA vs PHILIPE BARBOSA | IACONO LAW | DEFENSE | VIDEO-DEPO | 2024CA000929CAAXES | PASCO |
| GEOFFREY SHAW vs MEGAN ANN OSTRANDER | BOOHOFF LAW | PLAINTIFF | EPO/VIDEO-DEP | 24-CA-009973 | HILLSBOROUGH |
| WHITNEY MARSHALL vs JENNIFER TERESA OKEEFE | GOBEL FLAKES | DEFENSE | DEPO | 2023-CA-004339-O | ORANGE |
| JAYLISSA GOLDEN vs RACHEL SCHMITZ | BICKFORD & CHIDNESE | DEFENSE | DEPO | 25-CA-000208 | HILLSBOROUGH |
| YURI MATOS vs PROGRESSIVE | THE NURSE LAWYER | PLAINTIFF | DEPO | 2025-001600-CI | PINELLAS |
| EDWARD AUSTIN vs RYAN DRIVER | CAGLIANONE MILLER | DEFENSE | DEPO | 60-2024-CA-00213-CAAM | SUMTER |
| REGINA COX vs NAKAYLA BRINLEE | LUKS SANTANIELLO | DEFENSE | TRIAL | CA24-0822 | ST. JOHNS |
| TAUG NATRONE WALKER vs ALLSTATE | LAW OFFICE OF CARROLL, STEPHAN, TUCY | DEFENSE | DEPO | 2025 CA 000767 | MARION |
| YOSDANDY TAPANES vs PASCUAL GOMEZ GOMEZ | BICKFORD & CHIDNESE | DEFENSE | DEPO | 24-CA-008928 | HILLSBOROUGH |
| NIGERIAN BOATMAN vs KIEWIT INFRASTRUCTURE SOUTH, CO | PIPAS LAW | PLAINTIFF | DEPO | 24-005064-CI | PINELLAS |
| SUSAN WAGNER vs JEREMY ORPHEUS OFORI | CATANIA & CATANIA | PLAINTIFF | DEPO | 02-2024-CA-054515-XXCA-BC | BREVARD |
| WILLIE MILLER vs DARYL MILLER, MD | DICKINSON GIBBONS | DEFENSE | DEPO/TRIAL | 2023-CA-004809 | SARASOTA |
| PHILLIP KEYES vs ERIC MARKS | CATANIA & CATANIA | PLAINTIFF | DEPO | 2024-CA-003672 | PINELLAS |
| NATALIIA SOLOID vs TEDD KING | ROBINSON, PECARO & MIER, PA | DEFENSE | TRIAL | 11-2024-CA-000696-0001-01 | COLLIER |
| JOSE ALTIERI vs AUTO-OWNERS INSURANCE COMPANY | RYWANT ALVAREZ | DEFENSE | DEPO | 2023-CA-005110 | OSCEOLA |
| NORA GARCIA-NATER vs SITARAM INVESTMENT INC | WILSON ELSER | DEFENSE | DEPO | 23000150GCAXMX | HIGHLANDS |
| DOUGLAS LEE SIMPSON vs TRANSPORTS GUERRAS INC | SASTRE SAAVEDRA EPSTEIN | DEFENSE | DEPO | 24-CA-010373 | TAMPA |
| TOBY HARPER vs MARIO LOPEZ DONES | CHARLES MCKEON | DEFENSE | DEPO | 2024-CA-002291 | MARION |
| CELESTIA HOWARD vs JENNY MADSON | RUMBERGER KIRK | DEFENSE | DEPO | 01-2024-CA-3232 | ALACHUA |
| STEPHEN RODRIGUEZ vs SUZANNE KORM | HUGHES LAW | PLAINTIFF | DEPO | 24-CA-007139 | HILLSBOROUGH |
| MELINDA MARBUT vs SMYRNA READY MIX CONCRETE, LLC | CHARLES MCKEON | DEFENSE | DEPO/TRIAL | 2020-CA-000384 | SUMTER |
| MICHAEL COSGROVE vs BRYAN GORTON | THOMPSON MILLER | DEFENSE | DEPO | 23CA000036 | PASCO |
| TIMOTHY PATWELL vs JUAN SERVIN | JOYCE REYES | PLAINTIFF | DEPO | 24-CA-008968 | HILLSBOROUGH |
| SILALLY AGUASVIVAS vs | DARRIGO DIAZ | PLAINTIFF | DEPO | | |
| YURAT RODRIGUEZ vs MAGDALENO JIMENEZ ZUNIGA | THE NURSE LAWYER | PLAINTIFF | DEPO | 25-CA-000896 | HILLSBOROUGH |
| CHRISTOPHER MALOOF vs ERIK SALBAUGH | MEDINA LAW FIRM | PLAINTIFF | DEPO | 23-CA-000663 | PASCO |
| JULIA BOYKIN vs CENTURIAN COLLINS PROPERTY OWNER, LLC | WOOD SMITH HENNING BERMAN | DEFENSE | DEPO | 2023-003878-CA-01 | MIAMI-DADE |
| ROBERT SEYMORE vs CENTURIAN COLLINS PROPERTY OWNER, LL( | WOOD SMITH HENNING BERMAN | DEFENSE | DEPO | 2023-003878-CA-01 | MIAMI-DADE |
| PATICIA COYNE vs RICHARD MACKERETH | THE NURSE LAWYER | PLAINTIFF | DEPO | 25-CA-001449 | LEE |
| JOSHUA BUONOCORE vs CHRISTOPHER KOPYTKO | GOBEL FLAKES | DEFENSE | DEPO | 2024-CA-002158 | SEMINOLE |
| ADAM BOTTIE vs PROGRESSIVE | THE NURSE LAWYER | PLAINTIFF | DEPO | 2025-001600-CI | PINELLAS |

| | | | | | |
|---|---|---|---|---|---|
| BETTY JOE COOPER vs X FUND PROPERTIES | COLE SCOTT KISSANE | DEFENSE | DEPO | 2024-CA-010919-O | ORANGE |
| SHPRESHA BOTTIE vs PROGRESSIVE | THE NURSE LAWYER | PLAINTIFF | DEPO | 2025-001600-CI | PINELLAS |
| BRIAN WEISS vs PASCO COUNTY | THE NURSE LAWYER | PLAINTIFF | DEPO | 2024CA002242 | PASCO |
| CAMEO HARNESS vs WILLIE J. PITTS | LEWIS BRISBOIS BISGAARD | DEFENSE | DEPO | 2024-CA-000342-AXMX | SUMTER |
| RODNEY WILLIAMS vs HARRY MARK ARMSTRONG | TESSITORE MARI | DEFENSE | DEPO | 2025-CA-001154-O | ORANGE |
| AMBER AUXIER vs MACHAELA L. FIDLER | COLE SCOTT KISSANE | DEFENSE | DEPO | 2022-CA-008712-O | ORANGE |
| JOSEPH IRIZARRY vs RK HOLDINGS, LLP | ZIMMERMAN KISER | DEFENSE | DEPO | 2024-CA-000452 | CITRUS |
| ELBIA LOMELIN vs DAVID JOE HAMRICK | CHARLES MCKEON | DEFENSE | DEPO | 2022-CA-000512-A | CITRUS |
| DAVID CAQUIAS vs JACK BROWER | BICKFORD & CHIDNESE | DEFENSE | VIDEO-DEPO | 25-CA-004435 | HILLSBOROUGH |
| TESHANNA LATONIA CAMPBELL vs ZOEY WILLIAMS | GOBEL FLAKES | DEFENSE | TRIAL | 2022-CA-010931-O | ORANGE |
| HEATHER LYNN COTHRON vs JOSE ANDRES WARDEN | JACK EVANS | DEFENSE | DEPO | 59-2025-CA-000189 | SEMINOLE |
| ALMA D. GARCIA SOSA vs CHRISTOPHER MARINOSCI | BANKER LOPEZ | DEFENSE | DEPO | 2023-CA-001279-O | ORANGE |
| JOSEPH ANTHONY MASSARO vs YOIMER HERNANDEZ | HAMILTON MILLER | DEFENSE | DEPO | 2024-024819-CA-01 | MIAMI-DADE |
| LINDA BROWNLOW vs EDWIN NEST ROSARIO ALVAREZ | DARRIGO DIAZ | PLAINTIFF | DEPO | 24-CA-006004 | HILLSBOROUGH |
| DUBAVKA PEHAR vs JAVIER DIAZ | JOYCE REYES | PLAINTIFF | DEPO | 24-CA-010256 | HILLSBOROUGH |
| MARIE SAINT FORT vs LEE COUNTY | LEE COUNTY BOARD OF COUNTY | DEFENSE | VIDEO-DEPO | 25-CA-818 | LEE |
| JONATHAN KEITH BENNETT vs XAVIER J. GIROIR | QUINTAIROS PRIETO | DEFENSE | VIDEO-DEPO | 01 2025 CA 1029 | ALACHUA |
| JOANNE HUBER NAYLOR vs VINCENTE SANTEL RIVERA | CHARLES MCKEON | DEFENSE | DEPO | 2025 10949 CIDL | VOLUSIA |
| ALLA STRELKOV vs BARBARA HUBBARD | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 24CA6329 | SARASOTA |
| SERGEY STRELKOV vs BARBARA HUBBARD | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 24CA6329 | SARASOTA |
| NYREE PETERSON vs JEFFREY STARLING | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 2025-CA-004934 | HILLSBOROUGH |
| SAMUAL MEBRAHTU vs KEVIN WILSON | CHISTOLINI & BRENNAN | DEFENSE | TRIAL | 29-2019-CA-008501 | HILLSBOROUGH |
| VICTORIA MCDONALD vs JEFFREY MYERS | THE NURSE LAWYER | PLAINTIFF | DEPO | 24-CA-009048 | HILLSBOROUGH |
| SUSANNE PATON vs CUTTING EDGE LAWN EQUIPMENT INC | HOLLIDAY KARATINOS LAW FIRM, PLLC | PLAINTIFF | DEPO | 2025-CA0-02256- A000BA | POLK |
| STEVEN NEWMAN vs PAUL DARANCHUC | SHELTON MCKEEN | DEFENSE | DEPO | 24-005428-CI | PINELLAS |
| MIGUEL GUZMAN vs OSVALDO MARTINEZ | HUGHES LAW | PLAINTIFF | DEPO | 25-CA-001339 | HILLSBOROUGH |
| BENJAMIN MCQUATTERS vs LAURA CONKLIN | D2 LAW | PLAINTIFF | DEPO | 2023-CA-002408 | PASCO |
| ZANIYAH LOPEZ vs MICHAEL SHERSON | GOBEL FLAKES | DEFENSE | DEPO | 2024-CA-002341 | LAKE |
| JOSE TAPIA) vs CARL POWELL | CHARLES MCKEON | DEFENSE | TRIAL | 2023-CA-006797 | HILLSBOROUGH |
| CLEVELAND HOWARD vs ARTHUR VINCENT BARRY | ROBINSON, PECARO & MIER, PA | DEFENSE | DEPO | 24-004834-CI | PINELLAS |
| MICHAEL STEPHEN SMITH vs DEVIN ALBERT DI SCALA | CHARLES MCKEON | DEFENSE | VIDEO-DEPO | 2023-CA-002896 | MARION |
| LA'SHA FOWLER vs GUSTAVO KIRCKONELL | RUMBERGER KIRK | DEFENSE | DEPO | 25-CA-001659 | HILLSBOROUGH |
| LARRY JACOBY vs KAY LYNN PRASCHMA | CHARLES MCKEON | DEFENSE | VIDEO-DEPO | 25-002922-CI | PINELLAS |
| ERNEST ELLIOT vs RAMJIT HAMECHANDRA | COLE SCOTT KISSANE | DEFENSE | VIDEO-DEPO | 2025-CA-003817 | ORANGE |
| MOUJAHED HADDAD vs PARKER LEE, RTC ENTERPRISES, INC | GOBEL FLAKES | DEFENSE | VIDEO-DEPO | 2024 13302 CICI | VOLUSIA |
| SHANA SCIORTINO vs APOGEE INTEGRATIONS, LLC | CHARLES MCKEON | DEFENSE | TRIAL | 2022 CA 000543 | FLAGLER |
| DELECIA GONZALEZ vs GRADY FERNELL BURKETT | VASQUEZ TOSKO | DEFENSE | DEPO | 2025-CA-2953 | DUVAL |
| DAVID JOHNSON vs PROGRESSIVE EXPRESS INSURANCE | HUGHES LAW | PLAINTIFF | DEPO | 2023-CA-010632 | HILLSBOROUGH |
| LA TANYA POLLARD vs DESTIN AUBRIN | SASTRE SAAVEDRA EPSTEIN | DEFENSE | DEPO | 2023-CA-009442-O | ORANGE |
| YUKSEL JOHN BAL vs SLR NAPLES CORP | BRANDON J. BRODERICK, LLC | PLAINTIFF | EPO/VIDEO-DEP | 11-2025-CA-000323 | COLLIER |
| SHEMESE UPSON vs SIMON PEW | TESSITORE MARI | DEFENSE | VIDEO-DEPO | 59-2022-CA-002160 | SEMINOLE |
| KRISTY PETTY vs FRANK GAY SERVICES LLC | EXAM WORKS | DEFENSE | VIDEO-DEPO | 2024 CA 011487 O | ORANGE |
| VICKI PLATTEL vs TERRY FORD | CHRIS LIGORI | PLAINTIFF | VIDEO-DEPO | 44-2025-CA-000621-A0-01MR | MONROE |
| RACHEL SANSONE vs GENE L. BOYD | SCARBOROUGH LAW | DEFENSE | DEPO | 24-005193-CI-13 | PINELLAS |

# Exhibit 5

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

JANAC INC.

## AREAS OF EXPERTISE

Specializing in Ride design, engineering, safety operations, maintenance, Inspection, and regulatory compliance within the Theme Park, Recreation, and Resort industries.

## BACKGROUND

John Nielesky is an experienced professional in the Amusement Industry, with over 30 years of experience in system concept design, first-article engineering, and project management on some of the world's largest and most technically complex amusement ride projects. He is experienced in all aspects of the amusement industry, from systems engineering to concept development and park operations. His experience and qualifications include a Bachelor of Business Administration degree from Pepperdine University. John also holds a QSI certification from the State of California and a Level II NAARSO certification, with a specialization in amusement rides, devices, and facilities.

John has a wide range of experience in the amusement industry, including amusement parks, water parks, challenge courses, and rider interaction with the equipment used in those facilities. In addition, he has a broad range of experience across other aspects of the industry, particularly regulatory and compliance programs and employee safety standards, which gives him a unique and valuable knowledge base. For approximately 35 years, John has been involved in all aspects of amusement ride concept design, engineering, maintenance, and operations, and continues to be so. John worked with Universal Studios for 30 years and was promoted to Vice President of Technical Services for Universal Studios Hollywood.

As part of his role at Universal Studios, he was responsible for developing and implementing all safety standards, programs, policies, and procedures. As such, he was considered the subject-matter expert on all matters related to maintenance engineering and operations for ride-system development safety programs. His amusement ride compliance design and maintenance experience includes vehicle and system design for high-speed coasters, monorails, drop towers, tramways, zip lines, inflatable devices, and water rides. He was also responsible for engineering process management for ride-safety modifications and equipment upgrades. Responsibilities also included implementing sophisticated safety and manufacturing inspection processes.

As a member of the ASTM F24 committee, John led a team of amusement ride industry experts in developing consensus standards for amusement rides and devices within the ASTM organization. During his tenure with ASTM, he was asked to develop a new standard within the F24 suite, resulting in F2974, an Auditing standard.

John has been a certified amusement ride safety inspector in California since the inception of the ride safety program. He has been involved in inspections of numerous amusements and water parks. John has also had the opportunity to teach amusement ride safety and safety inspection standards.

## PRESIDENT, JANAC, INC.

JANAC Inc. offers professional services to the amusement industry, including project management, comprehensive risk management, ride operation and maintenance safety audits, employee safety, technical writing, and the review and analysis of equipment design for theme parks, family entertainment centers, and other attractions. As an industry professional, expert witness, and consultant, I possess extensive experience and expertise in risk and safety management, as well as in the inspection, maintenance, and operation of amusement rides and devices. Throughout my career, I have developed and implemented regulatory programs, safety protocols, and educational initiatives for a major theme park, significantly enhancing program safety for both guests and employees while increasing system efficiency.

- Design Review
- Amusement Ride Design
- Amusement Ride Safety Inspection
- Water Park Safety, Water Slides, Wave Pools
- Inflatable Amusement Device Design and Inspection
- Modifications And Rehabilitations of Facilities and Equipment
- Ride Stress Analysis Review
- Accident Investigation
- Litigation Support

Review of Design and Construction Issues for Facilities and Equipment

- Maintenance Evaluation and Planning
- Determination of Maintenance Effectiveness
- Maintenance Program Development
- Mechanical Systems
- Mechanical Drive Systems
- HVAC
- Piping/Plumbing Systems, Pumping Systems
- Facility/Equipment Condition Evaluations
- Multi-disciplined Evaluation of the Physical Integrity of Property
- Ride Safety Inspection

## PROFESSIONAL EXPERIENCE

**PRESIDENT**

JANAC Inc., Yorba Linda, CA 2024 – Present

JANAC Inc. delivers comprehensive technical writing and documentation services spanning administrative, engineering, electrical, mechanical, systems, and software disciplines. I oversee a diverse team that includes technical writers, illustrators, engineers, former mechanics, software developers, editors, auditors, and inspectors. Each member brings practical skills and industry knowledge to our projects.

As President, I provide the company's strategic direction, operations, and financial health. My focus is on ensuring consistent, high-quality documentation, driving business growth, nurturing client relationships, and guiding teams to meet or exceed industry standards. I collaborate closely with clients to develop, update, and implement clear, compliant, and impactful documentation that supports critical business operations. Our approach ensures seamless integration with client programs, enabling them to maintain both internal and regulatory compliance without disrupting business continuity.

**DIRECTOR OF RIDE SAFETY AND MAINTENANCE**

Cedar Fair Parks, Six Flags, Knotts Berry Farm, Buena Park, CA 2021– 2024

Collaborate with Park Operations, Safety & Risk Management, Engineering & Capital Projects, Entertainment, and Special Events teams. Ensure optimal ride availability while addressing maintenance requirements. Provide support during seasonal openings, peak periods, and special events. Participate in daily operational readiness assessments and downtime reviews.

Deliver executive-level technical expertise in operations, mechanical, electrical, controls/PLC, hydraulic, and pneumatic systems. Oversee and approve engineering changes and modifications. Collaborate with ride manufacturers and engineering consultants. Safeguard cybersecurity and control-system integrity for modern attractions. This role included, but was not limited to, overseeing the integration of ride development and facilities operations. Developed and refined maintenance processes, benchmarked PM best practices, and initiated computer maintenance management programs/systems. Identified, hired, and developed technical and engineering talent to meet new business demands. Developed an Engineering Technical Support program from the ground up, improving system reliability and operational readiness by 30%.

**VICE PRESIDENT, TECHNICAL SERVICES**

NBCUniversal Parks and Resorts, Universal City, CA 2014 – 2020

As the Vice President of Technical Services, John was responsible for ushering in a paradigm shift to meet new operational demands and strategic needs triggered by the launch of the Harry Potter brand and the park expansion. He provided executive leadership for operations and P&L on a $50M Tech/Ops program, including developing and implementing programs, protocols, and processes that improved safety, technical inspections, maintenance, operations, engineering, operational efficiency, and project management. Designed and implemented business strategies and critical service initiatives. Three hundred fifty employees, a 28-member management team, and four direct reports.

- Responsible for the operation of Universal Theme Park facilities and technical operations, and ensuring

operational availability, efficiency, and safe operation of all rides and support systems in the park.

- Departments under his accountability: Ride Maintenance, Facility Assets, Management, Transportation Services, Planning & Projects, Engineering Services, Technical Training, and Shows Technology across Universal Hollywood properties.
- Onboarded and mentored executive engineering talent, meeting department growth needs and improving bench strength across the organization.
- Managed from concept through construction, managing a multi-disciplined organization of over two hundred technicians and a staff engineer support team for all park operations, maintenance, and new construction.

**DIRECTOR OF TECHNICAL SERVICES, COMPLIANCE AND SAFETY**

NBCUniversal Parks and Resorts, Universal City, CA, 2001 – 2014

In this role, John served as Universal's compliance liaison to Federal, State, and local agencies and Led GE Corporation's integration of safety and management programs inside Universal's Technical Services Division. The division launched a comprehensive ride safety plan that was later adopted corporate-wide.

John directed the Technical Services division and Plant Management operations, overseeing ride development integration and facilities operations. Developed and refined maintenance processes, benchmarked PM best practices, and initiated computer maintenance management programs/systems. Identified, hired, and developed technical and engineering talent to meet new business demands. Built the Engineering Technical Support program from the ground up, improving operational readiness by 30% while reducing overall operational costs by 10% YOY in a period of 30% operating cash flow (OCF) growth.

- Identified engineering opportunities for new technology to generate $5M ROI in one year.
- Drove process improvements resulting in robust, automated maintenance management and inventory control systems (later rolled out companywide) to monitor/maintain rides proactively.
- Created Universal's first ride safety compliance and training program meeting rapidly evolving California Safety Regulations.
- Acquired California State certification as a Qualified Safety Inspector (QSI), authorizing John to inspect amusement rides and permit the operation of the ride within California.
- Performed ride inspections and supervised and taught ride inspections to technical personnel.

**SENIOR MANAGER OF TECHNICAL SERVICES, RIDE/SHOW MAINTENANCE**

NBCUniversal Parks and Resorts, Universal City, CA 1996 – 2001

In this role, John provided day-to-day oversight of all maintenance and inspection activities for mechanical rides, facilities, sound, video, lighting, and projection for the Technical Services division. Provided oversight in streamlining operational processes and reducing ride/show downtime. Refined and managed the budgeting process, contract labor issues with local unions, and labor contracts, and identified engineering opportunities for new technology to generate $5M ROI in one year. Developed process improvements resulting in robust, automated maintenance management and inventory control systems (later rolled out companywide) to monitor/maintain rides proactively.

Developed a more robust and consistent employee and ride safety compliance and training program meeting rapidly evolving California Safety Regulations. Acquired California State certification as a Qualified Safety Inspector (QSI), authorizing John to inspect amusement rides and permit the operation of the ride within California.

**MANAGER OF TECHNICAL SERVICES, RIDE MAINTENANCE**

NBCUniversal Parks and Resorts, Universal City, CA 1991 – 1996

As manager of ride maintenance, John led the team that served as Universal's compliance liaison to Federal, State, and local agencies. It led to GE Corporation's integration of safety and management programs within Universal's Technical Services Division. The division launched a comprehensive ride safety plan that was later adopted corporate-wide. John directed the Technical Services division and Plant Management operations, overseeing the integration of ride development and facilities operations.

Developed and refined maintenance processes, benchmarked PM best practices, and initiated computer maintenance management programs/systems. Identified, hired, and developed technical and engineering talent to meet new business demands and built the Engineering Technical Support program from the ground up, improving operational readiness by 30% while reducing overall operational costs by 10% YOY in a period of 30% operating cash flow (OCF) growth.

- Identified engineering opportunities for new technology to generate $5M ROI in one year.
- Drove process improvements resulting in robust, automated maintenance management and inventory control systems (later rolled out companywide) to monitor/maintain rides proactively.
- Created Universal's first ride safety compliance and training program meeting rapidly evolving California Safety Regulations.
- Performed ride inspections and supervised and taught ride inspections to technical personnel.
- Implemented a handheld "remote" system enabling the Engineering team to work and report inspection/ maintenance activities on the fly.

## EXPERTISE

Facility Operations Management
Environmental Health and Safety
Regulatory Compliance
Safety Worksite Management
Documentation Assessments

Complex Problem Solving
Systems and Mechanical Engineering
Preventative Maintenance
Regulatory and Compliance Audits
Ride Maintenance Standards

Controls Evaluation
Risk/Hazard Analysis
Hazard Control Measures
Technical Writing
Ride Operation Standards Development

## EDUCATION & CREDENTIALS

**BS, Business Administration**, Pepperdine University, Malibu, CA

**Certified Ride Safety Inspector** (QSI), California

## PROFESSIONAL DEVELOPMENT

Certified Quality Safety Inspector (QSI), Renewal Status Current, State of California

Level II Certified Inspector, The National Association of Amusement Ride Safety Officials (NAARSO)

Multiple Certified Safety Professional courses, California State University, Dominguez Hills

## Professional Associations

ASTM International

(Active member of the F-24 Committee for Amusement Rides and Devices. Led committee and development of the industry's new safety auditing standard.)

National Association of Amusement Ride Safety Officials (NAARSO)

Amusement Industry Manufactures and Suppliers (AIMS) International

International Association of Amusement Parks and Attractions (IAAPA)

# Exhibit 6

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

JANAC INC.

Spetsas Buist Personal Injury & Car Accident Lawyers
225 E Robinson St,
Suite 542,
Orlando, FL 32801

Attn: Nicholas Spetsas, Esq.
Case: FREEMAN v. UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD. & MACK RIDES

August 24, 2026

Dear Mr. Spetsas,

Per your request, I am forwarding my C.V. for your review. Receipt of my C.V. by your office does not constitute permission to list John Nielesky as an expert witness. John Nielesky (Expert) may be listed as an expert witness in your litigation only after retention.

If, following a review of the complaint and the list of defendants, I consider the case to be within my area of expertise and free of conflicts, I will advise you whether I would accept the case, if asked. Should I accept, please sign and return a copy of this document. The terms and conditions for my services are stated below.

Retention as your expert is required before casework may begin. A non-refundable retainer in the amount of US$10,000.00 per case is required from Spetsas Buist Personal Injury & Car Accident Lawyers (Client), prior to designating the Expert.

The Expert shall receive an hourly rate of US$500.00 for all services performed. Hourly fees will be billed against the Client's retainer until the retainer is depleted. Expenses will be invoiced separately. Any request by the Expert for additional retainer or payment of any invoices for services or expenses shall be paid within 10 business days. The Expert may, at his discretion, discontinue services if any invoice is delinquent for more than 5 business days. Invoices will be submitted via email for payment. An original invoice will be mailed to the Client for their records if requested.

Hourly rates include, but are not limited to, investigation, research, depositions, consultation, report writing, travel time, case file review, and court appearances. Any costs prepared for the Client are estimates for budgeting purposes only and are not binding fee quotes. Depositions are billed at a 4-hour minimum and are paid in advance if the deposition is noticed by the opposing party.

The Expert shall be reimbursed for all out of pocket expenses. These expenses may include, but are not limited to, telephone calls, postage, photography, reproduction and travel costs. Estimated travel expenses will be invoiced in advance and payment is required prior to travel. Airline travel tickets are purchased for round-trip First Class fare. All travel time is charged portal-to-portal. Personal automobile mileage is charged at $2.25 per mile.

The Client is the party retaining the Expert under this agreement, and the Client shall be responsible for the initial retainer and all fees and expenses incurred under this Agreement. The Client shall pay the Expert directly and in accordance with the terms and conditions herein and shall not pay the Expert on a “pay when paid” basis.

This document shall serve as our agreement and shall be construed and interpreted in accordance with the laws of the State of California. Any legal proceedings of any nature brought by either party against the other shall be submitted for trial, before the appropriate State Court of competent jurisdiction in Orange County, California. The prevailing party shall have the right to collect from the other party its reasonable costs and necessary disbursements and attorney's fees incurred in enforcing this Agreement.

Please sign and return a copy of this document, with payment of the initial retainer to **JANAC Inc.**, which shall acknowledge your acceptance of the terms, fees and conditions of this Agreement.

Thank you for your interest in my services. I look forward to hearing from you in the near future.

Respectfully submitted,

John Nielesky.

Accepted and Acknowledged by:

__________________________________ __________________

For: Spetsas Buist Personal Injury & Car Accident Lawyers Date:

john@janacinc.com
www.janacinc.com
Contact
818. 679. 1519

# Exhibit 7

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

JANAC INC.

| | Case Name | Firm | Ride Type | Injury |
|---|---|---|---|---|
| 1 | David Jaramillo Sr., et al., Plaintiffs, vs. State of Iowa | Randall/Daskin | River Raft | Fatality |
| 2 | Kimberly Witkowski vs. Hellerick's Family Farm | The Beasley Firm | Zip Line | Fatality |
| 3 | Renfro v. Shepherd of the Hills Amusement Park | The Buzzbee Law Firm | Mountain Coaster | Ejected |
| 4 | Murphy | The Stoddard Firm | Water Slide | Arm Injury |
| 5 | Brielle O'Donnell vs. Six Flags Great Adventure, LLC et al | Spear/Greenfield/Richmond/Weis/Taggart P.C | Rocky Mountain Construction | Bodily |
| 6 | Clem Vs. Universal | Krubnick Campbel Malone Buser Salama Hancock | Roller Coaster | Neck Injury |
| 7 | Chase; Schoeman vs. City of Santa Monica Amusements, LLC | Bremer Whyte Brown & O'Meara LLC / | Midway | Head Injury |
| 8 | Causey v. Universal Orlando | Rob Cook Attorney at Law / | Motion Base Ride | Injury |
| 9 | Overstreet v. Launching Trampoline Park and Family Fun Center | Huff Powell Bailey | Air Bag | Foot Injury |
| 10 | Robert Shannon v. The Franklin Institute | Guideone Insurance | Museum Exhibit | Arm Injury |
| 11 | S.K. v. City of La Mirada | Wesierkski & Zurek LLP | Lazy River | Sexual Harassment |
| 12 | Dantes - Castillo vs. Sky Coaster of Florida LLC | Krubnick Campbell MaloneBuser Slama Hancock | Roller Coaster | Bodily |
| 13 | Regnier vs. Walt Disney Rsorts | Krubnick Campbell MaloneBuser Slama Hancock | Sky Coaster | Bodily |
| 14 | Elizabeth Figel v. Lynam's Amusements, LLC | Spear/Greenfield/Richmond/Weis/Taggart P.C | Boat | Bodily |
| 15 | Cashion V. Centex Jump & Party Rentals | Chamberlain McHaney, PLLC | Water Slide | Foot Injury |
| 16 | Perez v, MB Entertainment | Carpenter & Zukerman | Go Kart | Bodily |
| 17 | Balderrama v. MB Entertainment | Carpenter & Zukerman | Go Kart | Bodily |
| 18 | Blaine V. Universal | Carpenter & Zukerman | Motion Base | Bodily |
| 19 | Guzman v. Universal Oralando | Hantman & Associates | Roller Coaster | Back Injury |
| 20 | Bonita Freeman vs. Universal City / Mack Rides | Spetsas Buist Accident Injury Lawyers | Roller Coaster | Bodily Injury |

# Exhibit 9

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

# Timothy Bundy, DO, CIME, CLCP, CMCPS, ATC



324 S Hyde Park Ave STE 275
Tampa, FL 33606
Cell: (813) 400-0223
Office: (813) 515-4183
Fax: (813) 436-5347
Email: drbundy@nationallcp.com
Website: nationallcp.com

Fellowship-Trained Pain Medicine, Brain Injury Medicine and Rehabilitation Physician with eight active board certifications and over 25 years of experience. Expertise in the areas of musculoskeletal, spine, brain, and central and peripheral nerve injuries, as well as disability and sports medicine. Active clinical practice. Certified Independent Medical Examiner. Certified Physician Life Care Planner. Has performed over 500 Medical Cost Assessments and Life Care Plan Assessments. Ample experience at deposition and trial.

## Professional Experience

11/2018 – Present

National Life Care Planners, LLC, Tampa, FL
*Owner, Physician*
- Life Care Plans, Independent Medical Examinations, depositions, expert witness testimony, Narrative Reports, Ongoing Cost of Medical Care Assessments, Medical Cost Projections

01/2017 – Present

Synergy Pain & Rehabilitation Medicine, PLLC, Tampa, FL
*Owner, Physician*
- Provide interventional pain management including fluoroscopically-guided cervical, thoracic, and lumbar blocks/epidurals, radiofrequency neurotomy, discography, peripheral joint injections, neurostimulator trials, and medication management
- Evaluate and manage the care of patients with acute/chronic pain, sports injuries, work injuries, motor vehicle injuries, traumatic brain injuries, and musculoskeletal injuries

08/2017 – 06/2021

Complete Care Centers (Interventional Associates), Longwood/Lakeland, FL
*Physician*
- Pain management and Life Care Planning services

12/2016 – 06/2017

Jaffe Sports Medicine, Naples, FL
*Physician*
- Pain management, electrodiagnostic medicine, and sports medicine services

05/2015 – 11/2016

Florida Pain & Rehabilitation Medicine, Lady Lake, FL
*Physician*
- Pain management services

07/2012 – 04/2015

Northeastern Rehabilitation Associates, P.C., Bethlehem, PA
*Physician*
- Hospital coverage for an acute inpatient rehabilitation facility specializing in the treatment and management of patients with traumatic brain injuries, spinal cord injuries, amputations, cerebral vascular accidents, debility secondary to multiple medical comorbidities, and injuries sustained from polytrauma
- Pain management and electrodiagnostic medicine services

08/2004 – 08/2006

Procare Sports Medicine, Kansas City, MO
*Certified Athletic Trainer*
- Assisted in the prevention, evaluation, and treatment of acute athletic injuries

06/2005 – 08/2005

Adapt of Minnesota, Brainerd, MN
*Chemical Dependency Rehabilitation Assistant*

- Presented information about the harmful effects of drug and alcohol abuse
- Met with clients and discussed their chemical abuse histories, psychological issues, and social stressors
- Helped in the development of support systems for clients to aid in the cessation of drug and alcohol abuse
- Participated as a moderator of small group discussions

07/2003 – 07/2004

SCCI (Specialized Complex Care, Inc.) Hospital, Fargo, ND
*Therapy Assistant*

- Worked directly with physical therapists, occupational therapists, and speech language pathologists to provide treatment to critically ill patients
- Provided therapy for patients with traumatic brain injuries, strokes, neurodegenerative diseases, spinal cord injuries, chronic wound infections, and amputations

05/2002 – 07/2004

Orthopaedic Associates, Fargo, ND
*Certified Athletic Trainer*

- Provided prevention, examination, diagnosis, treatment, and rehabilitation of emergent, acute, and/or chronic injuries and medical conditions
- Shadowed orthopedic surgeons and observed surgical cases
- Provided medical event coverage for football and hockey

08/1998 – 05/2002

North Dakota State University, Fargo, ND
*Student Athletic Trainer*

- Worked with physicians, chiropractors, athletic trainers, nurses, and fellow students to provide athletic injury prevention, evaluation, care, and rehabilitation
- Became proficient with the use of therapeutic modalities such as ultrasound, electrical stimulation, iontophoresis, stretching, and massage to treat athletic injuries
- Created orthotics, protective devices, and provided taping/splinting procedures to help reduce the incidence of athletic trauma
- Served as Head Student Athletic Trainer for men's basketball and cross-country running
- Served as Assistant Student Athletic Trainer for men's wrestling

# Certifications

| | |
|---|---|
| 12/2022 | American Board of Physical Medicine & Rehabilitation Board<br>Certification in Brain Injury Medicine |
| 03/2022 | International Commission on Health Care Certification<br>Board Certified Medical Cost Projection Specialist |
| 08/2018 | International Commission on Health Care Certification Board<br>Certified Life Care Planner |
| 10/2016 | American Board of Independent Medical Examiners<br>Certified Independent Medical Examiner |
| 07/2016 | American Osteopathic Board of Physical Medicine & Rehabilitation<br>Board Certification in Pain Medicine |
| 11/2013 | American Osteopathic Board of Physical Medicine & Rehabilitation<br>Board Certification in Physical Medicine & Rehabilitation |

| | |
|---|---|
| 07/2013 | American Board of Physical Medicine & Rehabilitation<br>Board Certification in Physical Medicine & Rehabilitation |
| 05/2002 | National Athletic Trainers Board of Certification Certified<br>Athletic Trainer |

## Medical Licenses

| | |
|---|---|
| 01/2013 | Minnesota Board of Medical Practice |
| 07/2012 | State of Florida Department of Health |
| 01/2012 | Pennsylvania Department of State Bureau of Professional & Occupational Affairs |
| 05/2009 | Kansas State Board of Healing Arts |

## Education

| | | |
|---|---|---|
| 07/2012 – 07/2013 | **Fellowship** | Interventional Pain Management/Electrodiagnostic Medicine<br>Northeastern Rehabilitation Associates, P.C., Bethlehem, PA |
| 07/2009 – 06/2012 | **Residency** | Physical Medicine & Rehabilitation<br>University of Kansas Medical Center, Kansas City, KS |
| 06/2008 – 06/2009 | **Internship** | Traditional Rotating Internship<br>Capital Region Medical Center, Jefferson City, MO |
| 08/2004 – 05/2008 | **Medical Education** | Kansas City University of Medicine and Biosciences, Kansas City,<br>MO Doctor of Osteopathy, 05/2008 |
| 08/1997 – 08/2003 | **Undergrad Education** | North Dakota State University, Fargo, ND<br>B.S. Athletic Training/Pre-Medicine, 05/2002 |

## Educational Course

| | |
|---|---|
| 01/2022 | AAPC Certified Professional Billers<br>Medical Billing Course Certificate of Completion |

## Professional Memberships

American Academy of Physician Life Care Planners

American Academy of Physical Medicine & Rehabilitation

American Academy of Professional Coders

American Board of Independent Medical Examiners

American Medical Association

American Osteopathic Association

American Osteopathic College of Physical Medicine & Rehabilitation

International Association of Rehabilitation Professionals

International Brain Injury Association

International Pain & Spine Intervention Society

# Research

*Hip and Pelvic Pathology Presenting as Lumbago: A Retrospective Chart Review of Spine Center Referrals*. Co-author (University of Kansas Medical Center, Kansas City, KS). Presented at the American Academy of Physical Medicine and Rehabilitation Annual Assembly, 11/2012.

*Caffeine as a Neurostimulant Following a Suprasellar Mass Resection in a Child: A Case Report.* Co-author (University of Kansas Medical Center, Kansas City, KS). Presented at the American Academy of Physical Medicine and Rehabilitation Annual Assembly, 11/2012.

*Brown-Sequard Presentation of Transverse myelitis after Chemotherapy: A Case Report.* Co-author (University of Kansas Medical Center, Kansas City, KS). Presented at the American Academy of Physical Medicine and Rehabilitation Annual Assembly, 11/2012.

*Acetabular Labral Tear in a 54-Year-Old Male with Persistent Groin Pain: A Case Report.* Timothy D. Bundy, DO (University of Kansas Medical Center, Kansas City, KS). Presented at the American Academy of PM&R Annual Assembly, 11/2011.

# Medical Presentations Given

| | |
|---|---|
| 03/2013 | Provocation Discography |
| 10/2012 | Medial Branch Blockade (Double Block Paradigm) |
| 10/2012 | ASRA Guidelines Anticoagulation Prior to Interventional Procedures |
| 09/2012 | EMG Guidelines for Diagnosing Radiculopathy |
| 08/2012 | EMG Guidelines for Diagnosing Carpal/Cubital Tunnel Syndrome |
| 01/2011 | Sacral and Hip Fractures Etiology and Treatment |
| 04/2010 | Common Pediatric Sports Injuries |

# Volunteer & Community Outreach

11/2008 — Medical Mission, Piedras Negras, Mexico
*Medical Student*
- Assisted attending physicians, resident physicians, and support staff in providing medical care for underprivileged children and adults
- Performed histories, physical examinations (focusing on the musculoskeletal system), and joint injections
- Assisted with wheelchair and assistive device fitting

08/2005 – 04/2006 — Kansas City University of Medicine and Biosciences, Kansas City, MO
*Medical Student*
- Performed physical examinations on underprivileged children in inner-city schools

08/2000 – 07/2004 — American Red Cross, Fargo, ND
*Volunteer Trainer*
- Volunteer First Responder/CPR Trainer
- Volunteer First Aid Instructor for Children

09/1998 – 07/2004 — Red River Valley Victory Ranch, Fargo, ND
*Mentor*
- Served as a mentor for adolescents with chemical dependency and addiction issues

# Exhibit 10

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

# Expert Witness Retention Contract

1. **Parties.** This contract is made between National Life Care Planners, LLC and the Law Firm of ______________________________________________________________(“Client”) regarding the underlying legal matter of

   ______________________________________________________________

2. **Retention.** The parties agree that Expert will only become retained by Client once this contract has been mutually executed and Client has paid the initial non-refundable retention retainer specified in paragraph 4.b. Expert has no duties to Client until such time.

3. **Expert’s Fees and Expenses.** The parties agree that the fee for all time Expert spends on the case will be compensated at a rate of $725/hour. It is agreed that this specifically includes (but is not limited to) research, conferences, consultations with Client, reviewing documents, organizing documents, analysis, testing, responding to discovery requests, report writing, testifying, investigating, reading and signing deposition transcripts, local portal-to-portal travel, waiting time, preparing exhibits, preparing demonstrative aids, and preparation time for testifying at deposition, trial, hearing, arbitration or other venues. Expert’s time will be tracked and invoiced to the nearest 1/100 of an hour. In lieu of the above hourly rate, duties requiring in-person trial testimony will be billed at the flat rate of $7,250/day or $725/hour, whichever is less. In any and all events, Client will be responsible for all reasonable out of pocket expenses including, but not limited to travel, testing, research, copying, storage of evidence or documents, etc.

4. **Payment Terms.**

   **a.** All payments are to be made to:
   **National Life Care Planners, LLC**
   **324 S Hyde Park Ave, STE 275**
   **Tampa, FL 33606**
   Taxpayer ID# (if applicable) is: 83-2285933

   **b.** The *non-refundable* retention retainer amount is $2,900. Expert will invoice against this retainer. This non-refundable retainer amount is the minimum fee due Expert and is earned upon receipt.

   **c.** Expert agrees to invoice client no less frequently than monthly.



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

**d.** All invoices will be paid within 30 days - or sooner if so specified in this Contract.

**e.** Overdue invoices will accrue interest at a rate of 1.5% per month.

**f.** Fees for any time Expert is asked to reserve for testifying (at trial, hearing, deposition, arbitration or other venue) and preparation for said testimony must be paid in advance and in full (seven) or more days prior to the time reserved for the scheduled testimony. Expert is under no contractual obligation to reserve the time or appear to testify and provide opinions unless Expert has received this payment in full at least 7 (seven) or more days prior to the time reserved for the scheduled testimony.

**g.** Client is responsible for collecting any and all deposition fees owed by other lawyers or parties. In the event Expert's deposition fees are reduced by court order, Client shall still pay Expert Expert's full fee specified in paragraph 3.

**h.** Expert will invoice Client upon completion of Expert's report(s). All fees must be paid in full before a report is released to Client, other parties or anyone else. Expert is under no duty to release a report until Expert has been paid in full for all work performed to date.

**i.** Expert will invoice Client before scheduled testimony for any outstanding fees and expenses for work performed to date. All such fees must be paid in full before Expert testifies. Expert is under no contractual duty to appear to testify and provide opinions until Expert has been paid in full for all outstanding services performed and expenses incurred on behalf of Client.

**5. Fees for Late Notice Cancellation or Rescheduling of Testimony.**

**a.** Client understands that Expert will suffer damages from late notice cancellation or rescheduling of Expert's testimony and that since the precise amount of these damages would be difficult to determine, Expert shall instead be entitled to the cancellation and rescheduling fees specified in paragraphs 5.c and 5.d.

**b.** The fees specified in paragraph 4.f. are 100% refundable to Client in the event Expert's scheduled testimony is canceled or rescheduled with notice to Expert of 7 (seven) or more days.

**c.** In the event Expert's scheduled testimony is canceled or rescheduled within 7 (seven) days' notice, Expert may retain a cancellation fee of 100% the amount from



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

paragraph 4. f. The remaining amount will at Client's option be applied to future testimony or refunded to Client.

- **d.** In the event of same day cancellation or rescheduling of Expert's Testimony or if Expert's testimony is completed in less time than was reserved pursuant to paragraph 4. f., Expert may retain 100% of the amount specified in paragraph 4.f.
- **e.** In the event of any cancellation or rescheduling of testimony, Client shall be responsible for all non-refundable out of pocket travel expenses incurred by Expert such as airline tickets and hotel rooms.

**6. Duties of Client.** The Client's duties specifically include, but are not limited to:

- **a.** Abiding by the applicable rules of professional conduct for attorneys.
- **b.** Making all payments as specified in Paragraphs 4 and 5 under the terms as specified in Paragraphs 4 and 5.
- **c.** Providing Expert with copies of or access to all non-privileged, arguably relevant documents, evidence and other materials in the underlying legal matter.
- **d.** Notifying Expert of all parties and attorneys in the case so that Expert can check for conflicts of interest.
- **e.** Where circumstances reasonably allow, providing Expert with prompt notice of any *Daubert* motions, *Frye* motions, motions in limine, or other pre-trial motions made by other parties or persons to restrict, exclude or in any way limit Expert's testimony or Expert's participation in the underlying legal matter.
- **f.** Obtaining Expert's advance approval (for accuracy) of the relevant portions of any and all answers to interrogatories, motions, expert designations or other documents which summarize Expert's qualifications, methodology, opinion(s) and/or anticipated testimony.
- **g.** Being available as reasonably requested to meet with Expert prior to anticipated testimony.
- **h.** Promptly notifying Expert of when and where Expert may be requested to appear to testify.
- **i.** Promptly notifying Expert of any issues related to paragraph 8.b. to which Client is or becomes aware of.



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

**j.** Promptly notifying Expert of the settlement or final adjudication of the underlying legal matter.

**7. Duties of Expert.** The Expert's duties are:

**a.** To truthfully represent Expert's credentials.

**b.** To formulate with honesty and due care and truthfully express Expert's opinion(s) in those areas (and only those areas) where Expert feels qualified to render an opinion and where Client has requested an opinion. Client agrees that Expert's opinion(s) are not preordained, might be contrary to Client's position, and are subject to modification as a result of new or additional information.

**c.** To cease work on the underlying legal matter and promptly inform Client whenever Expert has accrued unpaid fees and expenses totaling more than $10,000. In this event, Expert shall not perform further work on the underlying legal matter until approval is given by Client.

**d.** Expert is under no duty to provide and express opinions if Expert is given time deadlines or cost-based or other restrictions by Client that would not reasonably allow Expert to in good faith formulate and express his opinions with reasonable care.

**e.** Subject to paragraph 7.d., to prepare a written report if Client requests one.

**f.** Subject to paragraph 7.d. and to circumstances beyond the Expert's control, to meet all reasonable deadlines requested by Client.

**g.** To retain and preserve (during this engagement) all evidence provided to Expert from the underlying legal matter unless Client gives written permission for destructive testing or the like.

**h.** To be available on reasonable notice to testify.

**i.** To be available on reasonable notice to consult with Client. Expert's cellular number is 816-916-2081.

**j.** To work exclusively with Client in the underlying legal matter unless the parties mutually agree in writing otherwise.

**k.** Upon receipt from Client of the list of attorneys and parties specified in paragraph 6.d., to within 30 days check for conflicts of interest with due care and within the same 30 day period to notify Client of any conflicts of interest discovered that preclude Expert's further involvement in the underlying legal matter.



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

8. **Expert's Right of Withdrawal From Case.** Expert shall have the absolute right to withdraw, without any liability, from the case if Client violates any of the duties specified in paragraph 6 above or if:
    **a.** Expert discovers a conflict of interest which precludes Expert's further involvement in the underlying legal matter.
    **b.** Expert discovers that because of legal restrictions Expert's involvement or testimony in the case could reasonably be deemed to be practicing Expert's profession without a license.
9. **Withdrawal.** Notice of withdrawal under Paragraph 8 shall be in writing from Expert to Client. In the event of withdrawal, the parties agree that Client remains fully liable for all accrued but unpaid fees, expenses, and interest.
10. **Termination.** This contract shall be terminated upon written notice to Expert from Client at any time, by Expert's withdrawal pursuant to paragraph 8, at such time as Client is no longer involved in the underlying legal matter, or upon the settlement or final adjudication of the underlying legal matter. In the event of termination Client is still responsible for all sums owed Expert.
11. **Document/Evidence Retention.** Expert shall have no duty to retain any documents, reports, evidence, transcripts, exhibits, e-mails, electronic files or other materials from the underlying legal matter for more than 30 (thirty) days following the termination of this agreement. Expert shall return (at Client's expense) all records and evidence in the underlying legal matter to Client if a written request to do so is received by Expert within the 30 (thirty) days following the termination of this agreement.
12. **Airline Flights.** All airline flights taken by Expert shall be direct, non-stop, coach class where possible.
13. **Disputes.** Any controversy, claim or dispute arising out of or relating to this Contract, shall be resolved through binding arbitration conducted in accordance with the rules of the American Arbitration Association in the State in which the Expert is domiciled. The law of the State in which the Expert is domiciled will be the governing law. The arbitration award will be enforceable in any state or federal court. In any arbitration or court proceeding, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs. In addition, Client shall



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

be responsible for payment of attorneys' fees and expenses associated with the Expert's efforts to collect monies owed under the terms of this Contract.

14. **Miscellaneous.** Each party agrees that it may not assign its interest, rights or duties under this Contract to any other person or entity without the other party's prior approval. **(**Expert is under no duty to work for successor law firms on the underlying legal matter.) The performance of this contract by either party is subject to acts of God, death, disability, government authority, disaster or other emergencies, any of which make it illegal or impossible to carry out the agreement. It is provided that this contract may be terminated for any one or more of such reasons by written notice from one party to the other without liability. If either party agrees to waive its right to enforce any term of this contract, it does not waive its right to enforce any other terms of this contract. This written contract represents the entire understanding between the Expert and Client. The individual signing this contract on behalf of Client represents and warrants that he/she is duly authorized to bind Client.

15. **Additional Provisions (check all those that apply).**

**a.** ☐ **Expert Unavailable** Notwithstanding Paragraph 7 Expert is unavailable to perform obligations under this contract during the following time frame(s):

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**b.** ☒ **Business Class Flights.** Notwithstanding paragraph 12, all flights taken by Expert longer than 3.5 hours shall be by business class, or first class if business class in unavailable.

**c.** ☐ **Split Hourly Rate.** Notwithstanding paragraph 3, the hourly rate for

____________________________________________________________________

__________________________________________________shall be $_______/hr.

**d.** ☐ **Scope of Work.** Client is requesting an opinion in the following area(s):

______________________________________________________________________

______________________________________________________________________

**e.** ☐ **Additional terms are attached to this contract as "Appendix A."**

**f.** ☐ **The following additional terms apply:**



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

**i.** ☐ ________________________________________________

________________________________________________

________________________________________________

**ii.** ☐ ________________________________________________

________________________________________________

________________________________________________

**iii.** ☐ ________________________________________________

________________________________________________

________________________________________________

EXPERT, by

______________________________

Signature

Timothy_Bundy,_DO________

Print Name

Date:______________________

CLIENT, by

______________________________

Signature

______________________________

Print Name

Date:______________________



©2008 SEAK, Inc. All Rights Reserved. www.seak.com

This form is not intended to constitute legal advice and is not a substitute for the advice of an attorney. An attorney or other appropriate source should be consulted if necessary.

# Exhibit 11

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI

**TIMOTHY BUNDY, DO, EXPERT WITNESS DEPOSITIONS (Updated 08/26/2026)**

Jessica McNeil v. CHCF, LLC D/B/A Misty Oaks Apartments
Case ID: 2019-CA-004388-O
Deposition: 08/29/2022 at 4:00 PM (EST)

Tracy Richards v. City of Winter Garden
Case ID: 2019-CA7187-O
Deposition: 08/30/2022 at 4:00 PM (EST)

Wesley Allen Miller v. Michael Dorosz
Case ID: 2020-CA-011462-O
Deposition: 09/21/2022 at 4:00 PM (EST)

John Leber v. Mary Kay Inc., Blanca Torres, and Jennifer Smith
Case ID: 2019-CA-010459-O
Deposition: 10/05/2022 at 4:00 PM (EST)

Jeremy Mercado v. Robert Nicholson, Pat Salmon & Sons Inc. and Penske
Case ID: 2020-CA-009610
Deposition: 10/11/2022 at 4:00 PM (EST)

Michael Chindamo and Claudia Chindamo v. State Farm Insurance and David Carter
Case ID: 2020 31145 CICI (32)
Deposition: 10/24/2022 at 4:00 PM (EST)

Ryan Blue v. Marlon Ricardo Brown and Heartland Express, Inc
Case ID: 2021-CA-000578
Deposition: 10/25/2022 at 4:00 PM (EST)

Elizabeth Foster v. Family Dollar Stores of Florida, LLC
Case ID: 2020-CA-000858
Deposition: 11/01/2022 at 12:00 PM (EST)

Blanca Barrick v. Sam's East INC. D/B/A Sam's Club and Jean Alomar
Case ID: 2020-CA-5797-O
Deposition: 11/22/2022 at 4:00 PM (EST)

Philip Peck v. James Harrison Courson and Dunham Well Drilling, INC
Case ID: 2020 CA 002320
Deposition: 11/29/2022 at 4:00 PM (EST)

Justin Lamonda v. Christopher Lehman
Case ID: 17BA-CV01309
Deposition: 12/06/2022 at 4:00 PM (EST)

Saddiq Nelson v. Richard Odell and Sprint/United Management Company
Case ID: 2019-CA-003473 AN
Deposition: 01/04/2023 at 4:00 PM

Philip Peck v. James Harrison Courson and Dunham Well Drilling, INC
Case ID: 2020 CA 002320
Deposition: 01/24/2023 at 4:00 PM (EST)

Mark Briseno v. ISERV, LLC D/B/A Sonny's Real Pit BBQ
Case ID: 2021-CA-001969
Deposition: 02/03/2023 at 4:00 PM (EST)

Deborah Paxton v. LCM Investment Holdings II, LLC D/B/A Central Florida Chrysler
Case ID: 2020-CA-007154-O
Deposition: 02/20/2023 at 4:00 PM (EST)

Cheryl Delainy Baker v. Brian Hugh Hales, Charter Communications, INC.
Case ID: 48-2020-CA-005798-A001-OX
Deposition: 02/24/2023 at 4:00 PM (EST)

James Jones III, v. James E. Tilley
Case ID: 2021-CA-000046
Deposition: 04/12/2023 at 4:00 PM (EST)

Asmaa Boun v. Bahama Breeze Holdings, LLC
Case ID: 2021-CA000237-O
Deposition: 05/10/2023 at 4:00 PM (EST)

John Morgan v. Apolonio V. Lara, and JVD Construction, INC.
Case ID: 2020-CA-002749-08-W
Deposition: 06/14/2023 at 4:00 PM (EST)

Jeremy Campen v. Alico Lakes Village Association, INC. J. Field, R. Hasslinger & R. Stokes
Case ID: 21-CA-1445
Deposition: 06/20/2023 at 10:00 AM (EST)

Arielle Taylor v. Timberlake Apartments
Case ID: 2021-CA-001020
Deposition: 06/21/2023 at 4:00 PM (EST)

Gary Jacobs and Josephine Jacobs v. Christopher Veillette, and CDM Smith INC.
Case ID: 2021-CA-003625-O
Deposition: 06/22/2023 at 9:00 AM (EST)

Christen M. Hooks v. Timothy Schneider, MD and Key West HMA, LLC
Case ID: 2022-CA-000327-K
Deposition: 06/28/2023 at 10:00 AM (EST)

John Morgan v. Apolonio V. Lara, and JVD Construction, INC.
Case ID: 2020-CA-002749-08-W
Deposition: 07/11/2023 at 10:00 AM (EST)

Firas Alrihawi v. Dr. Rafael Allende and Neurohealth Sciences Center, LLC
Case ID: 2021-CA-002394
Deposition: 08/09/2023 at 4:00 PM (EST)

Robert Robinson v. Jerry D. Brewer and Tip Top Roofing Company, INC.
Case ID: 2020-CA-002598
Deposition: 08/30/2023 at 4:00 PM (EST)

Erich Bell v. CWC Transportation, LLC, and Fishnik Hasaj
Case ID: 2019-CA-1714
Deposition: 09/20/23 at 4:00 PM (EST)

Christian Roman v. Christopher Nuss
Case ID: 22CV02351
Deposition: 10/03/23 at 10:00 AM (EST)

Susan Turner v. Lightsey Cattle Company, LLC
Case ID: 2019-CA-003907
Deposition: 10/24/2023 at 4:00 PM (EST)

Margaret Sheridan v. Tory D. Benjamin and Kenya's Transportation, INC.
Case ID: 2020-CA-2125
Deposition: 11/28/2023 at 4:00 PM (EST)

James Jones III, v. James E. Tilley
Case ID: 2021-CA-000046
Deposition: 01/02/2024 at 4:00 PM (EST)

Asbel Alexander Llerena v. Adrian Rodriquez Chavez and Granny's Garder II, Inc.,
Case ID: 2020 CA 002872 AN
Deposition: 01/16/2024 at 10:00 AM (EST)

Megan Murray v. Joseph P. Slimack, MD, and Bradley S. Reatherford, CRNA
Case ID: 2020L0000169
Deposition: 01/26/2024 at 11:00 AM (EST)

Asbel Alexander Llerena v. Adrian Rodriguez and Granny's Garden II, INC.
Case ID: 2020 CA 002872 AN
Deposition: 03/06/2024 at 10:00 AM (EST)

Kimberly Jackson v. Panda Express
Case ID: 562020CA001274AXXXHC
Deposition: 03/06/2024 at 4:00 PM (EST)

Charles E. Porter v. Patrick S. Daily
Case ID: 22BA-CV03207
Deposition: 04/30/2024 at 9:00 AM (CST)

Iona Passley v. VF Outdoor, LLC
Case ID: 2021-CA-8271-O
Deposition: 06/12/2024 at 4:00 PM (EST)

Robert E. Wieger v. Demont Webb
Case ID: 22AC-CC00023
Deposition: 07/02/2024 at 11:30 AM (EST)

Monica Eader v. BG Fountains Condominium Association, INC.
Case ID: 2022-CA-005526-O
Deposition: 07/17/2024 at 10:00 AM (EST)

Rebecca Burkhart v. William Porto
Case ID: 23CV01075
Deposition: 07/24/2024 at 4:00 PM (EST)

Miguel Alejandro v. Adventist Health Systems
Case ID: 2022-CA-010991-O
Deposition: 08/07/2024 at 4:00 PM (EST)

Asmaa Boun v. Bahama Breeze Holdings, LLC
Case ID: 2021-CA000237-O
Deposition: 09/10/2024 at 10:00 AM (EST)

Jay Wetherington v. Tony Patterson and Deja Nunn
Case ID: 2022-CA-004318
Deposition: 10/01/2024 at 10:00 AM (EST)

Ronald Coburn v. Ray Wightman and Security World Unlimited INC
Case ID: 22-CA-2030
Deposition: 10/02/2024 at 10:00 AM (EST)

Shelly McCoy vs. SPUS8 FB Seminole JV PROP, LLC
Case ID: 2022-CA-002672
Deposition: 11/20/2024 at 10:00 AM (EST)

Joel Norman Judson vs. Brian David Newell
Case ID: 23-CA-000203
Deposition: 12/04/2024 at 4:00 PM (EST)

John Champion v. Paul E. Yamilkoski
Case ID: 2023-CA-2558
Deposition: 12/05/2024 at 10:00 AM (EST)

Oscar Martinez v. Gar Shing Realty Corp.
Case ID: 2022-CA-010414-O
Deposition: 12/09/2024 at 10:00 AM (EST)

Kristin Krapf v. Winn-Dixie Stores, INC.
Case ID: 052023CA024860
Deposition: 12/10/24 at 10:00 AM (EST)

Alvin Asencio v. Orlando Perez
Case ID: 2019-CA-015074
Deposition: 12/20/2024 at 4:00 PM (EST)

Arazou Khiziryan v. Robert Watkins
Case ID: 20CY-CV00808
Deposition: 02/05/2025 at 10:00 AM (EST)

Alecia Baker v. Benihana Orlando Corp.
Case ID: 2023-CA-002642-O
Deposition: 02/10/2025 10:00 AM (EST)

Yolanda Diaz v. Jersey Mike's Subs
Case ID: 2023 CA 002649 ON
Deposition: 02/19/2025 4:00 PM (EST)

Megan Murray v. Joseph P. Slimack, MD, and Bradley S. Reatherford, CRNA
Case ID: 2020L0000169
Deposition: 03/03/2025 at 10:00 AM (EST)

Nikolaos Efthymiadis v. Liberty Insurance Corporation
Case ID: 22-CA-007244
Deposition: 03/05/2025 at 10:00 AM (EST)

Mary Brown v. Gregory Snell
Case ID: 23BA-CV03138
Deposition: 03/11/2025 at 10:00 AM (EST)

Jessica Jacobs v. McCown Gordon Construction, LLC
Case ID: RL-2023-CV-000099
Deposition: 03/19/2025 at 11:00 AM (EST)

Becky Primus v. Seaword Parks & Entertainment LLC
Case ID: 2023-CA-004319
Deposition: 04/02/2025 at 10:00 AM (EST)

Walter Holtkamp v. Michael Kueber, MD and Moab Valley Healthcare INC.
Case ID: 230700039
Deposition: 04/22/2025 at 11:00 AM (EST)

Becky Primus v. SeaWorld Parks & Entertainment LLC
Case ID: 2023-CA-004319
Deposition: 05/06/2025 at 4:00 PM (EST)

Christopher Gerdes v. Claire Eiler and Government Employees Insurance Company
Case ID: 22-003285-CI
Deposition: 05/13/2025 at 10:00 AM (EST)

Helen Stepp-Berry v. Kyle King and Ready 5 Restoration, LLC
Case ID: 2022CA928
Deposition: 06/04/2025 at 10:00 AM (EST)

Alicia Coco Serratos v. Sharkninja INC.
Case ID: 2:24-CV-04133-MRA-E
Deposition: 06/11/2025 at 1:00 PM (EST)

Amy Osteen and Christopher Osteen v. JR Lawrenceville, LLC
Case ID: 01-2023-CA-000886
Deposition: 06/17/2025 at 10:00 AM (EST)

Ulysses Rosebud v. Lantmannen Unibake USA, INC.
Case ID: 24-000390-CI
Deposition: 06/24/2025 at 10:00 AM (EST)

Amy Morantes v. Cox Fire Protection, INC.
Case ID: 23-CA-7955
Deposition: 07/09/2025 at 10:00 AM (EST)

Flora F. Colley v. Simon Property Group, LP
Case ID: 2022-CA-000938
Deposition: 07/30/2025 at 4:00 PM (EST)

Audrey Messer v. Country Club Homes of Florida, INC.
Case ID: 2017-CA-000278
Deposition: 08/18/2025 at 10:00 AM (EST)

Savannah Keller v. Fabian Marcelo Garcia and Mattmarc Lines Corp.
Case ID: 2024-CA-000439
Deposition: 08/26/2025 at 10:00 AM (EST)

Patti Smith v. Sean Hengesbach as Curator of the Estate of Frederick A. Smith
Case ID: 2022-CA-0060
Deposition: 09/02/2025 at 10:00 AM (EST)

Grady Walker v. SAIA Motor Freight Line, LLC
Case ID: 23-CA-014431
Deposition: 09/30/2025 at 4:00 PM (EST)

Michelle Dybka-Jaskula v. Orlando Francico Rodrigues Pardo
Case ID: 2023-CA-001734
Deposition: 10/07/2025 at 4:00 PM (EST)

Dillon Rupp v. Mathew Blackington and Maximum Towing & Transport
Case ID: 24-CA-000493
Deposition: 10/14/2025 at 4:00 PM (EST)

Dwayne Percell v. Winn-Dixie Stores, INC
Case ID: 2024-CA-000179
Deposition: 10/15/2025 at 4:00 PM (EST)

Howard Hamlin, III v. Pan American Venture Fund, LLC
Case ID: 2022-CA-0859
Deposition: 11/12/2025 at 4:00 PM (EST)

Shannon Wood v. Wawa, INC
Case ID: 35-2024-CA-00125-AXXX-01
Deposition: 12/10/2025 at 4:00 PM (EST)

Abraham Castillo v. The School Board Of Volusia County Florida
Case ID: 2023 10368 CIDL
Deposition: 12/17/2025 at 4:00 PM (EST)

Emma Fletcher v. Roberto Andres Rivera Sanchez
Case ID: 2024-CA-006516-O
Deposition: 01/27/2026 at 4:00 PM (EST)

Alia Court v. Forbes Taubman Orlando, LLC
Case ID: 2022-CA-006062-0
Deposition: 02/17/2026 at 4:00 PM (EST)

Michael Falkenstein v. Pro Am Safety & Matthew Cardon
Case ID: 2024-CA-001357
Deposition: 03/03/2026 at 4:00 PM (EST)

Debra Gomez v. Zaxby's Maricamp and Jane Doe
Case ID: 2023-CA-1808
Deposition: 03/24/2026 at 4:00 PM (EST)

Daniel Hancock v. Savoy Hospitality, LLC
Case ID: 2022-CA-000504-O
Deposition: 03/26/2026 at 4:00 PM (EST)

David Paradise v. Nicholas Kim, Strada Services, LLC
Case ID: 2024-13691-CICI
Deposition: 03/31/2026 at 4:00 PM (EST) & 04/14/2026 at 4:00 PM (EST)

Fancie Jenkins v. Robert Hines
Case ID: 2024-CA-000992
Deposition: 04/22/2026 at 4:00 PM (EST)

Armalethar Jones v. Lane Avenue Child Development Center, INC.
Case ID: 16-2024-CA-006846
Deposition: 04/28/2026 at 4:00 PM (EST)

Ariadne Flores-Artigas v. Claudia Hernández-González
Case ID: 24CV01988
Deposition: 05/13/2026 at 3:00 PM (EST)

Reyis Rose v. Mosaic Fertilizer, LLC
Case ID: 2024-CA-010437
Deposition: 05/19/2026 at 4:00 PM (EST)

Blanche Jochnowitz v. Walmart, INC.
Case ID: 2025CA0383
Deposition: 05/20/2026 at 4:00 PM (EST)

James Todd v. Karen Higgins
Case ID: 2025-CA-000260
Deposition 06/16/2026 at 4:00 PM (EST)

Melissa Velazquez v. Sea World Parks and Entertainment
Case ID: 2024-CA-005322-O
Deposition: 06/23/2026 at 4:00 PM (EST)

Kimberly Schultz v. Catherine Hess
Case ID: 25-CA-000106
Deposition: 07/07/2026 at 4:00 PM (EST)

Kristen Richardson v. Cheddar's Casual Cafe INC.
Case ID: 2022-CA-006718-O
Deposition: 07/08/2025 at 4:00 PM (EST)

John Lockhart v. CTB Investors, LLC d/b/a PBR Big Sky Cowboy Bar
Case ID: 2416-CV06618
Deposition: 07/15/2026 at 2:00 PM (EST)

Myesha Verrett v. Parc Corniche Condominium Suites & Lyce Doe
Case ID: 2024-CA-006629-O
Deposition: 07/22/2026 at 10:00 AM (EST)

Keith Aguiar v. Blue Sphere Deerfield Plaza LTD
Case ID: 2023-CA-016888-O
Deposition: 07/23/2026 at 10:00 AM (EST)

Justice Bulerin v. Greenwood Motor Lines, INC
Case ID: 25-CA-001804
Deposition: 07/29/2026 at 4:00 PM (EST)

Melissa A. Smith v. Darryl L. Mosley
Case ID: 2025-CA-162
Deposition: 08/26/2026 at 4:00 PM (EST)

Tamara Sperber v. Carmine Mottola
Case ID: 2025-CA-201
Deposition: 08/12/2026 at 4:00 PM (EST)

Carl Lester Smith v. James Lormil and Mears Destination Services, INC.
Case ID: 2024-CA-011096-O
Deposition: 08/17/2026 at 4:00 PM (EST)

## TRIAL TESTIMONY AS AN EXPERT WITNESS

Jessica McNeil v. CHCF, LLC D/B/A Misty Oaks Apartments
Case ID: 2019-CA-004388-O
Trial Testimony: 10/14/2022 at 1:00 PM (EST)

Janet Leach v. Dollar Tree Stores, Inc
Case ID: 2021-CA-000133
Trial Testimony: 05/31/2023 at 2:00 PM (EST)

Erich Bell v. Paccar Leasing Company
Case ID: 2019-CA-1714
Trial Testimony: 10/04/2023 at 10:00 AM (EST)

Ashu Luthra v. Approved Electric Company of Florida and Mark Mikesell
Case ID: 2021-CA-000779-O
Trial Testimony: 10/26/2023 at 1:00 PM (EST)

Asbel Alexander Llerena v. Adrian Rodriguez and Granny's Garden II, INC.
Case ID: 2020 CA 002872 AN
Trial Testimony: 10/16/2024 at 3:00 PM (EST)

Rex Bonds and Rosemary Bonds v. Sheriff Chad Chronister
Case ID: 22-CA-4816
Trial Testimony: 01/15/2025 at 10:00 AM (EST)

Jessica King v. Allstate
Case ID: 2021-CA-008554-O
Trial Testimony: 04/23/2025 at 2:00 PM (EST)

Joseph Hicks v. Elizabeth Ann Smith
Case ID: 2021-CA-003456
Trial Testimony: 05/07/2025 at 9:00 AM (EST)

Becky Primus v. SeaWorld Parks & Entertainment LLC
Case ID: 2023-CA-004319
Trial Testimony: 05/13/2025 at 2:00 PM (EST)

Oscar Martinez v. Gar Shing Realty Corp.
Case ID: 2022-CA-010414-O
Trial: 06/03/2025 at 3:00 PM (EST)

Christopher Gerdes v. Claire Eiler and Government Employees Insurance Company
Case ID: 22-003285-CI
Trial: 07/23/2025 at 9:00 AM (EST)

Ulysses Rosebud v. Lantmannen Unibake USA, INC.
Case ID: 2024-000390-CI
Trial: 01/28/2026 at 9:00 AM (EST)

Dexter Ryan Quinette v. Michael Ryan Thogode
Case ID: 2024 CA 2359
Trial: 02/06/2026 at 9:30 AM (EST)

Ana Ortiz v. Dennis Gormish and Variety Stores, INC.
Case ID: 2022-CA-010449-O
Trial: 04/01/2026 at 3:00 PM (EST)

Carlin Clemons v. Garamor, INC.; and Kunarquen RE LLC
Case ID: 16-2024-CA-005519
Trial: 06/01/2026 at 10:00 AM (EST)

Diosdavid Vargas v. S&CD Home Care Flipping LLC
Case ID: 2024-CA-000195 ON
Trial: 06/08/2026 at 11:00 AM (EST)

John Lockhart v. CTB Investors, LLC d/b/a PBR Big Sky Cowboy Bar
Case ID: 2416-CV06618
Trial: 08/03/2026 at 1:00 PM (CST)

# Exhibit 13

## To

## *Plaintiffs' Expert Witness Disclosures*

*Bonita Freeman v. Universal City Development, LTD, et al.*
Case No.: 6:26-cv-00158-JA-DCI




# DOUG POWELL

Senior Biomechanist

YA GROUP

**PHONE**
(901) 341-3019

**EMAIL**
doug.powell@yagroup.com

**LOCATION**
Omaha, NE


## BIOGRAPHY

Dr. Doug Powell is a Senior Biomechanist at YA Group. He has extensive experience in the area of injury biomechanics, treatment and rehabilitation. His experience includes sport-related injury, motor vehicle collisions, slip/trip and fall events, traumatic brain injury, spine injury and fixation, and injuries to infants (such as shaken baby syndrome). Dr. Powell has provided written and oral testimony in both civil and criminal cases.

Reach out to Dr. Doug Powell for his expertise on your next project.

## CREDENTIALS

- Certified Strength & Conditioning Specialist (CSCS)
- Tactical Strength & Conditioning Facilitator (TSAC-F)

## REPRESENTATIVE CONSULTING ASSIGNMENTS

- Vehicle Collision Analysis | Investigation and analysis of single and multi-vehicle crashes involving passenger vehicle, motorcycle, bicycle and heavy trucks.
- Injury Potential Analysis | Biomechanical evaluation to determine human body motions and loading and how they compare to established injury tolerance thresholds.
- Evaluation of Child Abuse | Biomechanical evaluation to determine the likelihood an injury is the result of child abuse including shaken baby syndrome.
- Seatbelt Use Analysis | Determination of whether a seatbelt was being worn and how seatbelt use influenced injury outcomes.
- Site Mapping and Visual Recreation | Use photography, drones, laser scanners, and hand measurements to document accident sites for accurate reconstruction and graphics.

## PROFESSIONAL EXPERIENCE

- **2026 - Current** | Senior Managing Biomechanist | YA Group
- **2024 - 2026** | Senior Biomechanist | YA Engineering Services
- **2016 - 2024** | Assistant / Associate Professor of Biomechanics | University of Memphis
- **2013 - 2016** | Assistant Professor of Physical Therapy | Campbell University
- **2011 - 2013** | Assistant Professor of Kinesiology | Fairmont State University
- **2009 - 2011** | Research Fellow of Physical Therapy | Creighton University
- **2007 - 2009** | Assistant Professor of Kinesiology | University of Texas of the Permian Basin

## EDUCATION

- University of Tennessee - PhD - Biomechanics and Sports Medicine - Knoxville, Tennessee
- University of Memphis - Master of Science - Biomedical Engineering - Memphis, Tennessee
- East Carolina University - Master of Arts - Biomechanics - Greenville, North Carolina
- East Carolina University - Bachelor of Science - Exercise Physiology - Greenville, North Carolina

## TRAINING COURSES

- Applying Automotive EDR Data to Traffic Crash Reconstruction - SAE International
- Vehicle Crash Reconstruction Principles and Technology - SAE International
- Fundamentals of Vehicle Dynamics - SAE International
- Driver Distraction from Electronic Devices: Insights and Implications - SAE International
- Injuries, Anatomy, Biomechanics & Federal Regulation - SAE International
- Fundamentals of Automotive All-Wheel Drive Systems - SAE International

This document, printed from YAgroup.com, is provided exclusively for informational purposes. Mere disclosure does not imply retention of YA Group for expert services by any party. No YA Group representative shall be identified as a testifying expert absent a formal retention agreement. Biographical information is self-reported by employees, and YA Group makes no representations or warranties regarding accuracy.

- Introduction to Brake Control Systems - SAE International

## AFFILIATIONS

- American College of Sports Medicine (Fellow)
- American Society for Biomechanics
- German Society for Biomechanics
- National Strength & Conditioning Association

## SERVICE SPECIALTIES

- **Accident Reconstruction & Biomechanics**

This document, printed from YAgroup.com, is provided exclusively for informational purposes. Mere disclosure does not imply retention of YA Group for expert services by any party. No YA Group representative shall be identified as a testifying expert absent a formal retention agreement. Biographical information is self-reported by employees, and YA Group makes no representations or warranties regarding accuracy.